IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JANET PECHER, Individually and as
Special Administrator for the Estate of
URBAN PECHER, Deceased,

        Plaintiff,                  ORDER REFERRING CASE

v.                                        Case No.: 14-cv-147

WEYERHAEUSER COMPANY, et al.,

        Defendants.

---

The above-captioned case is hereby reassigned to United States District Judge William M. Conley.

Entered this 16th day of June, 2014.

                                      s/William M. Conley
                                      WILLIAM M. CONLEY
                                      United States District Judge