IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

---

JANET PECHER, Individually and as Special
Administrator for the Estate of URBAN PECHER,
Deceased,

      Plaintiff,

   vs.

WEYERHAEUSER COMPANY, et al.,

      Defendants,

Case No. 3:14-CV-00147

---

### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S EXPERT REPORTS

---

Defendant Metropolitan Life Insurance Company ("Metropolitan Life"), by its attorneys, serves the following expert reports.

1. Richard Cohen, M.D., M.P.H.
   19242 Panorama Drive
   Saratoga, CA 95070
   (Report attached as Exhibit 1)

2. J. Steven Moore, M.D., M.P.H., CIH, CPE
   13149 Hill Road
   College Station, Texas 77845
   (Report attached as Exhibit 2)

3. Michele Carbone, M.D., Ph.D.
   University of Hawaii
   Cancer Research Center of Hawaii
   701 Ilalo Street Room 622
   Honolulu, HI 96813
   (Report attached as Exhibit 3)

4. Emanuel Rubin, M.D.
   Jefferson Medical College
   1020 Locust Street, Suite 279

- 2 -

      Philadelphia, PA 19107
      (Report attached as Exhibit 4)

5.      Harold D. Skipper, Jr., Ph.D.
      3611 Tanglewood Drive
      Atlanta, Georgia 30339
      (Report attached as Exhibit 5)

Dated: this 2nd day of March, 2015.

                                                        von BRIESEN & ROPER, S.C.

                             By:    s/ Smitha Chintamaneni
                                      Smitha Chintamaneni
                                      WI Bar No. 1047047
                                      Attorneys for Defendant,
                                      Metropolitan Life Insurance Company

**P. O. ADDRESS**:
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI  53202
PH:    (414) 287-1515
Fax:   (414) 276-6281
schintam@vonbriesen.com

25206075_1.DOC