# Exhibit 2

DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S
DESCRIPTION OF EXPERT TESTIMONY AND EXPERT
REPORT FOR J. STEVEN MOORE, M.D., M.P.H., C.I.H.

The address of Dr. J. Steven Moore, M.D., M.P.H., C.I.H, is 13149 Hill Road, College

Station, TX  77845.

Dr. Moore is expected to testify on matters relating to industrial hygiene and occupational

medicine.

Dr. Moore is also expected to testify, if necessary, concerning the diagnosis or lack

thereof of an asbestos related disease based upon the medical records of plaintiffs, including, but

not limited to, x-rays, CT scans, pulmonary function test results, and other materials that he will

review.  He also may testify regarding whether a plaintiff has or does not have mesothelioma

based on his review of available medical records.

Dr. Moore is qualified to testify as an expert on the basis of his education, training, and

experience in the fields of industrial hygiene and occupational medicine.  He holds the following

degrees: Bachelor of Science in Physics, Master of Public Health in Occupational Medicine, and

Medical Doctor.  He is a Certified Industrial Hygienist and certified in the field of occupational

medicine by the American Board of Preventative Medicine.  Dr. Moore previously held the

positions of Executive Associate Dean and Professor in the Health School of Rural Public Health

in the Department of Environmental and Occupational Health at the Health Science Center at

Texas A & M University.

Dr. Moore is expected to testify about the standards, customs, and practices in the field of

industrial hygiene concerning the manner and method of conducting industrial hygiene surveys

and reporting or publishing the results of those surveys during all time periods relevant to this

litigation, including the periods during which Metropolitan Life conducted surveys relating to

asbestos and reported or published the results of its surveys. He is expected to testify that the conduct of the various employees of Metropolitan Life in performing those surveys and in reporting and publishing their results conformed to the generally accepted standards, customs, and practices in the field of industrial hygiene. He is also expected to testify concerning certain clinical observations, physical examinations, and x-ray examinations made during the course of the surveys regarding asbestos dust performed by Metropolitan Life as well as those studies and/or surveys performed by others.

Dr. Moore is expected to testify that the conclusions and recommendations contained in the article by Lanza, McConnell and Fehnel entitled, "The Effects of the Inhalation of Asbestos Dust on the Lungs of Asbestos Workers," United States Public Health Service Reports (Vol. 50, No. 1, January 4, 1935), were appropriate and supported by the data underlying the study. He is also expected to testify that if the purported changes during the editorial process of the foregoing article that form, in part, the basis of plaintiffs' claims were made, they were appropriate, fully justified, and made in accordance with standards, customs and practices in effect then and now for the publication of work performed by outside consultants at the request of private enterprises. Furthermore, Dr. Moore is expected to opine that Metropolitan Life recommended to industry that workers be informed of the presence of a hazard and to be instructed on how to guard against it. Dr. Moore is also expected to relate and compare the 1935 article by Lanza, McConnell and Fehnel to the significant number of other articles during that time period also reporting that asbestos was dangerous. Dr. Moore is also expected to testify regarding other publications by Lanza and Metropolitan Life, including but not limited to, Lanza, "Asbestosis," Journal of the American Medical Association 106:368-369 (1936) and Lanza, ed., Silicosis and Asbestosis, Oxford Univ. Press (1938), and their relationship to plaintiffs' claims concerning the

- 2 -

1935 article by Lanza and concerning the alleged concealment of information about asbestos hazards.

Dr. Moore is expected to testify about the physical examination survey performed by Johns-Manville at its Manville, New Jersey plant in 1932 and the assistance of others in connection with the survey, including the United States Government. Dr. Moore is expected to testify that the report of the results of the survey did not contain materially new information about pneumoconiosis that was not published during the 1930's.

Dr. Moore is also expected to testify about the standards, customs and practices in the area of worker education and warnings during the relevant time frame, and to opine that the work of Metropolitan Life employees in these areas was consistent with practices prevailing at the times in question. If witnesses for the plaintiffs are permitted to testify on the subject of medical ethics, Dr. Moore can be expected to testify in rebuttal to such testimony.

Dr. Moore is also expected to testify that asbestos dust inhalation studies undertaken by Dr. Gardner at the Saranac Laboratory were not designed or conducted in a manner that would allow scientifically valid conclusions to be drawn from the incidence of mouse tumors about the carcinogenicity of asbestos. He is also expected to testify that the observation of tumors in mice resulting from these studies was incidental and scientifically inadequate for purposes of analyzing or assessing the carcinogenicity of asbestos; that its omission from the published study was justified on scientific grounds; and that its omission from the published study did not alter the development or progress of scientific inquiry regarding asbestos and cancer. Furthermore, Dr. Moore is expected to testify that Metropolitan Life did not direct or encourage the deletion of material information in the published report of Dr. Gardner's unfinished work.

Dr. Moore is also expected to testify that an asbestos dust inhalation experiment sponsored by QAMA and undertaken by Saranac Laboratory did not support the proposition that asbestos caused cancer. He is also expected to testify regarding the formation, purpose and composition of the Industrial Hygiene Foundation ("IHF") and certain studies concerning asbestos conducted by the IHF for other organizations. Dr. Moore may also testify as to the development and maintenance of threshold limit values for asbestos exposure. He may also testify in rebuttal to plaintiffs' witnesses.

The facts known to this expert that relate to, or form the basis of, his opinions or mental impressions include those facts contained in documents pertaining to asbestos dust surveys conducted by Metropolitan Life, including reports, published articles, correspondence and memoranda; those facts contained in the documents referred to in plaintiffs' complaints or relied upon by plaintiffs to base their claims in these cases; facts contained in the published literature regarding asbestos and health; facts obtained from a review or knowledge of government or industry standards relating to proper methodology for capturing and analyzing air samples; facts obtained from textbooks and handbooks regarding industrial hygiene practice and similar material; facts contained in documents relating to the inhalation dust studies performed at Saranac Laboratory, including correspondence, memoranda, transcripts, drafts and published reports and related material; facts obtained about cancer research during the course of his education and professional activities; and facts contained in testimony of individuals once affiliated with Saranac Laboratory. Such facts may also include additional facts ultimately obtained from a review of the medical literature and a review of testimony of fact and expert witnesses in this litigation. Additional facts known to this expert were obtained through education, training, and experience as a medical doctor in the field of occupational medicine and

as a certified industrial hygienist.  The exhibits this expert will use to support the aforementioned

facts are contained in documents, literature, textbooks, correspondence, memoranda and

transcripts as more fully described above.   These exhibits will be made available for production

in accordance with FED. R. CIV. P. 34

      This expert's hourly rate to be paid for his study and testimony in this case is $500.


J. Steven Moore, M.D., M.P.H., C.I.H

Dated: Aug 13, 2012

*August 2013*

# CURRICULUM VITAE
of

# J. STEVEN MOORE, M.D., M.P.H., CIH, CPE (*RET.*), CT

## PERSONAL DATA

**Home Address:**        13149 Hill Road
                         College Station, Texas  77845

**Date and Place of Birth:**   July 14, 1952; Dallas TX

**Citizenship:**         United States

**Marital Status:**      Married to Mary Wolf (formerly widowed)

**Children:**            Audrey V. Smith, M.D.
                         Cassidy S. Moore
                         Halimah C. W. Jones

## EDUCATION AND TRAINING

| | | |
|---|---|---:|
| **B.S. (Honors):** | University of Texas, Austin TX, Bachelor of Science in Physics with Honors | 1974 |
| **M.D.:** | University of Texas Health Science Center at Dallas, Doctor of Medicine | 1978 |
| **M.P.H.** | Medical College of Wisconsin, Master of Public Health | 1986-1989 |
| **Postgraduate:** | National Naval Medical Center, Bethesda, MD; General Medicine Intern | 1978-1979 |
| | Naval Undersea Medical Institute, Groton CT; Undersea Medical Officer | 1979 |
| | Naval School of Diving and Salvage, Washington DC; Diving Medical Officer | 1979 |
| **M.A.:** | Pacifica Graduate Institute; Program in Depth Psychology | 2011 |
| **Ph.D. (ABD)**: | Pacifica Graduate Institute, Ph.D. Program in Depth Psychology | 2007 – present. |
| | Anticipated dissertation defense | Fall 2013. |

## MILITARY SERVICE

| | | |
|---|---|---:|
| United States Navy Medical Corps | *Undersea Medical Officer – Submarine Group 6* | 1978-1981 |

## MEDICAL LICENSURE

| | |
|---|---:|
| Texas (J9222) | 1995 - present |

## CERTIFICATIONS

| | |
|---|---:|
| Submarine Medical Officer, U.S. Navy | 1980 |
| Undersea Medical Officer, U.S. Navy | 1980 |
| Certified Industrial Hygienist (CIH), American Board of Industrial Hygiene | 1986-1989 |
| Diplomate, American Board of Preventive Medicine (Occupational Medicine) | 1988 - present |
| Certified Professional Ergonomist (CPE) | 1993 – 2011 (retired) |
| Certified Thanatologist (CT), Association for Death Education & Counseling | 2008 – present |

## EMPLOYMENT

| 1981-1981 | Trident Industrial Medicine, P.A., Charleston SC | *Staff Physician* |
|---|---|---|
| 1981-1983 | Dow Chemical Company, Midland MI | *Occupational Health Physician* |
| 1983-1984 | Medical-Surgical Clinic, Milwaukee WI | *Staff Physician* |
| 1984-1986 | Medical-Surgical Clinic | *Director of Occupational Medicine* |
| 1986-1988 | Medical College of Wisconsin; Milwaukee WI | *Faculty (part-time)* |
| 1986-1988 | Self-Employed; Brookfield WI | *Consultant* |
| 1988-1995 | Medical College of Wisconsin | *Faculty (full-time)* |
| 1995-1997 | University of Texas Health Center at Tyler | *Faculty (full-time)* |
| 1998-2002 | Texas A&M University, Nuclear Engineering | *Faculty (full-time)* |
| 2002-2010 | Texas A&M University Health Science Center, SRPH | *Faculty (full-time)* |
| 2010-present | Self-employed (Retired from Academia) | *Consultant* |

## ACADEMIC APPOINTMENTS

### Medical College of Wisconsin
| | |
|---|---|
| Assistant Clinical Professor of Preventive Medicine | 1985-1988 |
| Assistant Professor of Preventive Medicine | 1988-1994 |
| Director, Occupational and Environmental Health Research Center | 1989-1993 |
| Program Director, Occupational Medicine Residency Program | 1990-1993 |
| Program Director, Practicum Program in Occupational Medicine | 1992-1994 |
| Director, Occupational Medicine Residency Programs | 1990-1994 |
| Associate Professor of Preventive Medicine | 1994-1995 |
| Interim Chairman, Department of Preventive Medicine | 1994-1995 |

### University of Wisconsin - Milwaukee
| | |
|---|---|
| Adjunct Associate Professor of Industrial and Systems Engineering, , | 1993-1995 |

### University of Texas Health Center at Tyler
| | |
|---|---|
| Associate Professor of Occupational Health Sciences | 1995-1997 |
| Associate Professor of Occupational and Environmental Medicine | 1995-1997 |
| Director of Industrial Hygiene and Ergonomics (within TIOSH) | 1995-1997 |
| Professor of Occupational Health Sciences | 1997 |
| Professor of Occupational and Environmental Medicine | 1997 |

### Texas A&M University
| | |
|---|---|
| Professor of Engineering, Department of Nuclear Engineering | 1998-2002 |
| Graduate Faculty | 1998-2010 |
| Co-Director, NSF Industry/University Cooperative Research Center in Ergonomics | 1998-2003 |
| Professor of Environmental and Occupational Health (secondary appointment to SRPH) | 1998-2002 |

### School of Rural Public Health, Texas A&M Health Science Center
| | |
|---|---|
| Professor of Environmental and Occupational Health | 2002-2010 |
| Executive Associate Dean, SRPH, Texas A&M Health Science Center | 2009-2010 |

## INSTITUTIONAL SERVICE

**Medical College of Wisconsin**

| | |
|---|---|
| Residency Program Directors | 1990-1994 |
| Ad Hoc Committee for Resident Infection Control | 1990-1994 |
| Executive Committee of the Faculty | 1994-1995 |
| Clinical Chairs Committee | 1994-1995 |

**University of Texas Health Center at Tyler**

| | |
|---|---|
| Search Committee for the Executive Associate Director for Academic Affairs | 1995-1996 |
| N.E.T.net Program Curriculum Task Force | 1996-1997 |

**Texas A&M University**

| | |
|---|---|
| Computer Network Committee (NUEN) | 1998-2002 |
| Strategic Planning Advisory Committee (NUEN) | 1998-2002 |
| Distance Learning Committee (COE) | 2000-2001 |
| Masters of Engineering in Environmental Engineering Development Committee | 2000-2001 |
| Promotion and Tenure Committee (NUEN) | 2001-2002 |

**Texas A&M University System Health Science Center**

| | |
|---|---|
| Faculty Governance Committee | 1999 |
| Information Technology Committee (Chair) (SRPH) | 2001-2002 |
| Institutional Review Board (Member) (TAMU) | 2002-2004 |
| Institutional Review Board (Chair) (TAMU) | 2004-2009 |
| Biostatistics Search Committee (Chair) (SRPH) | 2002-2005 |
| CAFERRT (Member) (HSC) | 2002-2006 |
| CAFERRT (Alt.) (HSC) | 2007-2009 |
| Academic Promotion and Tenure Committee (EOH and EB Depts.) | 2002-2009 |
| Academic Promotion and Tenure Committee (Chair) (SRPH) | 2003-2008 |
| Academic Promotion and Tenure Committee (Member) (TAMHSC) | 2005-2008 |
| Institutional Review Board Executive Committee (Member) | 2005-2009 |
| Principal Investigator Advisory Committee (TAMU Research Foundation) | 2006-2010 |
| Biostatistics Search Committee (Member) | 2007-2008 |
| Health Policy and Management Search Committee (Member) | 2007-2008 |
| Environmental & Occupational Health Search Committee (Chair) | 2007-2008 |
| Executive Committee (Member) (SRPH) | 2009-2010 |
| Environmental & Occupational Health Department Head Search Committee (Member) | 2009-2010 |
| Graduate Programs Council (Member)(HSC) | 2009-2010 |
| Student Services Advisory Council (Member) (HSC) | 2009-2010 |

## COMMUNITY SERVICE AND OUTREACH

Hospice Brazos Valley

| | |
|---|---|
| *Volunteer* | *2007-present* |
| *Just for Gents (a quarterly bereavement program for men); Co-facilitator* | *2008-present* |

# SCHOLARSHIP

## ACADEMIC AWARDS AND HONORS

| | |
|---|---|
| Junior Fellow; University of Texas | 1973 |
| Citation; Commander, Submarine Squadron 10 | 1980 |
| Navy Commendation Medal; Commander, U.S. Atlantic Fleet | 1981 |
| 1995 Paper of the Year - *American Industrial Hygiene Association Journal* | 1996 |
| Gelbermann Lecturer; ACOEM State-of-the-Art Conference | 1998 |
| Delta Omega, Alpha Omicron Chapter; National Honor Society in Public Health | 2003 |
| First recipient of the Paul S. Richards Distinguished Lectureship in Occupational Medicine | 2004 |
| Faculty Recognition Award, Dept. of Environmental & Occupational Health, SRPH | 2004/2005/2006 |
| Award for Excellence in Education, School of Rural Public Health | 2006 |

## INVITED REVIEWER

| | |
|---|---|
| *American Industrial Hygiene Association Journal* | 1992-1997 |
| *Journal of Occupational and Environmental Medicine* | 1993-2002 |
| *Journal of Occupational and Environmental Hygiene* | 2007 |
| American College of Occupational and Environmental Medicine, Publications Committee | 1993 |
| American Industrial Hygiene Association, Publications Department | 1993 |
| National Institute for Occupational Safety and Health (NIOSH) | 1994-1996 |
| Occupational Safety and Health Administration (OSHA) | 1994-1996 |
| *Human Factors* | 1995, 1998-1999, 2001-2003, 2006 |
| *Journal of the American Medical Association* | 1997 |
| *Ergonomics* | 1998 |
| *American Journal of Industrial Medicine* | 1998, 2002 |
| The National Academy of Sciences and National Research Council | 2000 |
| National Institutes of Health, Geriatrics and Rehabilitative Medicine Study Section | 2001 |
| National Institutes of Health, Child Health and Human Development Special Emphasis Panel ZHD1-A-18 | 2002 |
| National Institutes of Health/National Institute of Occupational Safety & Health | 2004 |
| *Applied Ergonomics* | 2006 |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| American College of Occupational and Environmental Medicine, | |
| *Member* | 1981-2011 |
| *Fellow* | 1992-2011 |
| Texas Occupational Medical Association | 1995-present |
| American Academy of Industrial Hygiene | 1986-present |
| American Conference of Governmental Industrial Hygienists | 1986-present |
| American Industrial Hygiene Association - National | 1984-present |
| American Medical Association | 1978-1999 |
| Texas Medical Association | 1995-present |
| Brazos County Medical Society | 1998-present |
| Human Factors and Ergonomics Society | 1991-2012 |
| Association for Death Education & Counseling | 2008-present |

## PEER-REVIEWED PUBLICATIONS

1.  <u>Moore, J.S.</u>: Clinical determination of work-relatedness in carpal tunnel syndrome. *J. Occup. Rehab. 1(2):*143-156, 1991.

2.  <u>Moore, J.S.</u>: Flywheel truing: A case study of an ergonomic intervention. *Am. Ind. Hyg. Assoc. J. 55(3):*236-244, 1994.

3.  <u>Moore, J.S.</u>, and A. Garg: Upper extremity disorders in a pork processing plant: Relationships between job risk factors and morbidity. *Am. Ind. Hyg. Assoc. J. 55(8):*703-715, 1994. [PMID: 7945207]

4.  <u>Moore, J.S.</u>, and A. Garg: The Strain Index: A proposed method to analyze jobs for risk of distal upper extremity disorders. *Am. Ind. Hyg. Assoc. J. 56(5):*443-458, 1995. [PMID: 7754975]

5.  Greaves, W.W., K. Hegmann, <u>J.S. Moore</u>: An industry-based practicum for occupational medicine. *Academic Medicine* 71(5):561. 1996. [PMID: 10676309]

6.  <u>Moore, J.S.</u>, and A. Garg: Use of participatory ergonomics teams to address musculoskeletal hazards in the red meat packing industry. *Am. J. Ind. Med. 29(4):*402-408, 1996. [PMID: 8728148]

7.  <u>Moore, J.S.</u>, and A. Garg: Participatory ergonomics in a red meat packing plant. Part 1: Evidence of long-term effectiveness. *Am. Ind. Hyg. Assoc. J. 58(2):*127-131, 1997.

8.  <u>Moore, J.S.</u>, and A. Garg: Participatory ergonomics in red meat packing plant. Part 2: Case Studies. *Am. Ind. Hyg. Assoc. J. 58:*498-508, 1997. [PMID: 9208465]

9.  <u>Moore, J.S.</u>: DeQuervain's tenosynovitis. Stenosing tenosynovitis of the first dorsal compartment. *J. Occup. Environ. Med. 39(10):*990-1002, 1997. [PMID: 9343764]

10. <u>Moore, J.S.</u>: Office Ergonomics Programs: A case study of North American corporations. *J. Occup. Environ. Med. 39(12):*1203-1211, 1997. [PMID: 9429174]

11. <u>Moore, J.S.</u>, and A. Garg: The effectiveness of participatory ergonomics in the red meat packing industry: Evaluation of a corporation. *Int. J. Ind. Ergon. 21:*47-58, 1998.

12. Jeng, O-J, R.G. Radwin, <u>J.S. Moore</u>, M. Roberts, J. Garrity, and T. Oswald: Evaluation of a sensory and psychomotor functional test battery for carpal tunnel syndrome using an industrial population. *Am. Ind. Hyg. Assoc. J. 58(12):*885-892, 1997. [PMID: 9425650]

13. <u>Moore, J.S.</u>, M.J. Christensen, R.W. Wilson, R.J. Wallace, Y. Zhang, D.R. Nash, and B. Shelton: Mycobacterial contamination of metalworking fluids: Involvement of a possible new taxon or rapidly growing Mycobacteria. *AIHAJ 61:*205-213, 2000. [PMID: 10782192]

14. <u>Moore, J.S.</u>: Flexor tendon entrapment of the digits: Trigger finger and trigger thumb. *J. Occup. Environ. Med. 42(5):*526-545, 2000. [PMID: 10824306]

15. Katz, J.N., S. R. Stock, B.A. Evanoff, D. Rempel, <u>J.S. Moore</u>, A. Franzblau, and R.G. Gray: Classification criteria and severity assessment in work-associated upper extremity disorders: Methods matter. (editorial) *Am. J. Ind. Med. 38(4):*369-372, 2000. [PMID: 10982976]

16. Moore, J.S., N.P. Rucker, and K. Knox: Validity of generic risk factors and the Strain Index for predicting non-traumatic distal upper limb disorders. *AIHAJ 62:*229-235, 2001. [PMID: 11331995]

17. Knox, K. and J.S. Moore: Predictive validity of the Strain Index in turkey processing. *J. Occ. Env. Med. 43(5):*451-462, 2001. [PMID: 11382180]

18. Rucker, N.P. and J.S. Moore: Predictive validity of the Strain Index in manufacturing. *Appl. Occ. Env. Hyg. 17(1):*63-73, 2002. [PMID: 11800408]

19. Moore, J.S.: Proposed biomechanical models for the pathogenesis of specific distal upper extremity disorders. *Am J Ind Med* 41:353-369, 2002. [PMID: 12071489]

20. Stevens, E., G.A. Vos, J.P. Stephens, and J. S. Moore: Inter-Rater Reliability of the Strain Index. *J. Occ. Env. Health* 1:745-751, 2004. [PMID: 15673095]

21. Vos, G.A., J.J. Congleton, J.S. Moore, A.A. Amendola, and L. Ringer: Postural versus chair design impacts upon interface pressure. *Applied Ergonomics* 37(5):619-625, 2006. [PMID: 16289017]

22. Stephens, J.P., G.A. Vos, E.M. Stevens, and J.S. Moore:  Test-retest repeatability of the Strain Index. *Applied Ergonomics* 37:275-281, 2006. [PMID: 16182231]

23. Brewer, S., D. Van Erd, B.C. Amick, E. Irwin, K.M. Daum, F. Gerr, J.S. Moore, K. Cullen, D. Rempel: Workplace interventions to prevent musculoskeletal and visual symptoms and disorders among computer users: A systematic review. *J. Occup. Rehabil.* 16(3):325-58, 2006. [PMID: 16933148]

24. Garg, A., J.S. Moore, J. Kapellusch, K. Hegmann: "Posture of Evidence: Separating Fact from Fiction in Workplace Ergonomics." *Industrial Engineer: IE,* 39(6):30-33, 2007.

25. Shah, D.J., E.M. Shipp, S.P. Cooper, J.C. Huber, D.J. del Junco, A.A. Rene, J.S. Moore: Hand problems in migrant farmworkers. *J Agricultural Safety & Health* 15(2):157-169, 2009. [PMID: 19496344]

26. Menéndez, C. C., B. C. Amick, M. Jenkins, C. Caroom, M. Robertson, F. Gerr, J.S. Moore, R. B. Harrist, J. N. Katz: A validation study comparing two self-reported upper extremity symptoms surveys with clinical examinations for upper extremity musculoskeletal disorders. *Work,* 43(3): 293-302, 2012. [PMID: 22927597]

27. Garg, A., K. Hegmann, J. Moore, J. Kappelusch, M. Thiese, S. Boda, et al.: Study Protocol Title: Prospective Cohort Study of Low Back Pain. *BMC Musculoskelet Dis,* 14:84. doi: 10.1186/1471-2474-14-84. Mar 7, 2013. [PMID: 23497211]

28. Garg, A., S. Boda, K. Hegmann,  J.S. Moore, J. Kapellusch, P. Bhoyar, et al.: The NIOSH Lifting Equation and Low Back Pain Part I: Association with Low Back Pain in the Backworks Prospective Cohort Study. *Human Factors,* 0018720813486660m first published on May 13, 2013.

29. Garg, A., J. Kapellusch, K. Hegmann,  J.S. Moore, S. Boda, P. Bhoyar, et al.: The NIOSH Lifting Equation and Low Back Pain Part II: Association with Seeking Care in the Backworks Prospective Cohort Study. *Human Factors,* 0018720813491284, first published on June 17, 2013.

30. Thiese, M., K. Hegmann, E. Wood, A. Garg, J. Moore, J. Kapellusch, et al.: Low back pain ratings for lifetime, 1-month period, and point prevalences in a large occupational population. *Human Factors*, 0018720813493641, first published on June 21, 2013.

## CHAPTERS, REVIEWS, AND EDUCATIONAL MATERIALS

1. Moore, J.S.: "Aliphatic and Aromatic Amines." In: *Developments in Occupational Medicine* (second edition). C. Zenz, ed. Year Book Medical Publishers, Chicago, 1988. Pp. 704-709.

2. Moore, J.S.: *Toxicology* Course Study Guide (Revision). Academic Program in Occupational Medicine, Medical College of Wisconsin, 1988.

3. Moore, J.S.: *Health Surveillance* Course Study Guide. Academic Program in Occupational Medicine, Medical College of Wisconsin, 1988.

4. Moore, J.S.: *Industrial Hygiene* Course Study Guide. Academic Program in Occupational Medicine, Medical College of Wisconsin, 1989.

5. Moore, J.S., and R. Clay: *Toxicology* Course Study Guide (Revision). Academic Program in Occupational Medicine, Medical College of Wisconsin, 1992.

6. Moore, J.S.: "Styrene and Butadiene." In: *Environmental and Occupational Medicine* (second edition). W. Rom, ed. Little Brown and Company, Boston, 1992. Pp. 999-1011.

7. Moore, J.S.: "Function, Structure, and Responses of Components of the Muscle-Tendon Unit." In *Ergonomics: Low-Back Pain, Carpal Tunnel Syndrome, and Upper Extremity Disorders in the Workplace.* OCCUPATIONAL MEDICINE: State of the Art Reviews. J.S. Moore and A. Garg, eds. Hanley & Belfus, Philadelphia, 1992. Pp. 713-739. [PMID: 1411856]

8. Moore, J.S.: "Carpal Tunnel Syndrome." In *Ergonomics: Low-Back Pain, Carpal Tunnel Syndrome, and Upper Extremity Disorders in the Workplace. OCCUPATIONAL MEDICINE: State of the Art Reviews.* J.S. Moore and A. Garg, eds. Hanley & Belfus, Philadelphia, 1992. Pp. 741-763. [PMID: 1411857]

9. Garg, A., and J.S. Moore: "Epidemiology of Low-Back Pain in Industry." In *Ergonomics: Low-Back Pain, Carpal Tunnel Syndrome, and Upper Extremity Disorders in the Workplace. OCCUPATIONAL MEDICINE: State of the Art Reviews.* J.S. Moore and A. Garg, eds. Hanley & Belfus, Philadelphia, 1992. Pp. 593-608. [PMID: 1411850]

10. Garg, A., and J.S. Moore: "Prevention Strategies and the Low Back in Industry." In: *Ergonomics: Low-Back Pain, Carpal Tunnel Syndrome, and Upper Extremity Disorders in the Workplace. OCCUPATIONAL MEDICINE: State of the Art Reviews.* J.S. Moore and A. Garg, eds. Hanley & Belfus, Philadelphia, 1992. Pp. 629-640. [PMID: 1411852]

11. Moore, J.S.: *Industrial Hygiene* Course Study Guide (Revision). Academic Program in Occupational Medicine, Medical College of Wisconsin, 1993.

12. Moore, J.S., and A. Garg: "Ergonomics." In: *Handbook of Occupational Medicine* (second edition). R.J.McCunney, ed. Little Brown & Company, Boston, 1994. Pp. 396-417.

13. Moore, J.S., and A. Garg: Participatory Ergonomics in the Red Meat Packing Industry: A Case Study of a Corporation and a Plant (U60/CCU508741). NTIS Number PB95-182457, February 15, 1994.

14. Moore, J.S., and A. Garg:. "Case Study #2." In: *Participatory Ergonomic Interventions in Meatpacking Plants*. DHHS (NIOSH) Publication No. 94-124, 1994. Pp. 93-161.

15. Moore, J.S.: "Tenosynovitis and Peritendinitis." In: *1996 Year Book in Occupational Medicine.* E.A. Emmett, A.L. Frank, M. Gochfeld, and S.M. Hessl, eds. Mosby Year-Book, St. Louis, 1996. Pp. xvii-xlvii.

16. Moore, J.S., and C. Prezzia: "Considerations for Determining the Work-Relatedness of Carpal Tunnel Syndrome." In: *Cumulative Trauma Disorders: Prevention, Evaluation and Treatment.* O. B. Dickerson and M. Erdil, eds. Van Nostrand Reinhold, New York City, 1996. Pp. 59-97.

17. J.S. Moore: "Psychophysical Strength." In: Gallagher, S., J.S. Moore, and T. Stobbe: "Strength Testing in Industry." *Am. Ind Hyg. Assoc. Monograph Series.* AIHA, Fairfax, 1998.

18. Moore, J.S.: "An Overview of Upper Extremity Disorders Related to Work: The Medical Perspective." In: *Ergonomics for Plant Managers.* V. Karwowski and G. Salvendy, eds. Society of Manufacturing Engineers, Dearborn, 1998.

19. Hegmann, K. and J.S. Moore: "Common Musculoskeletal Disorders." In: *Sourcebook of Occupational Rehabilitation*. P. King, ed. Plenum Publishers, New York City (1999).

20. Moore, J.S.: "Flexor Tendon Entrapment of the Digits." Occupational Safety and Health Administration, 1999.

21. Moore, J.S.: "Tendon Entrapment at the First Dorsal Compartment." Occupational Safety and Health Administration, 1999.

22. Moore, J.S.: "Peritendinitis." Occupational Safety and Health Administration, 1999.

23. Moore, J.S.: "Epicondylitis." Occupational Safety and Health Administration, 1999.

24. Moore, J.S.: "Carpal Tunnel Syndrome." Occupational Safety and Health Administration, 1999.

25. Moore, J.S.: "Ulnar Nerve Entrapment at the Elbow." Occupational Safety and Health Administration, 1999.

26. Moore, J.S.: "Rotator Cuff Disorders." Occupational Safety and Health Administration, 1999.

27. Moore J.S. and G.A. Vos: "The Strain Index." In: *Handbook for Human Factors and Ergonomics Methods.* Hedge A. (ed). London: Taylor & Francis.

28. Moore, J.S.: *Occupational Musculoskeletal Disorders, 2nd. Ed.* [Book Review]. JOEM 42(10):1043-1044, 2000.

29. Moore, J.S.: "Proximal Ulnar Neuropathies – An Occupational Medicine Physician's Perspective." Plenary Session Paper. American Academy of Electrodiagnostic Medicine. November 2002.

30. Gallagher S., J.S. Moore, T.J. Stobbe: Isometric, Isoinertial, and Psychophysical Strength Testing: Devices and Protocols. In: *Muscle Strength.* S. Kumar (ed.). Taylor & Francis, London, 2003.

31.    Moore, J.S. and N. Swanson.  The effect of alternative keyboards on musculoskeletal symptoms and disorders.  In Harris, D., Duffy, V., Smith, M. and Stephanidis, C. (Eds.) Human - Centred Computing: Cognitive, Social and Ergonomic Aspects, Volume 3.  Mahwah, New Jersey: Lawrence Erlbaum Associates, pp 103-107, 2003.

32.    Moore, J.S.: *Occupational Musculoskeletal Disorders, 3rd Ed.* [Book Review]. *JOEM* 48(2): 212-213, 2006. [AN 20191691]


## PEER-REVIEWED ABSTRACTS

1.    Moore, J.S., and A. Garg:  Determination of the operational characteristics of ergonomic exposure assessments for prediction of disorders of the upper extremities and back.  *Designing for Everyone: Proceedings of the 11th Congress of the International Ergonomics Association.*  Y. Quéinnec and F. Daniellou, eds.  Taylor & Francis, London, 1991.  pp. 144-146.

2.    Moore, J.S., and A. Garg: The spectrum of upper extremity disorders associated with hazardous work tasks. In:  *Advances in Industrial Ergonomics and Safety IV.*  S. Kumar, ed.  Taylor & Francis, London.  1992.  pp. 723-730.

3.    Moore, J.S., and A. Garg: A job analysis method for predicting upper extremity disorders at work: Preliminary results.  In:  *Advances in Industrial Ergonomics and Safety V.*  R. Nielsen and K. Jørgensen, eds.  Taylor & Francis, London.  1993.  pp. 163-168.

4.    Moore, J.S.: The epidemiological context of upper extremity disorders associated with work.  *Proceedings of the International Conference on Occupational Disorders of the Upper Extremities*, San Francisco, CA; 1994.

5.    Moore, J.S., and A. Garg: A comparison of different approaches for ergonomic job evaluation for predicting risk of upper extremity disorders.  *Proceedings of 12th Triennial Congress of the International Ergonomics Association*. Toronto ON, Canada; 1994. pp. 176-178.

6.    Moore, J.S., and A. Garg: Effectiveness of a participatory ergonomics program.  *Proceedings of the Second International Scientific Conference on Prevention of Work-Related Musculoskeletal Disorders* (PREMUS 95).  Montreal QU, Canada; 1995.  pp. 111-113.

7.    Moore, J.S., and A. Garg: A case study of an epidemic of upper extremity disorders in a corporate office. In:  *Advances in Occupational Ergonomics and Safety I.*  A. Mital, H. Krueger, S. Kumar, M. Menozzi. and J.E. Fernandez, eds.  Taylor & Francis, London. 1996. pp. 858-863.

8.    Moore, J.S.: Proposed pathogenetic models for specific distal upper extremity disorders.  *Proceedings of the International Conference on Occupational Disorders of the Upper Extremities*, Ann Arbor, MI; 1996.

## ABSTRACTS

1. <u>Moore, J.S.</u>: "Technical Issues in Screening for Drugs of Abuse" *Proceedings from the American Industrial Hygiene* Conference; Montreal, Canada; 1987.

2. <u>Moore, J.S.</u>: "Ergonomic Exposure Factors Associated with Work-Related Carpal Tunnel Syndrome and Other Upper Extremity Disorders." *Proceedings from the American Industrial Hygiene Conference & Exposition*; Salt Lake City UT; 1991.

3. <u>Moore, J.S.</u>: "Problems Verifying the Diagnosis and Work-Relatedness of Carpal Tunnel Syndrome." *Proceedings from the American College of Occupational Medicine's State-of the-Art Conference*; St. Louis MO; 1991.

4. <u>Moore, J.S.</u>, and A. Garg: "Exposure Factors Associated With Increased Risk of Upper Extremity Disorders in a Pork Processing Plant." *Proceedings from the American Industrial Hygiene Conference & Exposition*; New Orleans LA; 1993.

5. <u>Moore, J.S.</u>, and A. Garg: "Estimates of Relative Risk for Upper Extremity Disorders in a Pork Processing Plant." *Proceedings from the American Industrial Hygiene Conference & Exposition*; New Orleans LA; 1993.

6. Hegmann, K. T., W. W. Greaves, J. S. Moore, and M. A. Roberts: "Case-Control Study of Respiratory and Reproductive Symptoms at an Automotive Parts Manufacturing Facility." *Am. J. Epi.* 139(11):560, 1994.

7. <u>Moore, J.S.</u>, and A. Garg: "An Epidemic of Upper Extremity Disorders at a Corporate Headquarters." *Proceedings from the American College of Occupational and Environmental Medicine's State-of-the-Art Conference*; Denver CO, 1994.

8. <u>Moore, J.S.</u>: "The Practicum Program in Occupational Medicine." *Proceedings from the American College of Occupational and Environmental Medicine's American Occupational Health Conference*; Las Vegas NV, 1995.

9. <u>Moore, J.S.</u>, and A. Garg: "A Case Study of an Epidemic of Upper Extremity Disorders at a Corporate Headquarters." *Proceedings from the American Industrial Hygiene Conference and Exposition*; Washington DC, 1996.

10. <u>Moore, J.S.</u>, and A. Garg: "Use of Participatory Ergonomics Teams to Address Musculoskeletal Hazards in the Red Meat Packing Industry." *Proceedings from the American Industrial Hygiene Conference and Exposition*; Washington DC, 1996.

11. <u>Moore, J.S.</u>: "Case Definitions and Diagnostic Criteria: Disorders of the Muscle-Tendon Units of the Distal Upper Extremity." *Proceedings from the 4th Annual Conference of Managing Ergonomics in the 1990s*; Cincinnati OH, 1997.

12. <u>Moore, J.S.</u> and A. Garg: "Changes in Workers' Compensation Expenses Following Implementation of a Participatory Ergonomics Program in a Red Meat Packing Products Corporation and a Meat Packing Plant." *Proceedings from the 4th Annual Conference of Managing Ergonomics in the 1990s*; Cincinnati OH, 1997.

13. Moore, J.S., M. Christensen, R. Wilson, D. Nash, and B Shelton: "Mycobacterial Contamination of MRFs and Potential Abatement Strategies." *Proceedings of 1997 Metal Removal Fluids Symposium*; Detroit, MI, 1997.

14. Moore, J.S.: "Proposed Models for the Pathogenesis of Distal Upper Extremity Disorders." *Proceedings of the American College of Occupational and Environmental Medicine's 1997 State of the Art Conference*; Nashville, TN, 1997.

15. Walline, E.K. and J.S. Moore: "A Comparison of Workstation Dimensions and Body Postures between 10-in. CRT, 21-in. CRT, and 19-in. Flat-Panel Monitors." *2000 Society for Information Display International Symposium, Digest of Technical Papers,* Vol. XXXI, pp. 567-569. Long Beach, CA; May 17, 2000.

16. Rose, S., J.S. Moore, and J.J. Congleton: "Patterns of Body Weight Changes and Fluid/Food Consumption in a Hot Working Environment." *2000 American Industrial Hygiene Conference and Exposition Abstracts.* Orlando, FL; May 22, 2000.

17. Rose, S., J.S. Moore, and J.J. Congleton: "The Effectiveness of Heat-Reducing Interventions Used in Work Recovery Areas." *2000 American Industrial Hygiene Conference and Exposition Abstracts.* Orlando, FL; May 22, 2000.

18. Vos, G., J. Moore, E Stevens, and J.P. Stephens: "Assessing the Strain Index for Reliability." *2003 Industrial Hygiene Conference and Exposition Abstracts.* Dallas, TX; May 13, 2003.

19. Lowe, B., J. S. Moore, Swanson, N., Perez, L. and Alderson, M.: Relationships Between Upper Limb Loading, Physical Findings, and Discomfort Associated with Keyboard Use. *2002 Human Factors and Ergonomics Conference.*

20. Moore, J.S. and N. Swanson: "The Prevalence of Neuromusculoskeletal Disorders in a Population of Insurance-Company Workers Based on Clinical Interviews." *Working With Display Units (WWDU)*, Crete; June 2002

21. Moore, J.S. and N. Swanson: "The Effect of Alternative Keyboards on Musculoskeletal Symptoms and Disorders." *Marconi Research Conference.* Grand Rapids, MI, 2003.

22. Moore, J.S. and N. Swanson: "The Effect of Alternative Keyboards on Musculoskeletal Symptoms and Disorders." *IIE Annual Conference*, Houston, TX 2004.

23. Swanson, N., R. Dunkin, J. S. Moore, S. Brightwell, E. Jones, B. Lowe, M. Alderson, J. Riley, K. Pierson, and S. Robertson. "The Results of a Two-Year Longitudinal Study of Alternative Keyboards." *WWCS*, Malaysia, 2004.

24. Garg A, Moore JS, Hegmann KT. Multiple-Task Jobs and Job Rotations: Some Considerations for Job Exposure Assessment. Presented at the Fifth International Scientific Conference on Prevention of Work-related Musculoskeletal Disorders. ETH Zurich, Zurich, Switzerland. July 14, 2004. Premus 2004;167-168.

25. Garg, A., J. S. Moore, and K. T. Hegmann: The Revised Strain Index: A Method for Quantifying Risk for DUE MSDs. *Proceedings of the 28th International Congress on Occupational Health – ICOH 2006. Milan, Italy,* June 11 – 16, 2006.

26. Hegmann, K. T., A. Garg, J. S. Moore, J. C. Foster: Relationships between Strain Index Scores and Case Definitions of Rotator Cuff Tendinitis. *Proceedings of the International Congress on Occupational Health – ICOH 2006. Maastricht, the Netherlands,* Tuesday, July 11, 2006.

27. Hegmann, K. T., A. Garg, J. S. Moore, J. C. Foster: Relationships between Strain Index Scores and Case Definitions of Rotator Cuff Tendinitis. *Proceedings of the 16th World Congress on Ergonomics – IEA2006. Maastricht, the Netherlands,* Tuesday, July 11, 2006.

28. Moore, J. S. G. A. Vos, J. P. Stephens, E. Stevens, and A. Garg: The validity and reliability of the Strain Index. *Proceedings of the 16th World Congress on Ergonomics – IEA2006. Maastricht, The Netherlands,* Tuesday, July 11, 2006.

29. Moore, J. S.: Causation – What Does It Mean? *Work-Related Upper Limb Disorders – 2006.* Nottingham, England. September 7, 2006.

30. Moore, J. S.: de Quervain's Disease. *Work-Related Upper Limb Disorders – 2006.* Nottingham, England. September 7, 2006.

31. Moore, J. S.: Ergonomic Factors – Their Effect on Disease in the Upper Limb. *Work-Related Upper Limb Disorders – 2006.* Nottingham, England. September 8, 2006.

32. Moore, J. S.: Repetition & Force: Do They Predict At-work Risk Practices? *Work-Related Upper Limb Disorders – 2006.* Nottingham, England. September 8, 2006.

33. Garg, A., K. T. Hegmann, and J. S. Moore: LBP: Preliminary Results from a Multi-Center Prospective Cohort Study. *Human Factors & Ergonomics Society – 2006.* San Francisco, CA, October 16 – 20, 2006.

34. Garg, A., J. S. Moore, and J. Kappelusch: The Strain Index to Analyze Jobs for Risk of Distal Upper Extremity Disorders: Model Validation. *International Conference on Industrial Engineering and Engineering Management 2007.* Singapore, December 2 – 5, 2007.


## BOOKS

1. Moore, J.S., and A. Garg, eds.: *Ergonomics:  Low-Back Pain, Carpal Tunnel Syndrome, and Upper Extremity Disorders in the Workplace.  OCCUPATIONAL MEDICINE:  State of the Art Reviews.*  Hanley & Belfus, Philadelphia, 1992.  pp. 593-790.


## RESEARCH GRANTS, CONTRACTS, PROJECTS AND AWARDS

An Investigation of Respiratory Health in relation to Occupational Exposures
    Modine Manufacturing Company; Clinton TN; 1988
    Amount: $5,584   (Co-Principal Investigator)

Ergonomics Evaluation of Department 909.
    Harley-Davidson, Inc.; Milwaukee WI; 1989
    Amount: $2,000 (Principal Investigator)

An Investigation of Respiratory Health in relation to Occupational Exposures.
    Modine Manufacturing Company; Emporia KS; 1990
    Amount: $17,350 (Co-Principal Investigator)

Ergonomics Training and Consultations (L&I Contract No. 91005) (competitive contract)
> Department of Labor & Industries, State of Washington; 1991-1992
> Amount: $56,604; 17% effort (Project Director and Co-Principal Investigator)

Ergonomics Re-Evaluations and Assessment of Interventions in Department 909.
> Harley-Davidson, Inc.; Milwaukee WI; 1992
> Amount: $20,000 (Principal Investigator)

Ergonomics Training and Consultations (L&I Contract No. 92031) (non-competitive contract renewal)
> Department of Labor and Industries, State of Washington; 1992-1993
> Amount: $50,000; 15% effort (Project Director and Co-Principal Investigator)

Cooperative Agreement for Demonstration of an Ergonomic Intervention in the Red-Meat Packing Industry (U60/CCU508741-01) (competitive and peer-reviewed contract)
> National Institute for Occupational Safety and Health (NIOSH); 1992-1993
> Amount: $40,000; 8% effort (Project Director and Co-Principal Investigator)

Investigation of Upper Extremity Disorders at a Corporate Headquarters
> Tenneco, Inc.; Houston TX; 1993-1994
> Amount: $12,000 (Project Director and Co-Principal Investigator)

Investigation of Musculoskeletal Disorders in Office Workers
> Wausau Insurance Company; Wausau WI; 1994-1995
> Amount: $36,000 (Project Director and Co-Principal Investigator)

Ergonomics in Fixed and Mobile Offices
> International Business Machines; 1995
> Amount: $25,000 (Project Director and Principal Investigator)

Investigation of Hypersensitivity Pneumonitis and Mycobacterial Contamination of Metal-Working Fluids
> Harley-Davidson, Inc.; Milwaukee WI; 1996-1997
> Amount: $45,266 (Principal Investigator)

Occupational Safety and Health Training Grant (2T01/CCT610904-04)
> National Institute for Occupational Safety and Health (NIOSH); 1998-2003
> Amount: $423,571 (Co-Principal Investigator)

Industry/University Cooperative Research Center in Ergonomics (9510092)
> National Science Foundation and Industry Partners; 1998-2003
> Amount: $957,333 (Co-Principal Investigator)

Alternative Keyboards Intervention Study (#98-528)
> National Institute for Occupational Safety and Health (NIOSH); 1998-2003
> Amount: $72,000 (+$28,000 extension) (Physician Contractor and Research Team Member)

Impact of Notebook Computers and Emerging Technologies on Ergonomics Programs among U.S. Corporations
> Office Ergonomics Research Consortium; 1999-2000
> Amount: $25,000 (Principal Investigator)

Evaluation and Analysis of Buttock-Thigh Pressures Amongst Contemporary Ergonomic Chairs with regards to the Effects of 3-D Fabric and Memory Foam
  Neutral Posture Ergonomics, Inc. Enhancement Project (NSF I/UCRC in Ergonomics)
  Amount: $12,500 (Principal Investigator)

Evaluation of Jobs for Risk of Distal Upper Extremity Disorders
  U.S. Steel Mining Corporation; 2002
  Amount: $12,500

An Ergonomic-Epidemiologic Study of the Low Back
  National Institute for Occupational Safety & Health; 2003 – 2006
  Amount: $1,923,138 (Investigator)

Alternative Mouse Intervention Study (#211-2004-M-08625)
  National Institute for Occupational Safety & Health; 2004 – present
  Amount: $20,000 (Physician Contractor and Research Team Member)

### TECHNICAL REPORTS

1.  Ott, M.G., <u>J.S. Moore</u>, G.G. Bond, and R.C. Kolesar:  "A Midland Location Morbidity Data Base and Registry."  Protocol Number:  EPI-DR-9999-9999-4782, 1982.

2.  <u>Moore, J.S.</u>:  "A descriptive statistical analysis of the biological effects of Meito Rennet Powder."  Report No. MSC-84-001, 1984.

3.  <u>Moore, J.S.</u>:  "Reproductive hazards of Freon 113 and isopropanol."  Report No. MSC-84-002, 1984.

4.  <u>Moore, J.S.</u>:  "An investigation of respiratory symptoms and occupational asthma at a metal machining facility."  Report No. MCW-87-001, 1987.

5.  <u>Moore, J.S.</u>:  "Evaluation of employee exposure to toluene diisocyanate (TDI) and 4,4'-methylene bis(2-chloroaniline) (MOCA) at a polyurethane product manufacturing facility."  Report No.  MCW-87-002, 1987.

6.  <u>Moore, J.S.</u>:  "Ergonomic analysis of assembly tasks in department 897 at an electronics manufacturing facility."  Report No. MCW-87-003, 1987.

7.  <u>Moore, J.S.</u>:  "Assessment of ergonomically designed chairs."  Report No. MCW-87-004, 1987.

8.  <u>Moore, J.S.</u>:  "Evaluations of exposures in the Ink Print Room and potential reproductive effects of 2-butoxyethanol."  Report No. MCW-87-005, 1987.

9.  <u>Moore, J.S.</u>:  "A Review of the Department of Natural Resources' Proposed Changes for Hazardous Air Emissions Rules."  Report No. MCW-87-006, 1987.

10.  <u>Moore, J.S.</u>:  "Ergonomic analysis of varied tasks at an electronics manufacturing facility."  Report No. MCW-88-001, 1988.

11.  <u>Moore, J.S.</u>:  "Reproductive health risks associated with 1,1,1-trichloroethane."  Report No. MCW-88-002.

12.  Moore, J.S.:  "Ergonomic analysis of riveting tasks at an electronics manufacturing facility."  Report No. OEHRC-88-001, 1988.

13.  Greaves, W.W., and J.S. Moore:  "An investigation of respiratory symptoms at a manufacturing facility." Report No. OEHRC-88-002, 1988.

14.  Moore, J.S.:  "Ergonomic analysis of assembly tasks at a controls manufacturing facility."   Report No. MCW-88-003, 1988.

15.  Moore, J.S.:  "An investigation of occupational asthma at a printing facility."  Report No. OEHRC-89-001, 1989.

16.  Greaves, W.W., M.A. Roberts, and J.S. Moore:  "An investigation of employee symptoms at a radiator manufacturing facility."  Report No. OEHRC-89-002, 1989.

17.  Moore, J.S.:  "Recommendations for a medical surveillance program at Lipha Chemicals."  Report No. OEHRC-89-003, 1989.

18.  Moore, J.S.:  "Review of a Medical Surveillance Program for Lead."  Report No. OEHRC-89-004, 1989.

19.  Moore, J.S., and A. Garg:  "Ergonomic analysis of a pork processing facility."  Report No. OEHRC-90-001, 1990.

20.  Moore, J.S., and A. Garg:  "Ergonomic analysis of directory assistance operator workstations at a telecommunications company."  Report No. OEHRC-90-002, 1990.

21.  Moore, J.S.:  "Employee Exposure and Medical Surveillance: 1,2-Dichloroethane."  Report No. OEHRC-90-003, 1990.

22.  Moore, J.S., and A. Garg:  "Ergonomic Analysis of Emergency Room Clerks at St. Michael's Hospital." Report No. OEHRC-90-004, 1990.

23.  Moore, J.S., and A. Garg:  "Ergonomic analysis of selected jobs at a brewery."  Report No. OEHRC-91-001, 1991.

24.  Moore, J.S., and M.A. Roberts:  "Comments on the EPA's Proposed Final Rule for Radionuclides in Drinking Water."  Report No. OEHRC-91-002, 1991.

25.  Moore, J.S.:  "A risk assessment for Diazene-42."  Report No. OEHRC-91-003, 1991.

26.  Moore, J.S., and L.F. Martin:  "A study of sensitivity or sensitization to certain recycled paper  products." Report No. OEHRC-92-001, 1992.

27.  Moore, J.S., and A. Garg:  "Ergonomic evaluation of jobs at a hose connector manufacturing facility." Report No. OEHRC-92-002, 1992.

28.  Moore J.S.:  "Flywheel truing:  A case study of an ergonomic intervention."  Report No.  OEHRC-92-003, 1992.

29.  Moore, J.S., and J.M.T. Garrity:  "An investigation of employee symptoms in the pinstriping area." Report No.  OEHRC-93-002, 1993.

30. <u>Moore, J.S.</u>: "Personal protective devices in ergonomics. What do we know about back belts, wrist splints and other supports?" Report No. OEHRC-93-003, 1993.

31. <u>Moore, J.S.</u>, and A. Garg: Participatory ergonomics in the red meat packing industry: A Case Study of a Corporation and a Plant." Report No. OEHRC-94-001, 1994.

32. <u>Moore, J.S.</u>: "Do keyboards cause upper extremity disorders in users?"        Report No. OEHRC-95-001, 1995.

33. <u>Moore, J.S.</u>: "Best practices for office ergonomics programs: A descriptive survey of North American corporations." Report No. UTHCT-OHS-95-001, 1995.

34. <u>Moore, J.S.</u>: "Stenosing Tenosynovitis of the Digits: Trigger Finger & Trigger Thumb" Report No. UTHCT-OHS-96-001.

35. <u>Moore, J.S.</u>: "Stenosing Tenosynovitis of the First Dorsal Compartment: DeQuervain's Disease" Report No. UTHCT-OHS-96-002.

36. <u>Moore, J.S.</u>: "Peritendinitis: An Unrecognized Disorder in the United States" Report No. UTHCT-OHS-96-003.

37. <u>Moore, J.S.</u>: "Carpal Tunnel Syndrome" Report No. UTHCT-OHS-96-004.

38. <u>Moore, J.S.</u>: "Epicondylitis" Report No. UTHCT-OHS-96-005.

39. <u>Moore, J.S.</u>, M. Christensen, R. Wilson, D. Nash, and B. Shelton: "Mycobacterial Contamination of MRFs and Potential Abatement Strategies." Report No. UTHCT-OHS-97-001.

40. <u>Moore, J.S.</u> and Stephens, J.P.: "An Evaluation of Jobs for Risk for Distal Upper Extremity Disorders in U.S. Steel's Pinnacle Coal Mining Operation." April 2002.

## NATIONAL ADVISORY COMMITTEES OR ACTIVITIES

American Industrial Hygiene Association (AIHA) Ergonomics Committee
    *Member*                                                          *1988-1995; 1997-2006*
    *Program Chairman*                                                *1991-1992*
    *Chair-Elect; Chair*                                              *1992-1993; 1993-1994*

American College of Occupational and Environmental Medicine (ACOEM) Ergonomics Committee
    *Member*                                                          *1991-present*
    *Chair-Elect; Chair*                                              *1995-1998; 1998-2001*

Occupational Safety and Health Administration (OSHA) Ergonomics Expert Panel
    Purpose:   This panel assisted OSHA's Office of Regulatory Compliance in assessing various aspects
    *Member*                                                          *1991-1992*

American National Standards Institute (ANSI) and National Safety Council (NSC) - ANSI Z375 Committee
    Purpose: ANSI attempted to develop a national consensus standard for ergonomics programs to control
    *Observer; Member*                                               *1991-1992; 1992-1995*

Case: 3:14-cv-00147-wmc   Document #: 96-2   Filed: 03/02/15   Page 23 of 30

American Foundrymen's Society (AFS) Occupational Health Committee
Purpose:   AFS is a trade association whose members have foundry operations.  This committee
   *Member*                 *1992-1995*

National Institute for Occupational Safety and Health (NIOSH) and Department of Energy (DOE)
"Issues Relevant to the Identification, Evaluation, and Prevention of Work-related MSDs."
Purpose:   The purpose of this meeting was for ergonomics experts from industry, labor, academia,
   recommendations to the Department of Labor, including OSHA and the Mine Safety and
   *Invited Panelist*            *1994*

Center for VDT and Health Research, Johns Hopkins University, School of Public Health
"Research Methods for Studies of Musculoskeletal Disorders of the Upper Limb Among Office Workers Using VDT
Purpose:   This workshop reviewed research methodology applicable to epidemiological studies of
   *Invited Participant*          *1994*

Occupational Safety and Health Administration (OSHA) Ergonomics Team
Purpose:   As OSHA prepared initial drafts for its proposed ergonomics protection standard, it relied on
   *External Consultant*         *1994-1995*

Occupational Safety and Health Administration (OSHA)
"Draft Ergonomics Protection Standard - Health Effects Section"
Purpose:   This section of the proposed ergonomics protection standard served as the scientific
   limited basis for comment.
   *External Reviewer*           *1995*

National Institute for Occupational Safety and Health (NIOSH)
"Musculoskeletal Disorders and Workplace Factors: Evidence for a Causal Relationship"
Purpose:   This draft document was prepared by NIOSH and circulated for external review.
   *External Reviewer*           *1996*

Center for VDT and Health Research, Johns Hopkins University, School of Public Health
"Workshop on the Diagnosis of Musculoskeletal Disorders of the Upper Limb"
Purpose:   This workshop was convened to address methodological deficiencies related to research
   severity assessment of such disorders.
   *Invited Participant and Co-Chair of Working Group on Tendon Disorders*  *1996*

UAW-Ford Joint Health and Safety Committee
"Ergonomic Risk Measurement Tool Evaluation Project"
Purpose:   UAW-Ford convened an advisory group of experts to assist in the development of a
   Request-for-Proposal for the above project, to review submitted proposals, and to
   advise on the project.
   *Invited Participant*         *1997-2003*

American Automobile Manufacturers Association
 Muscle Fatigue Workshop
Purpose:   Explore the possible applications of contemporary physiological knowledge and techniques
   related to muscle fatigue in the analysis and design of repetitive work.
   *Invited Participant and Presenter*      *1997*

Center for VDT and Health Research
   *Member, Scientific Advisory Panel*      *1998-2010*

National Academy of Sciences (NAS) / National Research Council (NRC)
    "Workshop to Review the Science of Work-Related Musculoskeletal Disorders"
        *Discussant and Panelist*                                                   *1998*

National Institute for Occupational Safety and Health (NIOSH)
    "Developing a National Occupational Research Agenda for Prevention of Musculoskeletal Disorders"
        *Invited Participant*                                                           *1999*

National Institute for Health Geriatrics Review Panel
        *Invited Reviewer*                                                   *2001*

National Institute for Occupational Safety and Health (NIOSH) Educational Program Evaluation
        *Site Visitor*                                                       *2002*

National Institute for Occupational Safety & Health (NIOSH)
  National Occupational Research Agenda – Intramural Research on Worker Safety
        *Reviewer*                                                         *2006*

Hewlett Packard Ergonomics R & D Program
        *Medical Advisor*                                           *2008 – present*

# EDUCATION & TEACHING

**Residency Program Administration (Medical College of Wisconsin)**

| | |
|---|---|
| Director of Occupational Medicine Residency Programs | 1992-1994 |
| Program Director, Occupational Medicine Residency | 1990-1994 |
| Program Director, Practicum Program in Occupational Medicine | 1992-1995 |

**Curriculum Development & Instructional Design**

*Post-Graduate Medical Education (Medical College of Wisconsin)*

| | |
|---|---|
| Practicum Phase Training for Occupational Medicine Residents | 1991-1994 |
| Didactic Program in Occupational Medicine | 1992-1994 |

*Ergonomics Programs (Professional Development)(University of Wisconsin – Milwaukee)*

| | |
|---|---|
| Introduction to Ergonomics (3-day course) | 1991 |
| Advanced Ergonomics (5-day course) | 1991 |
| Upper Extremity Disorders and Work (½-day and 1-day course) | 1992 |
| The Revised NIOSH Guide for Manual Lifting (1-day course) | 1993 |
| Advanced Ergonomics | |

*M.P.H. Degree Program (Medical College of Wisconsin)*

| | |
|---|---|
| Toxicology | 1988 |
| Health Surveillance | 1988 |
| Industrial Hygiene | 1989 |
| Toxicology | 1992 |

*M.S. Environmental Science Degree Program (UT Health Center at Tyler)*

| | |
|---|---|
| Fundamentals of Industrial Hygiene (ENV 520) | 1996 |
| General Principles of Epidemiology (ENV 542) | 1996-1997 |

*M.S. Safety Engineering Degree Program (Texas A&M University; College of Engineering)*

| | |
|---|---|
| Worker Physiology (SENG 644) | 1997; 2000 |
| Occupational Medicine for Health Protection Engineers (MSCI 689) | 1998 |
| Occupational Biomechanics (SENG 645) | 1998 |
| Occupational Epidemiology (SENG 611) | 1999 |
| Hazards I (SENG 689) | 2000 |
| Hazards II (SENG 689) | 2000 |
| Regulations (SENG 689) | 2000 |

*M.S.P.H. Occupational Safety & Health (SRPH - TAMHSC)*

| | |
|---|---|
| Occupational Epidemiology | 2002; 2003 |
| Environmental and Occupational Diseases | 2002 |
| Ergonomics II (UEMSDs and Office) | 2001 |
| Special Topics in Occupational Medicine | 2007 |

**Course Instruction**

_Medical Students (Medical College of Wisconsin)_

| | |
|---|---|
| Sophomore Course in Preventive Medicine | 1985-1987 |
| Summer Externship Program, Department of Preventive Medicine | 1987-1993 |
| Senior Elective in Occupational Medicine | 1989-1993 |

_Residents (other programs)_

| | |
|---|---|
| Internal Medicine Residency Program, Milwaukee County Medical Complex | 1987 |
| Family Medicine Residency Program, St. Michael's Hospital | 1988 |
| Family Medicine Residency Program, St. Michael's Hospital | 1993 |

_M.P.H. Degree Program (Medical College of Wisconsin)_

| | |
|---|---|
| Toxicology | 1988-1993 |
| Health Surveillance | 1988-1993 |
| Industrial Hygiene | 1989-1995 |

Project in Occupational Medicine

- Schumacher, Raymond M. (1990): "Key Operations in the United States Postal Service as a Risk Factor for Carpal Tunnel Syndrome and Other Upper Extremity Disorders."
- Schaefer, Marcus I. (1991): "A Medical Surveillance Program Including Biological Monitoring for Municipal Cholinesterase Inhibiting Pesticide Applicators."
- Bouwman, Daniel L. (1992): "Cumulative Trauma Disorders at a Pharmaceutical Corporation."
- Bertrand, Robert. (1992): "Establishing Employee Health Service at Rockford Clinic."
- Hartenbaum, Natalie P. (1992): "Carpal Tunnel Syndrome: The Use of Sensory Nerve Conduction and Wrist Ratios in Predicting Disability."
- Jurica, John V. (1993): "Surveillance for Injuries at an Industrial Battery Plant: A Comparison of Six Methods for Identifying and Prioritizing Job-Related Injuries."
- Krohn, Jacqueline A. (1993): "A Medical Surveillance Program for Workers Dealing with Organic Solvents."
- Midthun, Thomas T. (1993): "Resident Transfers: An Ergonomic Intervention in a Nursing Home."
- Kickhaefer, Theodore C. (1994): "A Study of Carpal Tunnel Treatment Outcomes: Conservative Treatment vs. Surgical Treatment."
- Clark, Sharon E. (1994): "Superconducting Super Collider Laboratory Medical Office Medical Management Program for the Prevention and Treatment of Upper Extremity Cumulative Trauma Disorders."
- Rischitelli, D. Gary (1994) "A Proposal for a Multi-Hospital, Regional, Upper Extremity Cumulative Trauma Disorder Referral Program."
- Fries, Peter E. (1995): "Percutaneous Injury in Hospital Employees Underreporting Survey."
- Sutton, T. Thomas (1995): "Using Participatory Ergonomics to Develop and Evaluate an Ergonomic Intervention in a Health Care Setting."
- Phillips, Dennis B. (1995): "Development of a Low Back Pain Reduction Program for a Packing Department of a Chemical Company through Ergonomic Job Design."
- Powledge, Darrell F. (1995): "Reducing the Cost of Upper Extremity Cumulative Trauma Disorders at a Sewing Facility."
- Oas, Thomas A. (1995): "Environmental Controls for Prevention of Tuberculosis."
- Ritner II, Carl W. (1995): "Design of a Prevention Wellness Program for Carpal Tunnel Syndrome and Cumulative Trauma Disorders for the Temple University Community."
- Goldstein, Garry A. (1995): "An Evaluation of an Ergonomic Program to Prevent Cumulative Trauma Disorders in the Automobile Industry."

<u>*M.S. Environmental Science Degree Program (UT Health Center at Tyler)*</u>

| | |
|---|---:|
| Fundamentals of Industrial Hygiene (ENV 520) | Fall 1996 |
| General Principles of Epidemiology (ENV 542) | Spring 1997 |
| Advanced Graduate Studies (ENV 575) | Summer 1997 |
| Fundamentals of Industrial Hygiene (ENV 520) | Fall 1997 |

<u>*M.S. Safety Engineering Degree Program (Texas A&M University; College of Engineering)*</u>

| | |
|---|---:|
| Worker Physiology (SENG 644) | Fall 1997 – 2001 |
| Occupational Medicine for Health Protection Engineers (MSCI 689) | Spring 1998 |
| Occupational Biomechanics (SENG 645) | Summer 1998; Spring 2000 & 2001 |
| Epidemiology (SENG 611) | Spring 1999 & 2002 |
| Regulations (SENG 689) | Summer 2001 & 2002 |

<u>*M.S.P.H. Occupational Safety & Health (SRPH)*</u>

| | |
|---|---:|
| Occupational Epidemiology | Spring 2002, 2004, 2006, 2007 |
| Ergonomics II | Summer 2002 – 2008 |
| Environmental and Occupational Diseases | Fall 2002 – 2009 |
| Special Topics in Occupational Medicine | Spring 2007 |
| Industrial Hygiene | Spring 2009, 2010 |

<u>*Medical Students – (TAMHSC COM)*</u>

| | |
|---|---:|
| Hospice and Palliative Medicine Simulation – Clinical Observer | 2012 – 2013 |

## Graduate Students

<u>*M.S. Safety Engineering Degree (Texas A&M University; College of Engineering)*</u>

| | |
|---|---:|
| Chair: Nathan Rucker. "Predictive validity of the Strain Index in manufacturing." | August 1999 |
| Chair: Kristine Knox. "Predictive validity of the Strain Index in turkey processing." | August 1999 |
| Chair: Erin Walline. "The impact of monitor size on keyboarding productivity, mousing productivity, worker posture, readability, and user preference." | August 1999 |
| Member: Brad Bolen. "The impact of back support angle and hip abduction angle on spinal contour while sitting." | August 1999 |
| Chair: Melanie Bohac. "Validating the use of qualitative ratings of static wrist postures relative to quantitative measurements." | December 2000 |
| Chair: Pisces Nelson. "The effects of palmar feedback in 200mm reticle standard mechanical interface (SMIF) pod handles with respect to hand pressure distribution and user preference." | May 2001 |
| Chair: Rachel Ventrca. "The impact of notebook versus desktop configurations on keyboarding and mousing productivity, posture, and user preference." | May 2001 |
| Chair: Ed Stevens. "Reliability of the Strain Index." | December 2002 |
| Chair: John-Paul Stephens. "Test-retest repeatability of the Strain Index." | December 2002 |
| Chair: Skip Gjoberg. "Predicting among nursing personnel using personal risk factors." | December 2003 |
| Co-Chair: Michael Johnson. "Assessment of the impact of large CRT and flat panel monitors on productivity and quality in an insurance company." | December 2005 |
| C-Chair: Hank Austin. "A comparison of a Klockenburg style split keyboard and a Standard PC keyboard on body postures, comfort, speed and error rates." | May 2006 |

<u>*Ph.D. Interdisciplinary Engineering Degree (Texas A&M University; College of Engineering)*</u>

| | |
|---|---|
| Member: Gordon Vos. "Evaluation and Analysis of Buttock-Thigh Pressures Amongst Contemporary Ergonomic Chairs with regards to the Effects of 3-D Fabric and Memory Foam. | May 2001 |
| Chair: Nathan Rucker. "Efficacy of web-based office ergonomics training." | May 2004 |
| Chair: Erin Walline. "Development of an index for the proximal upper extremity." | May 2005 |
| Chair: John-Paul Stephens. "Multiple task analysis – complex tasks." | Aug 2006 |

<u>*Ph.D. in Nuclear Engineering (Texas A&M University; College of Engineering)*</u>

| | |
|---|---|
| Member:Shannon Voss. "Risk assessment associated with radiological dispersal devices." | May 2008 |

<u>*Ph.D. in Kinesiology (UT-Austin)*</u>

Member:Deanna Gates. "The role of muscle fatigue on movement timing and stability during repetitive tasks."

<u>*M.S.P.H. in Epidemiology (SRPH - TAMHSC)*</u>

| | |
|---|---|
| Member: Analee Etheredge. "Putative genetic and environmental risk factors for cleft lip and palate." | May 2004 |
| Member: Jennifer Kornofsky. "Neuropsychological and auditory function in children exposed to fishborne contaminates through maternal consumption of PCB and methyl mercury-contaminated fish." | Dec 2004 |
| Member: Doug Ruhl. "Validation of self-reported cancer cases from the Vietnam Veterans and Family Health Study." | July 2006 |
| Member: Emily Grant: Excessive weight gain during pregnancy – a precursor for elevated body mass index. | May 2008 |
| Member: Dimpy Shah. "Hand problems in migrant farmworkers." | Oct 2007 |

<u>*M.S.P.H. in Occupational Safety & Health (SRPH - TAMHSC)*</u>

| | |
|---|---|
| Member: Esau Perez. "Using over-the-counter orthotics to reduce lower extremity discomfort and improve biomechanics on the body. | Dec 2005 |
| Member: Marcy Halterman-Cox. "Complementary and alternative medicine knowledge and attitudes in first and second medical students – a pre- and post course survey. | Oct 2006 |
| Co-Chair:Kristi Young. "A study of the effects of an adjustable open-angle keyboard on performance, adaptation time/learning curve, discomfort, and acceptance." | Oct 2008 |
| Member:Gary Bishop. "A study of the effects of body mass index relative to performance, adaptation time, discomfort and acceptance of an open angle adjustable keyboard." | Oct 2009 |

**Professional Development**

| | |
|---|---|
| Introduction to Ergonomics.  (3-day course) State of Washington, Seattle WA | 1991 |
| Advanced Ergonomics. (5-day course) State of Washington, Seattle WA | 1991 |
| Introduction to Ergonomics. (3-day course) State of Washington, Seattle WA | 1992 |
| Advanced Ergonomics. (5-day course) Horizon Healthcare, Inc., Milwaukee WI | 1992 |
| Revised NIOSH Guide for Manual Lifting. (1-day course) Milwaukee WI | 1992 |
| Revised NIOSH Guide for Manual Lifting. (1-day course) Appleton WI | 1992 |
| Advanced Ergonomics. (5-day course) State of Washington, Olympia WA | 1993 |
| Revised NIOSH Guide for Manual Lifting. (1-day course) Chicago IL | 1993 |
| Revised NIOSH Guide for Manual Lifting. (1-day course) Chicago IL | 1993 |
| Revised NIOSH Guide for Manual Lifting. (1-day course) Rockford IL | 1993 |
| Advanced Ergonomics. (4-day course) Harley-Davidson, Milwaukee WI | 1993 |

**Continuing Education Courses**

| | |
|---|---|
| Upper Extremity Disorders at Work. (½-day course) Medical College of Wisconsin, Milwaukee | 1993 |
| Advanced Ergonomics. (5-day course) Medical College of Wisconsin, Milwaukee, WI | 1993 |
| Basic Ergonomics (2-day course) ACOEM, Chicago IL | 1995 |
| Basic Ergonomics (2-day course) ACOEM, Seattle WA | 1995 |
| Basic Ergonomics (2-day course) ACOEM, Orlando FL | 1996 |
| Ergonomics in the Workplace (3-day course) UW-M, Milwaukee WI | 1996 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1992 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1994 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1995 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1996 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1997 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1998 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 1999 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2000 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2001 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2003 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2004 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2005 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2006 |
| Advanced Ergonomics (5-day course) UW-M, Milwaukee WI | 2007 |

**<u>Dr. Steven Moore:</u>**
**<u>Asbestos Testimony/Deposition During Preceding Four Years</u>**

- None