# Exhibit 3

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S DESCRIPTION OF EXPERT TESTIMONY AND EXPERT REPORT FOR MICHELE CARBONE, M.D., Ph.D.

The address of Dr. Michele Carbone, M.D., Ph.D. is University of Hawaii, Cancer Research Center of Hawaii, 651 Ilalo St., BSB Room 231, Honolulu, Hawaii 96813.

Dr. Carbone's testimony will focus on (a) Dr. Gardner's experiments and their relevance and (b) criteria to establish human cancer etiology. In addition, Dr. Carbone may testify concerning general medical issues, including the methods and criteria for the diagnosis of mesothelioma, and the causation of mesothelioma in humans to the extent relevant to this case. Dr. Carbone also may testify concerning the diagnosis or lack thereof of an asbestos-related disease based upon review of the medical records of plaintiffs. Dr. Carbone may testify, for example, regarding whether a plaintiff has or does not have mesothelioma based on his review of available medical records and materials, including without limitation slides and paraffin tissue blocks.

Dr. Carbone is qualified to testify as an expert on the basis of his education, training and experience in the field of pathology, and by his scientific research and publication in the field of asbestos, mesothelioma, animal and human carcinogenesis and cancer etiology. Dr. Carbone is a Board-certified pathologist, a Professor of Pathology, and the Director of the University of Hawaii Cancer Center. Previously, Dr. Carbone held scientific and academic positions at the National Institutes of Health ("NIH"), at the University of Chicago and at Loyola University. During his fellowship at the NIH, Dr. Carbone obtained his Ph.D. in Human Pathology through a combined research program between the Medical School of Rome "La Sapienza" and the NIH, and is licensed to practice medicine in the states of Hawaii and Illinois. Dr. Carbone's work in the causation and diagnosis of mesothelioma, including asbestos pathogenesis, has been and is funded by research grants from the National Cancer Institute ("NCI") and the American Cancer

Society. Dr. Carbone has authored and co-authored more than 150 scientific publications and book contributions.

With respect to (a) and (b) above, Dr. Carbone is expected to testify about the accepted scientific standards and methods for conducting cancer research, including protocols and use of animals in cancer experimentation, and customs and practices regarding editing, peer review, publication of manuscripts and scientific articles, the application process to the NCI for grant funding, and in general on how cancer research is funded. Dr. Carbone will testify about the NCI and the NIH peer review mechanism to fund cancer research and the significance of such funding. He will also testify on the mechanisms and options available to researchers to bring to the attention of the public health authorities discoveries that may have an impact on human health. With respect to the Saranac Laboratory, Dr. Carbone is expected to testify concerning Dr. Gardner's asbestos dust inhalation studies, the possible scientific and public health significance of those studies, and whether the results of the studies were or were not brought to the attention of the public health authorities. Dr. Carbone is also expected to testify that asbestos dust inhalation studies undertaken by Dr. Leroy Gardner at the Saranac Laboratory on experimental animals were not designed or conducted in a manner that would allow scientifically valid conclusions to be drawn about the carcinogenicity of asbestos. Dr. Carbone is also expected to testify regarding the scientific and medical literature regarding human asbestosis and lung cancer during the relevant period. He is also expected to testify that his conclusions reflected above are consistent with the conclusions expressed by Dr. Gardner himself in 1943 and the National Advisory Council of the National Cancer Institute in 1944.

The facts known to this expert that relate to, or form the basis of, his opinions include those facts contained in documents relating to the inhalation dust studies performed at the

- 2 -

Saranac Laboratory, including correspondence, memoranda, transcripts, drafts and published

reports and related material, as well as, facts obtained about cancer research during the course of

his education and professional activities.  Such facts may also include additional facts ultimately

obtained from review of the medical literature and review of testimony of fact and expert

witnesses in this litigation.  The exhibits this expert will use to support the aforementioned facts

are the documents, correspondence, memoranda, transcripts and literature as more fully

described above.   These exhibits will be made available for production in accordance with FED.

R. CIV. P. 34

     Dr. Carbone's hourly rate to be paid for his study and testimony in this case was formerly

$1,000 per hour.  However, he is currently on a fixed retainer.

     Dr. Carbone may also testify in rebuttal to plaintiffs' witnesses.

     I hereby certify that I have read the foregoing report and agree that it accurately
describes the area and contents of my expected expert testimony in this case.

_____
Michele Carbone, M.D., Ph.D.


Dated: _A-7 20 2012_

- 3 -

Updated 10/23/13

**Michele Carbone, M.D., Ph.D.**
**Date of Birth: 24 April 1960**
**Citizenship: U.S.A.**

## I.   Personal Data

**Work:**
University of Hawaii Cancer Center
701 Ilalo Street, Suite 622
Honolulu, HI 96813
Ph: 808-586-3013/ Fax: 808-586-3052 (Director's Office)
Ph: 808-440-4596/ Fax: 808-587-0790 (Laboratory)
E-mail: mcarbone@cc.hawaii.edu
**Home:**
4119 Black Point Rd.
Honolulu, HI 96816



**Languages:**   Italian (Mother tongue); Spanish (Second Mother tongue); English (Fluently).

## II.   Education

| | | |
|---|---|---|
| University of Chicago | Anatomic Pathology | 1999 Board Certified (USA) |
| Medical School of Rome "La Sapienza". National Institutes of Health, Bethesda, MD, Combined Program. | Ph.D. in Human Pathology | 1993 |
| Medical School of Rome "La Sapienza". | Anatomic Pathology | 1988 Board Certified (Italy) |
| Medical School of Rome "La Sapienza". | M.D. (cum laude) | 1984 |

## III.   Academic Appointments

| | | |
|---|---|---|
| Director | University of Hawaii Cancer Center Honolulu, HI | Sept. 1, 2009 – present |
| Interim Director | Cancer Research Center of Hawaii, Honolulu, HI | Dec. 2008 – Aug. 2009 |
| Professor | Department of Pathology John A. Burns School of Medicine University of Hawaii, Honolulu, HI | Aug. 2006 – present |

| Chair | Department of Pathology<br>John A. Burns School of Medicine<br>University of Hawaii, Honolulu, HI | Jan. 2008 – April 2010 |
|---|---|---|
| Professor and Director<br>with Tenure | Thoracic Oncology Program<br>Cancer Research Center of Hawaii,<br>Honolulu, HI | June 2006 – present |
| Member, Graduate Faculty | Molecular Biosciences &<br>Bioengineering<br>University of Hawaii, Honolulu, HI | Sept. 2006 - present |
| Professor | Cancer Center, Department<br>of Pathology, Loyola University,<br>Chicago, IL | 2005-2006 |
| Director | Thoracic Oncology Program,<br>Loyola University, Chicago, IL | 2005-2006 |
| Associate Professor<br>Tenure | Cancer Center, Department<br>of Pathology, Loyola University,<br>Chicago, IL | July, 2002-2005 |
| Associate Professor | Cancer Center, Department<br>of Pathology, Loyola University,<br>Chicago, IL | July, 2000-2002 |
| Member, Graduate Faculty | Cancer Center, Department of<br>Molecular Biology,<br>Loyola University, Chicago, IL | 1997-2006 |
| Assistant Professor | Cancer Center, Department of<br>Pathology, Loyola University,<br>Chicago, IL | 1997-June, 2000 |
| Instructor/Resident | Department of Pathology,<br>University of Chicago, IL | 1994-1996 |
| Visiting Professor | Anatomic Pathology<br>University "La Sapienza"<br>Rome, Italy | 1994 (October) |
| Adjunct Assistant Professor | Department of Pathology<br>Uniformed Services<br>University of the Health<br>Sciences, Bethesda, MD | 1989-1994 |
| Visiting Associate<br>Head Unit of Oncogenes | Section on Viruses and Cellular<br>Biology, NICHD-NIH,<br>Bethesda, MD | 1990-1994 |
| Visiting Scientist | Department of Biochemistry,<br>FREIE, University, Berlin Germany | 1991 (Oct. - Dec.) |

| Adjunct Scientist | Section of Viruses and Cellular Biology, NICHD-NIH, Bethesda, MD | 1989-1990 |
| Visiting Fellow | Laboratory of Immunopathology, NIAID- NIH Bethesda, MD | 1986-1989 |
| Resident | Anatomic Pathology, University "La Sapienza" Rome, Italy | 1984-1986 |

## IV.    Certifications/Licenses

| Hawaii | Licensed Physician and Surgeon | 2006-Present |
| Illinois | Board Certified (Anatomic Pathology) (USA) | 1999 |
| Illinois | Licensed Physician and Surgeon | 1996-Present |
| Educational Commission for Foreign Medical Graduates | ECFMG Diploma | 1993 |
| Medical School of Rome "La Sapienza". | Board Certified (Anatomic Pathology) (Italy) Valid Throughout EEC | 1988 |
| Italy | Licensed Physician and Surgeon Valid Throughout EEC | 1985-Present |

## V.    Societies

Medical Officer Italian Embassy in the USA, 1989-1994
Medical Officer Consulate of Italy in San Francisco for the State of Hawaii, 2008-present
Member, American Association for Cancer Research
Member, American Society for Investigative Pathology
Member, Academia Cosentina, Italy

## VI.    Journal Editorial Activities and Review Committee Memberships

**Editorial Board:**  Cancer Biology and Therapy, Anti-Cancer Research, Current Cancer Therapy Reviews, Journal of Oncology Reviews, Diagnostic Cytopathology, Clinical Medicine: Pathology, Journal of Biomedical Research
**Consulting Reviewer**:  American Journal of Pathology, The American Journal of Medical Sciences, Archives of Pathology and Laboratory Medicine, Cancer Research, Cancer Letters, Genes, Chromosomes and Cancer, Human Pathology, International Journal of Cancer, Journal of Cellular Biochemistry, Journal of the National Cancer Institute, J. Neurovirology, Journal of Physiology, Oncogene, Proceedings of the National Academy of Sciences, The Lancet, etc.
**Study Sections:**
Study Section Member, NCI SPORE in Lung and Genitourinary Cancers, 2005
Study Section Member, NCI, Lung Cancer and Inflammation (RFA CA07-046), Aug. 2007
Study Section Member, NCI, SPORE Special Emphasis Panel, 2010

**International Agreements:**  Member, US-Italy Science and Technology Commission, 1994-1995, that renewed the treaty of scientific collaboration between Italy and the U.S.

## VII.    Awards

Landon Foundation-AACR INNOVATOR Award for International          2008
  Collaboration in Cancer Research

Fogarty Fellowship (National Institutes of Health)          1986-1994

## VIII.   Honors

Honorary Consul of Italy for the State of Hawaii          2010-present

Knight of the Republic of Italy (Cavaliere della Republica)          2001

## IX.    Grants and Contracts Active

- 5P30 CA071789-13          07/01/12-06/30/17          Carbone, P.I.
NIH/NCI          $2,978,952 annual direct costs
" University of Hawaii Cancer Center CCSG"

- V Foundation          10/31/12-10/30/15          Carbone-Yang co-PIs
          $180,000 annual direct costs
"HMGB1, A Biomarker for Mineral Fiber Exposure and Detection of Malignant Mesothelioma"

-Riviera Foundation          04/15/03-Open          Carbone, P.I.
          $120,000 (Total Cost)
 "Role of SV40, JC and BK viruses in predisposing to asbestos carcinogenesis"

-Riviera Foundation          04/01/05-Open          Carbone, P.I.
          $40,000 (Total Cost)
"Genetics and human mesothelioma"

- UH Foundation          7/1/10-Open          Carbone, P.I.
          $ 4.3M (Total Cost)
"HMGB1 and Environmental exposure in the pathogenesis of Malignant Mesothelioma"

**Pending Applications:**

1P50CA177432-01A1          07/01/14-06/30/19          Carbone, P.I.
NCI          $12.5M (Total NCI Cost)
"University of Hawaii Cancer Center (UHCC) Mesothelioma SPORE"

RO1CA185126-01          04/01/14-03/31/18          Carbone and Yang co-PIs
NCI          $1,540,000 (Total cost)
"Aspirin binds and inhibits HMGB1 – A novel anti-cancer mechanism"

**Past National Funding:**

| | | |
|---|---|---|
| - NCI-PO1CA114047-01A1 | 09/15/06-08/31/13 | 40% |
| "Pathogenesis of Mesothelioma" | $8,306,435 (Total Cost) | Carbone, P.I. |

    Project 1.  Gene Environment Interaction on Mesothelioma; Carbone, P.I. 20%

    Project 2.  ERK Pathways in Pathogenesis of Mesothelioma; Mossman, P.I. (U Vermont)

    Project 3.  AKT & Tumor Suppressor Pathways in Mesothelioma; Testa, P.I. (Fox Chase)

    Administrative Core.  Carbone, Director, 5%

    Clinical Core.  Pass, Director (New York U)

    Pathology and Virology Core.  Carbone, Director, 15%

| | | |
|---|---|---|
| -AACR-Landon Award for International | 01/12/08-12/31/11 | Carbone, P.I. |
| Collaboration in Cancer Research 2008 | $ 100,000 (Total cost) | |
| | | |
| -NCI-RO1CA106567 | 03/08/05-01/31/11 | 10% |
| "Role of cell mediators in asbestos | $1,724,529 (Total Cost) | Carbone, P.I. |
| -SV40 carcinogenesis" | | |
| | | |
| -NCI- RO1CA 092657-01 | 04/01/02-03/31/09 | 30% Effort |
| "SV40-like sequences in human tumors: | $1,831,920 (Total Cost) | Carbone, P.I. |
| analysis and biological implications". | | |
| | | |
| -NIH-EDRN U0-1 (subcontract | 2005-2008 | Pass, P.I |
| from New York Univ.) | $14,800 (Total Cost) | Carbone, Co-Invest. |
| "Australian-American Mesothelioma Research Consortium" | | |
| | | |
| - RSG CCE-106924 | 01/01/04-12/31/07 | 20% Effort |
| American Cancer Society-National | $677,000 (Total Cost) | Carbone, P.I. |
| "Contribution of genetic predisposition to fiber related mesotheliomas". | | |
| | | |
| - Cancer Research Foundation | 01/15/03-01/14/05 | 5% |
| of America | $79,541 (Total Cost) | Carbone, P.I. |
| "Genetics and human mesothelioma" | | |
| | | |
| - R29 CA77220-01 | 8/1/97-8/31/02 | 50% Effort |
| NCI | $539,677 (Total Cost) | Carbone, P.I. |
| "SV40-like sequences in human tumors: analysis and biologic implications" | | |
| | | |
| - RPG-99-238-01-CNE | 7/1/99-6/30/03 | 20% Effort |
| American Cancer Society-National | $375,000 (Total Cost) | Carbone, P.I. |
| "SV40 as a co-carcinogenesis in asbestos-induced mesothelioma". | | |
| | | |
| - R21 | 04/01/01-03/31/03 | 5% Effort |
| NCI | $304,000 (Total Cost) | Bocchetta, P.I. |
| "In vitro selection of chemical inhibitors of papovaviruses oncoproteins". | | Carbone, Co-P.I. |
| | | |
| -Butitta Mesothelioma Foundation | 08/01/04-06/01/06 | N/A |
| "Poliovaccines and mesothelioma" | $15,000 (Total Cost) | Carbone, P.I. |

**X.**  **Patents Pending**

Carbone, M., Testa, J.R., Cheung, M., Pei, J. 2011. Systems and Methods for Diagnosing a Predisposition to Develop Cancer.

Carbone, M., Yang, H., Pass, H. I. 2011. Biomarker of Asbestos Exposure and Mesothelioma.

Carbone, M., Yang, H., Bianchi, M.E. 2011. Treatment and Prevention of Cancer with HMBG1 Antagonists.

## XI.    Original Research Articles

1. Haddada H, Sogn JA, Coligan JE, **Carbone M**, Dixon K, Levine AS, and Lewis Jr AM. Viral Gene Inhibition of Class I Major Histocompatibility Antigen Expression: Not a General Mechanism Governing the Tumorigenicity of Adenovirus Type 2, Adenovirus Type 12, and Simian Virus 40 Transformed Syrian Hamster Cells.  *J Virology*, 62:2755-2761, **1988.**

2. **Carbone M**, Lewis Jr. AM, Matthews BJ, Levine AS, and Dixon K.  Characterization of Hamster Tumors Induced by SV40 Small-t Deletion Mutants as True Histiocytic Lymphomas. *Cancer Res,* 49:1565-1571, **1989.**

3. **Carbone M,** Kajiwara E, Patch CT, Lewis Jr. AM, Levine AS, and Dixon K.  Biochemical Properties of Media Conditioned by Simian Virus 40-Induced Hamster Tumor Cells: Correlation with Distinct Cell Phenotypes But Not with Oncogenicity.  *Cancer Res,* 49:6809-6812, **1989.**

4. **Carbone M,** Hauser J, Rundell K, Dixon K, Carthy M, and Levine AS.  Simian Virus 40 Small-t Antigen Inhibits DNA Replication In Vitro.  *J Virology*, 66:1804-1808, **1992.**

5. Cicala C, Pompetti F, Nguyen P, Dixon K, Levine AS, and **Carbone M**.  SV40 Small-t Deletion Mutants Preferentially Transform Mononuclear Phagocytes and B Lymphocytes In Vivo.  *Virology,* 190:475-479, **1992.**

6. Cicala C, Pompetti F, and **Carbone M**.  Simian Virus 40 Induces Mesotheliomas in Hamsters.  *Am J Pathol,* 142:1524-1533, **1993.**

7. Cicala C, Avantaggiati ML, Rundell K, Graessmann A, Levine AS, and **Carbone M**.  SV40 Small-t Antigen Stimulates Viral DNA Replication in Permissive Monkey Cells.  *J Virology*, 68:3138-3144, **1994.**

8. **Carbone M,** Pass HI, Rizzo P, Marinetti MR, DiMuzio M, Mew DJY, Levine AS, and Procopio A.  Simian virus 40-like DNA sequences in human mesothelioma. *Oncogene,* 9:1781-1790, **1994.**

9. Penno MB, Askin FB, Ma H,  **Carbone M,** Vargas MP and Pass HI.  High CD44 expression on human mesotheliomas mediates association with hyaluronan. *The Cancer J,* 1:196-203, **1995.**

10. Avantaggiati ML, **Carbone M**, Graessman A, Nakatani Y, Howard B, and Levine AS.  The SV40 Large T Antigen and Adenovirus E1a Oncoproteins Interact with Distinct Isoforms of the Transcriptional Coactivator, p300.  *EMBO J*, 15:2236-2248, **1996.**

11. **Carbone M,** Rizzo P, Giuliano M, Procopio A, Gebhardt M, Mangham C, Hansen M, Malkin DF, Pompetti F, Picci P, BushartG, Levine AS, Pass HI, Bergsagel JD, and Garcea RL.  SV40-like Sequences in Human Bone Tumors.  *Oncogene*, 13:527-535, **1996.**

12. Pass HI, Mew DJY, **Carbone M,** Matthews WA, Donington JS, Baserga R, Walker CL, Resnicoff M, and Steinberg SM.  Inhibition of Hamster Mesothelioma Tumorigenesis by an Antisense Expression Plasmid to the Insulin-like Growth Factor-1 Receptor.  *Cancer Res*, 56:4044-4048, **1996.**

13. Pompetti F, Rizzo P, Simon RM, Freidlin B, Mew DJ, Pass HI, Picci P, Levine AS, and **Carbone M**.  Oncogene Alterations in Primary, Recurrent, and Metastatic Human Bone Tumors. *J Cell Biochem*, 63:37-50, **1996.**

14. Agarwala B, Waldman JD, and **Carbone M**.  Unguarded Tricuspid Orifice with Uhl's Malformation. *Cardiol in the Young*, 6:177-180, **1996.**

15. Wimmer PJ, Howes DS, Rumoro DP, and **Carbone M**.  Fatal Vascular Catastrophe in Ehlers-Danlos Syndrome: A Case Report and Review.  *J Emerg Med*, 14:25-31, **1996.**

16. De Luca A, Baldi A, Esposito V, Howard CM, Bagella L, Rizzo P, Caputi M, Pass HI, Giordano GG, De Luca A, Baldi F, **Carbone M,** and Giordano A.  The retinoblastoma gene family pRb/p105, p107, pRb2/p130 and simian virus-40 large T-antigen in human mesotheliomas. *Nature Medicine*, 3:913-916, **1997.**

17. **Carbone M**, Rizzo P, Grimley PM, Procopio A, Mew DJY, Shridhar V, de Bartolomeis A, Esposito V, Giuliano M, Steinberg SM, Levine AS, Giordano A, and Pass HI.  Simian Virus-40 Large-T Antigen Binds p53 in Human Mesotheliomas. *Nature Medicine*, 3:908-912, **1997.**

18. Pass H, Rizzo P, Donington J, Wu P, and **Carbone M**.  Further validation of SV40-like DNA in human pleural mesotheliomas. *Dev Biol Stand*, 94:143-146, **1998.**

19. Testa JR, **Carbone M,** Hirvonen A, Khalili K, Krynska B, Linnainmaa K, Pooley FD, Rizzo P, Rusch V, and Xiao GH.  A multi-institutional study confirms the presence and expression of simian virus 40 in human malignant mesotheliomas. *Cancer Res, (Advances in Brief)*, 58:4505-4509, **1998.**

20. Pass HI, Donington JS, Wu P, Rizzo P, Nishimura M, Kennedy R, and **Carbone M.**   Human mesotheliomas contain the simian virus-40 (SV40) regulatory region and large tumor (T) antigen DNA sequences.  *JCardio and Thoracic Surgery*, 116:854-859, **1998.**

21. Fisher S G, W eber L , and **Carbone M**.  C ancer r isk associated with SV40-contaminated P olio Vaccine.  *Anti-Cancer Research*, 19:2173-2180, **1999.**

22. Hirvonen A, Mattson K, Karjalainen A, Ollikainen T, Tammilehto L, Hovi T, Vainio H, Pass HI, Di Resta I , **Carbone M**, and L innainmaa K . S V40-like D NA se quences n ot d etectable i n F innish mesothelioma p atients not exposed t o SV40-contaminated p oliovaccines.  *Mol Carcinogenesis*, 26:93-99, **1999.**

23. Krynska B, Del Valle L, Croul S, Gordon J, Katsetos CD, **Carbone M,** Giordano A, and Khalili K. Detection of human neurotropic JC virus DNA sequence and expression of the viral oncogenic protein in pediatric medulloblastomas. *Proc Natl Acad Sci, USA*, 96:11519-11524, **1999.**

24. Ohta Y, Shridhar V, Bright RK, Kalemkerian GP, Du W, Watanabe Y, **Carbone M**, and Pass HI. VEGF and VEGF type C play an important role in angiogenesis and lymphangiogenesis in human malignant mesothelioma tumours. *Br J Can*, 81:54-61, **1999.**

25. Rizzo P, Di Resta I, Powers A, Ratner H, and **Carbone M.**  Unique strains of SV40 in commercial poliovaccines from 1955 not readily identifiable with current testing for SV40 infection. *Cancer Res, (Advances in Brief)*, 59:6103-6108, **1999.**

26. Rizzo P, **Carbone M**, Fisher S, Matker C, Swinnen LJ, Powers A, DiResta I, Alkan S, Pass HI, and Fisher RI.  SV40 is present in most US h uman m esotheliomas, b ut it is ra rely p resent in n on-Hodgkin's lymphoma. *Chest*, 116:470S-473S, **1999.**

27. Xiao SY, Rizzo P, and **Carbone M.**  Benign papillary mesothelioma of the tunica vaginalis testis. *Arch Path Lab Med*, 124:143-147, **2000.**

28. Bocchetta M, Di Resta I, Powers A, Fresco R, Tosolini A, Testa JR, Pass HI, Rizzo P, and **Carbone M.** Human mesothelial cells are unusually susceptible to simian virus 40-mediated transformation and asbestos cocarcinogenicity.  *Proc Natl Acad Sci USA*, 97:10214-10219, **2000.**

29. McConnell EE, and **Carbone M**.  A comparison of pleural mesotheliomas induced by asbestos or SV40 virus in Syrian golden hamsters.  *Inhalation Toxicology*, 12(suppl.3):173-181, **2000**.

30. Roushdy-Hammady I, Siegel J, Emri S, Testa JR and **Carbone M**.  A genetic-susceptibility factor malignant mesothelioma in the Cappadocian region of Turkey. *The Lancet*, 357:444-445, **2001.**

31. Velders MP, Macedo MF, Provenzano M, Elmishad AG, Holzhutter H-G, **Carbone M** and Kast WM. Human T cell responses to endogenously presented HLA-A*0201 restricted peptides of simian virus 40 large T antigen. *J Cell Biochem*, 82:155-162, **2001.**

32. Rizzo P, Matker C, Powers A, Setlak P, Heeney JL, Ratner H and **Carbone M.**  No evidence of HIV and SIV sequences in two separate lots of polio vaccines used in the first U.S. polio vaccine campaign. *Virology*, 287:13-17, **2001**.

33. Foddis R, De Rienzo A, Br occoli D, Bocchetta M, Stekala E, Rizzo P, Tosolini A, Grobelny JV, Jhanwar S C, Pass HI, T esta JR and **Carbone M.**  SV40 in fection in duces te lomerase a ctivity in human mesothelial cells.  *Oncogene*, 21:1434-1442, **2002.**

34. Toyooka S, **Carbone M**, Toyooka KO, Bocchetta M, Shivapurkar N, Minna JD and Gazdar AF. Progressive aberrant methylation of the RASSF1A gene in simian virus 40 infected human mesothelial cells.  *Oncogene*, 21:4340-4344, **2002.**

35. **Carbone M**, Rizzo P, Powers A, Bocchetta M , F resco R a nd K rausz T . M olecular analyses, morphology and immunohistochemistry together differentiate pleural synovial sarcomas from mesotheliomas: clinical implications.  *Anti-Cancer Res*, 22:3443-3448, **2002.**

36. Bocchetta M , M iele L , P ass H I a nd **Carbone M.**  Notch-1 induction, a n ovel activity o f S V40 required for growth of SV40-transformed human mesothelial cells.  *Oncogene*, 22:81-89, **2003**.

37. **Carbone M**, Rudzinski J and Bocchetta M. High throughput testing of the SV40 large T antigen binding to cellular p53 identifies putative drugs for the treatment of SV40-related cancers. *Virology*, 315:409-414, **2003.**

38. **Carbone M**, Burck C, Rdzanek M, Rudzinski J, Cutrone R, and Bocchetta M.  Different susceptibility of human mesothelial cells in polyomavirus infection and malignant transformation. *Cancer Res (Adv in Brief)*, 63:6125-6129**, 2003.**

39. **Carbone M**, Bocchetta M, Cristaudo A, Emri S, Gazdar A, Jasani B, Lednicky J, Miele L, Mutti L, Pass HI, Ramael M, Rizzo P, Testa JR, Weggen S, and Yeung A. SV40 and human brain tumors. *Int J Cancer*, 106:140-142, **2003** (Technical report).

40. Pass HI, Liu Z, Wali An, Bueno R, Land S, Lott D, Siddiq F, Lonardo F, **Carbone M**, and Draghici S. Gene Expression profiles predict survival and progression of pleural mesothelioma. *Clinical Cancer Research,* 10:849-859, **2004.**

41. Hurtuk M and **Carbone M**. A cytokeratin- and calretinin-negative staining sarcomatoid malignant mesothelioma. *Anticancer Res,* 24:3097-3102, **2004.**

42. **Carbone M,** Klein G, Gruber J, and Wong M. Modern criteria to establish human cancer etiology. *Cancer Res,* 64:5518-5524, **2004.**

43. Tanvetyanon T, Elmishad AG, and **Carbone M**. Development of malignant mesothelioma during treatment for prolymphocytic leukemia: is asbestos or simian virus 40 a link? *Anticancer Res,* 25:429-434, **2005.**

44. **Carbone M,** Rdzanek MA, Rudzinski J, DeMarco MA, Ramos-Nino M, Mossman B, Pass HI, and Bocchetta M. SV40 detection in human tumor specimens. *Cancer Res,* 65:10120-21, **2005.**

45. Cutrone R, Lednicky J, Dunn G, Rizzo P, Bocchetta M, Chumakov K, Minor P and **Carbone M.** Some oral poliovirus vaccines were contaminatead with infectious simian virus 40 after 1961. *Cancer Res,* 65:10273-79, **2005.**

46. Pass HI**,** Lott D, Lonardo F, Harbut M, Zhandong L, Tang N, **Carbone M,** Webb C, and Wali A. Asbestos Exposure, Pleural Mesothelioma, and Serum Osteopontin Levels. *N Engl J Med*, 353:1564-73, **2005.**

47. Wali A, Morin PJ, Hough CD, Lonardo F, Seya T, **Carbone M,** Pass HI. Identification of intelectin overexpression in malignant pleural mesothelioma by serial analysis of gene expression (SAGE). *Lung Cancer*, 48:19-29, **2005.**

48. Kroczynska B, **Carbone M**. Cross reactivity between many anti-human antibodies for their hamster homologs provide the tools to study the signal transduction pathway activated by asbestos and SV40 in the malignant mesothelioma model. *Molecular Carcinogenesis*, V 45: 537-542, **2006.**

49. Dogan UA, Baris YI, Dogan M, Emri S, Steele I, Elmishad AG, and **Carbone M.** Genetic Predisposition to Fiber Carcinogenesis Causes a mesothelioma Epidemic in Turkey. *Cancer Res*, 66:5063-5068, **2006.**

50. Yang H, Bocchetta M, Kroczynska B, Elmishad AG, Chen Y, Liu Z, Bubici C, Mossman BT, Pass HI, Testa JR, Franzoso G, **Carbone M**. TNF-alpha inhibits asbestos-induced cytotoxicity via a NF-kappaB-dependent pathway, a possible mechanism for asbestos-induced oncogenesis. *Proc Natl Acad Sci USA*, 103:10397-10402. **2006.**

51. Kroczynska B, Cutrone R, Bocchetta M, Yang H, Elmishad AG, Vacek P, Ramos-Nino M, Mossman BT, Pass HI, and **Carbone M**. Crocidolite asbestos and SV40 are co-carcinogens in human mesothelial cells and in causing mesothelioma in hamsters. *Proc Natl Acad Sci USA*, 103: 14128-14133, **2006.**

52. **Carbone M**, Emri S, Dogan U, Steele I, Tuncer M, Pass HI, Baris YI. A mesothelioma epidemic in Cappadocia: scientific developments and unexpected social outcomes. *Nature Reviews Cancer*, 7:147-154, **2007**.

53. Pass HI, Wali A, Tang N, Ivanova A, Ivanov S, Harbut M, **Carbone M**, Allard J. Soluble mesothelin-related peptide level elevation in mesothelioma serum and pleural effusions. *Ann Thorac Surg*, 85:265-272, **2008**.

54. Ramos-Nino ME, Blumen SR, Sabo-Attwood T, Pass H, **Carbone M**, Testa J, Altomare DA, Mossman BT. HGF mediates cell proliferation of human mesothelioma cells through a P13K/MEK5/Fra-1 pathway. *Am J Respir Cell Mol Biol*, 38: 209-217, **2008**.

55. Bocchetta M, Eliasz S, Arakelian De Marco M, Rudzinski J, Zhang L, **Carbone M**. The SV40 large T Antigen-p53 complexes bind and activate the insulin-like growth factor-I promoter stimulating cell growth. *Cancer Res*, 68: 1022-1029, **2008**.

56. **Carbone M**, Pannuti A, Zhang L, Testa JR, Bocchetta M. A novel mechanism of late gene silencing drives SV40 transformation of human mesothelial cells. *Cancer Res*, 68:9488-9496, **2008**. PMCID: PMC2666620.

57. Ivanov SV, Miller J, Lucito R, Tang C, Ivanova AV, Pei J, **Carbone M**, Cruz C, Beck A, Webb C, Nonaka D, Testa JR, Pass HI. Genomic events associated with progression of pleural malignant mesothelioma. *Int JCancer*, 124: 589-599, **2009**. PMCID: PMC2933144.

58. Shukla A, Bosenberg MW, MacPherson MB, Butnor KJ, Heintz NH, Pass HI, **Carbone M**, Testa JR, Mossman BT. Activated cAMP response element binding protein is overexpressed in human mesotheliomas and inhibits apoptosis. *Am J Pathol*, 175:2197-2206, **2009**. PMCID: PMC2774081.

59. Altomare DA, Menges CW, Pei J, Zhang L, Skele-Stump KL, **Carbone M**, Kane AB, Testa JR. Activated TNFa/NFkB signaling Via Down Regulation of Fas-Associated Factor 1 in Asbestos-Induced Mesotheliomas from *Arf* Knockout Mice. *Proc Natl Acad Sci USA*, 106:3420-3025, **2009**. PMCID: PMC 2644256.

60. Pass HI, Goparaju C, Ivanov S, Donington J, **Carbone, M**, Hoshen M, Cohen D, Chajut A, Rosenwald S, Dan H, Benjamin S, Aharonov R. has-miR-29c* Is linked to the prognosis of malignant pleural mesothelioma. *Cancer Res*, 70:1916-1924, **2010**. PMCID: PMC2831149.

61. Yang H, Rivera Z, Jube S, Nasu M, Bertino P, Goparaju C, Franzoso G, Lotze MT, Krausz T, Pass HI, Bianchi ME, **Carbone M**. Programmed necrosis induced by asbestos in human mesothelial cells causes high-mobility group box 1 protein release and resultant inflammation. *Proc Natl Acad Sci USA*, 107: 12611-12616, **2010**. PMCID: PMC2906549.

62. Demaria S, Pikarsky E, Karin M, Coussens LM, Chen YC, El-Omar EM, Trinchieri G, Dubinett SM, Mao JT, Szabo E, Krieg A, Weiner GJ, Fox BA, Coukos G, Wang E, Abraham RT, **Carbone M**, Lotze MT. Cancer and inflammation: promise for biologic therapy. *J Immunother*, 33:335-351, **2010**.

63. Hillegass JM, Shukla A, Lathrop SA, MacPherson MB, Beuschel SL, Butnor KJ, Testa JR, Pass HI, **Carbone M**, Steele C, Mossman BT. Inflammation precedes the development of human malignant mesotheliomas in a SCID mouse xenograft model. *Ann N Y Acad Sci*, 1203:7-14, **2010**. PMCID: PMC2936775.

64. Flores RM, Riedel E, Donington JS, Alago W, Ihekweazu U, Krug L, Rosenzweig K, Adusumilli PS, **Carbone M**, Pass HI. Frequency of use and predictors of cancer-directed surgery in the management of malignant pleural mesothelioma in a community-based (Surveillance, Epidemiology, and End Results [SEER]) population. *J Thorac Oncol*, 10:1649-1654, **2010**.

65. Shukla A, Hillegass JM, Macpherson MB, Beuschel SL, Vacek PM, Pass HI, **Carbone M,** Testa JR, Mossman BT. Blocking of ERK1 and ERK2 sensitizes human mesothelioma cells to doxorubicin. *Mol Cancer*, 9:314, **2010**.

66. Zhang L, Strianese O, Gaudino G, Morris P, Pass HI, Yang H, Nerurkar VR, Bocchetta M, **Carbone M**. Tissue tropism of SV40 transformation of human cells: role of the viral regulatory region and of cellular oncogenes. *Genes and Cancer*, 1:1008-1020, **2010**. PMCID: PMC3092263.

67. Altomare DA, Menges CW, Xu J, Pei J, Zhang L, Tadevosyan A, Neumann-Domer E, Liu Z, **Carbone M**, Chudoba I, Klein-Szanto AJ, Testa JR. Losses of Both Products of the Cdkn2a/Arf Locus Contribute to Asbestos-Induced Mesothelioma Development and Cooperate to Accelerate Tumorigenesis. *PLoS ONE*, 6(4): e18828, **2011**. PMCID: PMC3079727.

68. Hillegass JM, Blumen SR, Cheng K, Macpherson MB, Alexeeva V, Lathrop SA, Beuschel SL, Steinbacher JL, Butnor KJ, Ramos-Nino ME, Shukla A, James TA, Weiss DJ, Taatjes DJ, Pass HI, **Carbone M**, Landry CC, Mossman BT. Increased efficacy of doxorubicin delivered in multifunctional microparticles for mesothelioma therapy. *Int J Cancer*, 129:233-244, **2011.**

69. Shukla A, Hillegass JM, Macpherson MB, Beuschel SL, Vacek PM, Butnor KJ, Pass HI, **Carbone M**, Testa JR, Heintz NH, Mossman BT. ERK2 is essential for the growth of human epithelioid malignant mesotheliomas. *Int J Cancer*, 129:1075-1086, **2011**. PMCID: PMC3071888.

70. Goparaju CM, Blasberg JD, Volinia S, Palatini J, Ivanov S, Donington JS, Croce C, **Carbone M,** Yang H, Pass HI. Onconase mediated NFKb downregulation in malignant pleural mesothelioma. *Oncogene*, 30:2767-77, **2011**. PMCID: PMC3118076.

71. Nasu M, **Carbone M**, Gaudino G, Ly BH, Bertino P, Shimizu D, Morris P, Pass HI, Yang H. Ranpirnase interferes with NF-κB pathway and MMP9 activity, inhibiting Malignant Mesothelioma cell invasiveness and xenografts growth. *Genes & Cancer*, 2:576-84, **2011**.

72. **Carbone M**, Baris YI, Bertino P, Brass B, Comertpay S, Dogan AU, Gaudino G, Jube S, Kanodia S, Partridge CR, Pass HI, Rivera ZS, Steele I, Tuncer M, Way S, Yang H, Miller A. Erionite exposure in North Dakota and Turkish villages with mesothelioma. *Proc Natl Acad Sci USA*, 108:13618-23, **2011**.

73. Testa JR, Cheung M, Pei J, Below JE, Tan Y, Sementino E, Cox N, Dogan AU, Pass, HI, Trusa S, Hesdorffer M, Nasu M, Powers A, Rivera Z, Comertpay S, Tanji M, Gaudino G, Yang H, **Carbone M**. Germline *BAP*1 mutations predispose to malignant mesothelioma. *Nat Genet*, 43: 1022-25, **2011**.

74. Jube S, Rivera Z, Bianchi ME, Powers A, Wang E, Pagano I, Pass HI, Gaudino G, **Carbone M**, Yang H. Cancer cell secretion of the DAMP protein HMGB1 supports progression in malignant mesothelioma. *Cancer Res*, 72:3290-3301, **2012.**

75. Rivera Z, Ferrone S, Wang X, Jube S, Yang H, Pass HI, Kanodia S, Gaudino G, **Carbone M**. CSPG4 As a Target of Antibody-Based Immunotherapy For Malignant Mesothelioma. *Clin Cancer Res*, 18:5352-5363, **2012**.

76. Pass HI, Levin SM, Harbut MR, Melamed J, Chiriboga L, Donington J, Huflejt M, **Carbone M**, Chia D, Goodglick L, Goodman GE, Thornquist MD, Liu G, de Perrot M, Tsao, MS, Goparaju C. Fibulin-3 as a blood and effusion biomarker for pleural mesothelioma. *N Engl J Med*, 367:1417-1427, **2012**.

77. **Carbone M**, Ferris LK, Baumann F, Napolitano A, Lum CA, Flores EG, Gaudino G, Powers A, Bryant-Greenwood P, Krausz T, Hyjek E, Tate R, Friedberg J, Weigel T, Pass HI, Yang H. BAP1 cancer syndrome: malignant mesothelioma, uveal and cutaneous melanoma, and MBAITs. *J Transl Med*, 10:179, **2012**.

78. Ostroff RM, Mehan MR, Stewart A, Ayers D, Brody EN, Williams SA, Levin S, Black B, Harbut M, **Carbone M**, Goparaju C, Pass HI. Early Detection of Malignant Pleural Mesothelioma in Asbestos-exposed Individuals with a Noninvasive Proteomics-based Surveillance Tool. *PLoS One*, Oct 2012, 7(10). Epub ahead of print.

79. Bertino P, Panigada M, Soprana E, Bianchi V, Bertilaccio S, Sanvito F, Rose AH, Yang H, Gaudino G, Hoffman P R, Siccardi A, **Carbone M**. Fowlpox-based survivin vaccination for malignant mesothelioma therapy. *Int J Cancer*, 133:612-624, **2013**.

80. Gualtieri AF, Giacobbe C, Rinaudo C, Croce A, Allegrina M, Gaudino G, Yang H, **Carbone M**. Preliminary results of the spectroscopic and structural characterization of mesothelioma inducing crocidolite fibers injected in mice. *Periodico di Mineralogia*, 82:299-312, **2013**.

81. Qi F, Okimoto G, Jube S, Napolitano A, Pass HI, Laczko R, DeMay RM, Khan G, Tiirikainen M, Rinaudo C, Croce A, Yang Y, Gaudino G, **Carbone M**. Continuous exposure to chrysotile asbestos can cause transformation of human mesothelial cells via HMGB1 and TNF–α signaling. *Am J Pathol*, **2013**, in Press.

Papers submitted for publication are not listed.

## XII.   Reviews and Editorials:

1. **Carbone M,** and Levine AS.  Oncogenes, Anti-oncogenes and The Regulation of Cell Growth. *Trends in Endocrinology and Metabolism,* 1:248-253, **1990.**
2. **Carbone M,** Rizzo, P, and Pass HI.  Simian Virus 40, Poliovaccines and Human Tumors: A Review of Recent Developments.  *Oncogene.* 15:1877-1888, **1997.**
3. Velders MP, Nieland JD, Rudolf MP, Loviscek K, Weijzen S, de Visser KE, Macedo MF, **Carbone M**, and Kast WM.  Identification of peptides for immunotherapy of cancer.  It is still worth the effort.  *Crit Rev Immuno.*  18:7-27, **1998.**
4. Macedo MF, Velder MP, Nieland JD, Rudolf MP, Weijzen S, DaSilva DM, Franke A, Holt G, Loviscek K, **Carbone M**, Kast WM.  Cellular Immunity & Immunotherapy Against Deoxyribonucleic Acid Virus-Induced Tumours.  *Monaldi Archives for Chest Disease.* 53:211-218, **1998.**
5. Rizzo P, Di Resta I, Powers A, Matker CM,  Zhang A, Kast WM, Mutti L, Pass HI, and **Carbone M**.  The Dectection of SV40 in human tumours by polymerase chain reaction.  *Monaldi Archives for Chest Disease.* 53:202-210, **1998.**
6. Matker CM, Rizzo P, Pass HI, DiResta I, Powers A, Mutti L, Kast WM, and **Carbone M.**   The biological activities of simian virus 40 large-T antigen and its possible oncogenic effects in humans.  *Monaldi Archives for Chest Disease.*  53:193-197, **1998.**
7. Valle MT, Castagneto B, Procopio A, **Carbone M**, Giordano A, Mutti L.  Immunobiology and immune defense mechanisms of mesothelioma cells.  *Monaldi Archives for Chest Disease.* 53:219-227, **1998.**
8. Ribotta M, Roseo F, Salvio M, Castagneto B, **Carbone M,** Procopio A, Giordano A, Mutti L.  Recurrent chromosome 6 abnormalities in malignant mesothelioma. *Monaldi Archives for Chest Disease.*53:228235.**1998.**
9. Mutti L, **Carbone M,** Giordano GG, and Giordano A.  SV40 and human cancer.  *Monaldi Archives for Chest Disease.*  53:198-201, **1998.**
10. **Carbone M**, Stach R, di Resta I, Pass HI, and Rizzo P.  Simian Virus-40 Oncogenesis in Hamsters.  *Dev. Biol. Stand,* 94:273-279, **1998.**
11. Rizzo P, di Resta I, Stach R, Mutti L, Picci P, Kast WM,  Pass HI, and **Carbone M**.  Evidence for and Implications of SV40-like Sequences in Human Mesotheliomas and Osteosarcomas. *Dev Bio Stand,* 94:33-40, **1998.**
12. Pass HI, Mew DJY, **Carbone M,** Donington JS, Baserga R, Steinberg SM.  The effect of an antisense expression plasmid to the IGF-1 receptor on hamster mesothelioma proliferation.  *Dev Bio Stand,* 94:321-328, **1998.**
13. Mutti L, De Luca A, Claudio PP, Convertino G, **Carbone M**, and Giordano A.  Simian virus 40-like DNA sequences and Large-T antigen-retinoblastoma family protein pRb2/p130 interaction in human mesothelioma. *Dev Biol Stand,* 94:47-53, **1998.**
14. **Carbone M.**  Simian virus 40 and human tumors: It is time to study mechanisms.  *J Cell Biochem,* 76(2):189-193, **1999.**
15. **Carbone M,** Fisher S, Powers A, Pass HI, and Rizzo P.  New molecular and epidemiological issues in mesothelioma: Role of SV40.  *J Cell Physiol,* 180:167-172, **1999.**
16. Pass HI, Robinson BW, Testa JR, and **Carbone M.**   Emerging translational therapies for mesothelioma.  *Chest,* 116:455S-460S, **1999.**
17. **Carbone M,** Rizzo P, Pass H.  Simian virus 40: The link with human malignant mesothelioma is well established.  *Anticancer Research.* 20:875-878, **2000.**
18. **Carbone M**.  SV40: from monkeys to humans, Introduction.  *Seminars in Cancer Biology,* 11:1-3, **2001.**
19. Rizzo P, Bocchetta M, Powers A, Foddis R, Stekala E, Pass HI, and **Carbone M.**  SV40 and the pathogenesis of mesothelioma.  *Seminars in Cancer Biology,* 11:63-71, **2001.**
20. **Carbone M,** Kratzke RA, Testa JR.  The pathogenesis of mesothelioma.  *Seminars in Oncology,* 29:2-17, **2002.**
21. Emri S, Demir A, Dogan M, Akay H, Bozkurt B, **Carbone M**, and Baris I.  Lung diseases due to environmental exposures to erionite and asbestos in Turkey. *Toxicology Letters,* 127:251-257, **2002.**

22. Powers A and **Carbone M**. The role of environmental carcinogens, viruses, and genetic predisposition in the pathogenesis of mesothelioma. *Cancer Biology and Therapy*, 1:4, 350-355, **2002**.

23. Gazdar AF, Butel JS and **Carbone M**. SV40 and human tumors: myth, association or causality? *Nature Reviews Cancer*, 2:957-964, **2002.**

24. **Carbone M**, Pass HI, Miele L, and Bocchetta M. New developments about the association of SV40 with human mesothelioma. *Oncogene*, 22:5173-5180, **2003.**

25. Gazdar AF and Carbone M. Molecular pathogenesis of malignant mesothelioma and its relationship to simian virus 40. *Clin Lung Cancer*, 5:177-181, **2003.**

26. **Carbone M** and Rdzanek MA. Pathogenesis of malignant mesothelioma. *Clinical Lung Cancer,* 5:Suppl. 2, S46-S50, **2004.**

27. Bocchetta M and **Carbone M**. Epidemiology and molecular pathology at crossroads to establish causation: molecular mechanisms of malignant transformation. *Oncogene*.23:6484-6491, **2004.**

28. Pass HI, Bocchetta M and **Carbone M**. Evidence of an important role in SV40 in mesothelioma. *Thorac Surg Clin*, 14:489-495, **2004**.

29. **Carbone M,** Gruber J, and Wong M. Modern criteria to establish human cancer etiology. *Seminars in Cancer Biology*, 14:397-398. **2004.**

30. **Carbone M** and H.I. Pass**.** Multistep and multfiactorial carcinogenesis: when does a contributing factor become a carcinogen? *Seminars in Cancer Biology,* 14:399-405**, 2004.**

31. **Carbone M.** Pathology of Asbestos-Associated Diseases, 2nd Edition. Edited by Victor L. Roggli, Tim D. Oury, and Thomas A. Sporn, New York, NY, Springer-Verlag, **2004**. *Arch Pathol Lab Med*-Vol. 129, p579-580**, April 2004.**

32. **Carbone M,** and H.I. Pass. Evolving Aspects of Mesothelioma Carcinogenesis: SV40 and Genetic Predispostion. *Journal of Thoracic Oncology,* 1: 169-171, **2006.**

33. Elmishad A.G., Bocchetta M., Pass H.I., **Carbone M**. Poliovaccines, SV40 and human tumors, an update on false positive and false negative results. *Dev Biol Standards*, 123: 109-117, **2006.**

34. **Carbone M.** Perchè I ricercatori ItalianI Emigranno negli USA. *Quaderni di Scienza e Scienziati Molisani,* Anno I - N. 1: 77-26, 2006.

35. Radzanek M., Fresco R., Pass H.I., and **Carbone M**. Spindle cell tumors of the pleura: differential diagnosis. *Seminars in Diagnostic Pathology,* 23: 44-55, **2006.**

36. Ramos-Nino ME, Testa JR, Altomare DA, Pass HI, **Carbone M**, Bocchetta M, Mossman BT. Cellular and molecular parameters of mesothelioma. *J Cell Biochem*, 98:723-734, **2006**. PMCID: PMC2766267.

37. **Carbone M,** Bedrossian CWM. The pathogenesis of mesothelioma. *Seminars in Diagnostic Pathology;* 23: 56-60, **2006.**

38. **Carbone M**, Strianese O, Theos K, Yang H. Mesothelioma. *Hawaii Medical Journal*, 66: 48-50, **2007**.

39. **Carbone M.** Una Epidemia Di Mesotelioma in Cappadocia. *Quaderni di Scienza e Scienziati Molisani,* Anno II - N. 2: 31-40, **2007**.

40. **Carbone M**, Albelda SM, Broaddus VC, Flores RM, Hillerdal G, Jaurand M-C, Kjaerheim K, Pass HI, Robinson B, Tsao A. 8th International Mesothelioma Interest Group (IMIG). *Oncogene*, 26: 6959-6967, **2007**.

41. Eliasz S, **Carbone M**, Bocchetta M. Simian Virus 40 and Cancer. *Oncology Reviews*, 1:131-140, **2007**.

42. Flores RM, Pass HI, Seshan VE, Dycoco J, Zakowski M, **Carbone M**, Bains MS, Rusch VW. Extrapleural Pneumonectomy Versus Pleurectomy/Decortication in the Surgical Management of Malignant Pleural Mesothelioma: Results in 663 patients. *J Thorac Cardiovasc Surg*, 135:620-626.e3, **2008**.

43. Beck AK, Pass HI, **Carbone M**, Yang H. Overview of ranpirinase as a potential anti-tumor ribonuclease treatment for mesothelioma and other malignancies. *Future Oncol*, 4:341-349, **2008**.

44. Rivera Z, Strianese O, Bertino P, Yang H, Pass H, **Carbone, M**. The relationship between simian virus 40 and mesothelioma. *Curr Opin Pulm Med*, 14:316-321, **2008**.

45. Bocchetta M, **Carbone M**. S V40 Tag/p53 complexes actively promote malignant cell growth of human mesothelial cells. *Cellular Oncol*, 30:455, **2008**.
46. Yang H, Testa JR, **Carbone M.** Mesothelioma epidemiology, carcinogenesis, and pathogenesis. *Curr Treat Options Oncol*, 9:147-157, **2008**. PMCID: PMC2717086.
47. Bertino P, **Carbone M**, Pass H. Chemotherapy of malignant pleural mesothelioma. *Expert Opin Pharmacother*, 10:99-107, **2009**.
48. **Carbone M.** Feasibility of immunotherapy for LAM. (Commentary). *Am J Pathol*, 175:2252-2254, **2009**.
49. Pass HI and **Carbone M.** Current status of screen for malignant pleural mesothelioma. *Semin Thorac Cardiovasc Surg*, 21:97-104, **2009**.
50. Qi F, **Carbone M**, Yang H, Gaudino G. Simian virus 40 transformation malignant mesothelioma and brain tumors. *Expert Rev Respir Med*, 5:683-697, **2011**.
51. **Carbone M**, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan UA, Gazdar AF, Pass HI, Yang H. Malignant m esothelioma: F acts, m yths a nd h ypotheses. *J Cell Physiol*, 2 27: 44-58, **2012** Jan. PMCID: PMC3143206.
52. **Carbone M** and Yang H. M olecular p athways: t argeting m echanisms of asb estos an d e rionite carcinogenesis in mesothelioma. *Clin Cancer Res*, 18:598-604, **2012**.
53. **Carbone M**, Yang H, Pass HI, Krausz T, Testa JR, Gaudino G. Bap1 and cancer. *Nat Rev Cancer*, 13:153-159, **2013**.
54. Baumann F, Ambrosi JP, **Carbone M**. Asbestos is not just asbestos: an unrecognised health hazard. *Lancet Oncol*, 14:576-578, **2013**.

## XIII. Book and Journal Editorship

1. SV40. **Carbone M** (editor). "*Seminars in Cancer Biology*", Vol. 11-1 (February), **2001**.
2. Cancer Epidemiology. Peto J and **Carbone M.** (Editors). *Oncogene Reviews*, 23:(38), pp. 6326-6540, **2004.**
3. Current Understanding of Human Carcinogens and Carcinogenesis. **Carbone M,** Gruber J. and Wong M. (Eds.). "*Seminars in Cancer Biology*", (December), 14: 399-405, **2004**.
4. Malignant Mesothelioma, Advances in Pathogenesis, Diagnosis, and Translational Therapies. *Malignant Mesothelioma*. Pass, HI, Vogelzang NJ and **Carbone M** (eds). Springer **2005.**

## XIV. Book Chapters

1. **Carbone M,** Pompetti F, Cicala C, Nguyen P, Dixon K, and Levine AS. The Role of Small-t Antigen in SV40 Oncogenesis. *Molecular Basis of Human Cancer*, Plenum Press, C. Nicolini (ed.), p. 191-206, **1991**.
2. Pompetti F, and **Carbone M**. Oncogene Alterations in Giant-Cell Tumors and Chondrosarcomas. *Frontiers of Osteosarcoma Research*, J.F. Novak and J.H. McMaster (eds.), Hogrefe and Huber Publishers, Seattle, p. 443-446, **1993**.
3. **Carbone M,** Rizzo P , and P ass H I. A ssociation o f S imian V irus 4 0 w ith R odent a nd H uman Mesotheliomas. *DNA Tumor Viruses: Oncogenic Mechanisms,* Plenum Press, Friedman and G. Barbanti Bodrano (eds.), p. 75-90, **1995.**
4. Pass HI, Kennedy RC, and **Carbone M**. Evidence for and Implication of SV40-like Sequences in Human Mesotheliomas. *Important Advances in Oncology,* 5th edition, Lippincott Co. Press, V.T. DeVita, S. Hellman, and S.A. Rosenberg (eds.), p. 89-108, **1996.**
5. Shearer MH, Pass HI, **Carbone M,** and Kennedy RC. Modulation of the Immune Response to Simian Virus 4 0 L arge T umor A ntigen V ia I diotype-Anti-Idiotype I nteractions. *Idiotypes in Medicine, Infections, Autoimmunity, and Cancer,* Elsevier Publications, Y. Shoenfeld, (ed.), p. 317-329, **1997.**

6. Howard CM, Claudio PP, **Carbone M**, and Giordano A. SV40 and Human Cancer. *Genes, Cancer and Ethics in the Work Environment.* OEM Press, Beverly, MA, Samuel S.W. and Upton A.C. (eds.), p.167-174, **1998.**

7. Rudolf M, Velders MP, Nieland JD, Franke A, Loviscek K, Weijzen S, Macedo MF, Holt GE, Da Silva D, **Carbone M**, and Kast WM. Vaccine design for DNA virus induced cancer. *Pathology, Immunology, and Gene Therapy, Sourcebook on Asbestos Diseases.* Peters GA and Peters BJ (eds.), Vol. 17; pgs. 267-293, **1998.**

8. **Carbone M**, Powers A, Pass HI, Fisher SG, Di Resta I, Mutti L, Kast WM, and Rizzo P. Asbestos, simian virus 40, and the development of malignant mesothelioma. *Sourcebook on Asbestos Diseases.* GA Peters, BJ Peters (eds.) Lexis Law Publ. Reed Elsevier (Charlottesville, VA) 11:269-287, **1998.**

9. Powers A, Rizzo P, Pass HI, Di Resta I, Matker CM, Mutti L, Kast WM, and **Carbone M**. SV40, Asbestos, a nd the development of malignant m esotheliomas. *The Health Effects of Chrysotile Asbestos: Contribution of Science to Risk Management Decisions.* Nolan, RP, Langer AM, Wicks FJ, Ross H (eds.), Special Publication of the Mineralogical Association of Canada, Special Pub. 5, pp 135-140, **2001.**

10. Testa JR, Pass HI, and **Carbone M**. Benign and Malignant Mesothelioma. *Cancer: Principles and Practice of Oncology.* 6th ed. De Vita VT, Hellman S, & Rosenberg SA. (ed.). Lippincot Williams and Wilkins: Philadelphia. pp. 1937-1943**, 2001.**

11. **Carbone M.** SV4*0. Encyclopedic Reference of Cancer.* Schwab M. (ed.). pp. 861-865**, 2002.**

12. **Carbone M**, Setlak P, Bocchetta M, Rizzo P, Emri S, Pass HI, Testa JR, and Baris Y. Genetic Susceptibility to Mesothelioma. Peters, G.A., Peters, B.J. (eds.), *Asbestos and Cancer, Sourcebook on Asbestos Diseases.* Vol. 23, pp. 151-168. Charlottesville, VA: LEXIS Law, Matthew Bender & Co., Inc., **2001.**

13. Testa JR and **Carbone M.** Mesothelioma. *Encyclopedic Reference of Cancer.* Schwab M. (ed.). pp. 545-550**, 2002.**

14. **Carbone M,** Powers A, Fisher S, Rizzo P, Bright R, and Pass HI. Novel molecular, epidemiological, and therapeutic issues in mesothelioma: The role of SV40. *Mesothelioma.* BW Robinson, AP Chahinian (eds.), pp. 295-306**, 2002.**

15. Setlak P, Bocchetta M, and **Carbone M**. Malignant Mesothelioma : biologic and clinical advances. 2002 ASCO Spring Education Book, pp. 356-358, **2002.**

16. Pass HI, Hadjiev O, and **Carbone M**. Animal models of mesothelioma. *Tumor Models in Cancer Research.* Teicher BA, (ed.). pp. 507-520, **2002.**

17. Pass HI and **Carbone M**. Surgical management of malignant pleural mesothelioma. *Atlas of Cancer.* Markman M, (ed.) Lippincott Williams & Wilkins. pp. 158-164, **2003.**

18. **Carbone M** and Bocchetta M. SV40 and Notch-I: multi-functionality meets pleiotropy. *Viruses and Apoptosis.* C. Alonso (ed.), Springer Verlag, Heidelberg, pp. 289-305, 1st ed., **2004**; 2nd printing XVI, **2008.**

19. Pass HI , Vogelzang N, Hahn SM and **Carbone M**. Mesothelioma. *Cancer: Principles and Practice of Oncology.* 7th ed. De Vita VT, Hellman S, and Rosenberg SA. (ed.). Lippincot Williams and Wilkins: Philadelphia. pp**.** 1687-1715, **2005**.

20. Bocchetta M and **Carbone M.** SV40-mediated oncogenesis. *Malignant Mesothelioma.* Pass HI, Vogelzang NJ and **Carbone M** (eds). Springer Verlag, Heidelberg.pp. 34-59, **2005.**

21. **Carbone M** and Baris IY. Genetics and Human Mesothelioma. *Malignant Mesothelioma*, Pass HI, Vogelzang NJ and **Carbone M** (eds) Springer Verlag, Heidelberg, *pp364-68,* **2005**.

22. Powers A and **Carbone M.** Diagnosis of Synovial Sarcoma of the Pleura and Differentiation from Malignant Mesothelioma. *Malignant Mesothelioma,* Pass, HI, Vogelzang NJ, and **Carbone M** (eds.) Springer Pub. 543-554, **2005.**

23. Elmishad A.G., Bocchetta M., Pass H.I. and **Carbone M.** Polio vaccines, SV40 and human tumours, an update on positive and negataive results. Vaccine Cell Substrates. Petricciani J., Sheets R (eds). Dev. Biol. (Basel), Basel Karger pp. 85-94, **2005.**

24. **Carbone M,** Barbanti-Brodano G. Viral Carcinogenesis. *Oncology: An Evidence Based Approach.* Springer-Verlag, New York. A. Chang, P. Ganz, D.Hayes, T. Kinsella, H. Pass, J. Schiller, R. Stone, and V. Strecher (eds) 17:214-232, **2006.**

25. Pass H, **Carbone M,** Chahinian A. *Malignant Mesothelioma*. Cancer Medicine (e.7) 81:1225-1236, **2006.**

26. Yang H, Pass H and **Carbone M**. Pathogenesis of mesothelioma. In: Mesothelioma from Bench Side to Clinic. Baldi A (ed.). Nova Biomedical: New York. pp. 105-116, 2008.

27. Powers A, Bocchetta M, and **Carbone M**. Viral factors in the pathogenesis of malignant mesothelioma. *Malignant Pleural Mesothelioma*, O'Bryne K, Rusch V (eds). Oxford Press. In press.

28. Pass HI and **Carbone M.** Surgical Management of Malignant Pleural Mesothelioma. *Atlas of Lung Cancer, 2nd Edition.* Lippincott Williams & Wilkins. In press.

29. **Carbone M** and Yang H. SV40. *Encyclopedia of Cancer, 2nd Ed.*, Schwab M (Ed.). Springer, In press.

30. Testa JR and **Carbone M**. Mesothelioma. *Encyclopedia of Cancer, 2nd Ed.*, Schwab M (Ed.). Springer. In press.

31. Pass HI, Vogelzang N, Hahn S, **Carbone M**. Chapter 46: Malignant Mesothelioma. *Annals of Thoracic Surgery*. In press.

32. **Carbone M** and Bocchetta M. SV40 and Notch-I: multi-functionality meets pleiotropy. *Viruses and Apoptosis*. C. Alonso (ed.), Springer Verlag, Heidelberg, 2nd printing XVI, **2008**, In Press; (1st ed., 2004).

33. **Carbone M**. Risk of mesothelioma after low asbestos exposure. *World Cancer Report 2013* (text box, in chapter on Occupational exposures or Pollution of air, water, and soil ), International Agency for Research on Cancer (IARC), 3rd series, 2013, In press.

## XV. Scientific Correspondence:

1. **Carbone M** and Testa JR. Genetic susceptibility and familial malignant mesothelioma. *Lancet*, 357:1804, **2001**.

2. Dogan UA, Baris YI, Emri S, Testa JR and **Carbone M.** Familial malignant mesothelioma. *Lancet,* 358:1813-1814, **2001**.

3. **Carbone M** and Pass HI. Debate on the link between SV40 and human cancer continues. *J. Natl. Cancer Inst.*, 94:229-230**, 2002.**

4. **Carbone M.** Commentary. *Anti-Cancer Research*, 23:3116, **2003.**

5. **Carbone M.** Pathology of asbestos-associated diseases. Archives of Pathology. 2nd ed, Roggli VL, Oury TD, and Sporn TA (eds). Pp 421, New York, NY, Springer-Verlag, **2004**.

6. Pass H, **Carbone M,** Wali A. Asbestos Exposure, Pleural Mesothelioma, and Serum Osteopontin Levels. N Engl J Med 353:1564-73, **2005.**

## XVI. Abstracts

1. Baroni CD, Pezzella F, Mirolo M, **and Carbone M.** Distribution of P24 HTLV3 Major Core Protein in Lymph Nodes from LAS Patients. Proceedings of the Immunobiology of Cancer and Immuno Disfunctions, Copenhagen, Denmark. p. 80, **1985.**

2. **Carbone M,** Mirolo M, and Baroni CD. Morphological and Immunohistochemical Characteristics o LAS Induced by HTLVIII. XVI Meeting of the Medical Society of Calabria.Cosenza,Italy, **1985.**

3. **Carbone M**, and Caramanico L. Immunological and Morphological Characteristics of the Immune Response in Breast Cancer. *Recentia Medica,* 2:99-108, **1985.**

4. Grandinetti M, Vero S, Tripodi G, Pingitore D, Perri F, **and Carbone M.** Evaluation of the Muscle and Skeleton Pathology of the Leg by CAT Scan. *Scripta Medica Brutia,*1:2-10, **1985.**

5. Iritano A, Raffa S, Tripodi G, **and Carbone M**. Skeletal Malformation in the Fat Syndromes of Children. *Scripta Medica Brutia*, 3:142-149, **1985.**

6. **Carbone M,** Lewis Jr. AM, Matthews BJ, Haddada H, Levine AS, and Dixon K. SV40 Small-t Deletion Mutants Induce Macrophage Lymphomas in Syrian Hamsters. The Imperial Cancer Research Fund, London, U.K. Tumour Virus Meeting on SV40, Polyoma and Adenoviruses, p. 192, **1987.**

7. Pompetti F, Cicala C, Nguyen P, Dixon K, Levine AS, **Carbone M.** Transformation by SV40 small t mutants is restricted, *in vivo,* to limited cell types. **1987.**

8. Roy A, Murai K, **Carbone M,** Levine AS, and Patch CT.  Growth of SV40 Induced Tumors: A Recently Identified Growth Inhibitory Factor Secreted by SV40-Transformed Hamster Cells has an Anti-proliferative Effect on Immune Effector Cells.  Nato Advance Research Workshop, Les Arcs, France.  Cell to Cell Signals in Mammalian Development. **1988.**

9. **Carbone M,** Chattopadhyay SK, and Lewis Jr. AM.  Peculiar Persistance and Expression of Viral Genomes in Adenovirus 5 Transformed BALB/C Mouse Cells.  Tumor Virus Meeting on: SV40, Polyoma, and Adenoviruses, Cold Spring Harbor, NY. p. 115, **1988.**

10. **Carbone M,** Chattopadhyay SK, and Lewis Jr. AM.  "Hit and Run" Transformation by Human Adenoviruses:  Ad5 Genome Function May Initiate But Not Be Required to Maintain the Neoplastic Phenotype of Transformed Mouse Cells.  AACR Special Conference in Cancer Research: The Role of DNA Viruses in Human Tumors, San Diego, CA.  **1989.**

11. **Carbone M,** Kajiwara E, Patch CT, Lewis Jr. AM, Levine AS, and Dixon K.  Lack of Correlation Between the Production of an Antiproliferative Factor (M1) and the Tumor Inducind Capacity of SV40 Transformed Hamster Cells.  The 1989 ICN-UCI International Conference on Virology: Common Mechanisms of Transformation and Pathogenesis by Papilloma, SV40, and Polyoma Viruses.  Newport Beach, CA. **1989.**

12. Pompetti F, Levine AS, Picci P, and **Carbone M**.  Oncogenes and Antioncogenes in Human Bone Tumors  Molecular Basis of Human Cancer.  Proceedings of the Foundation for Advanced Cancer Studies, Frederick, M.D. p. 60, **1990.**

13. Pompetti F, Cicala C, Nguyen P, Dixon K, Levine AS, and **Carbone M**.  Transformation by SV40 Small-t Mutants is Restricted, In Vivo, to Limited Cell Types.  Tumor Virus Meeting on: SV40 Adenoviruses and Polyoma; Cold Spring Harbor, N.Y. p.135, **1990.**

14. **Carbone M,** Hauser J, Rundell K, Dixon K, Carthy M, and Levine AS.  SV40 Small-t Antigen Mediated Inhibition of DNA Replication Can be Overcome by PP2A Catalytic Subunit.  Eukaryotic DNA Replication  Meeting, Cold Spring Harbor, NY.  p. 36, **1991.**

15. Pompetti F, Cicala C, Picci P, Levine AS, and **Carbone M**.  RB, P53, RAS, and MYC Oncogenes in Primary Untreated Osteosarcomas Negative Controls on Cell Growth and Their Breakdown During the Pathogenesis of Cancer.  AACR Special Conference on Cancer, Cape Cod, MA.  **1991.**

16. **Carbone M,** Hauser J, Rundell K, Dixon K, Carthy M, and Levine AS.  Simian Virus 40 small-t Antigen Inhibits DNA Replication In Vitro.  Molecular Biology of Human Pathogenic Viruses.  UCLA-Keystone Symposia on Molecular Biology and Cellular Biology, J. Cell. Bioch. (Supplement 15 E), p.65, **1991.**

17. Levine AS, Cicala C, Pompetti F, and **Carbone M**.  Transformation by SV40 t Mutants Appears Restricted In Vivo to Cycling Cells.  Transgene Development and Disease, UCLA - Keystone Symposia on Molecular Biology and Cellular Biology, 1991. J. Cell. Bioch. (Supplement 15 A), p. 195, **1991.**

18. Pompetti F, Levine As, Picci P, **and Carbone M**.  Oncogenes and Antioncogenes in human bone tumors.  The Molecular Basis of Human Cancer, 2nd Annual Meeting, p. 60, June, **1991.**

19. Pompetti F, Levine AS, Picci P, **and Carbone M.**  Oncogene Alterations in Human Bone Tumors.  Genetics of Cancer, AACR Special Conference in Cancer Research, Hilton Head, SC.  **1992.**

20. **Carbone M,** Cicala C, Pompetti F, Festa A, and Levine AS.  SV40 Induces Mesotheliomas in Hamsters.  Proceedings of the American Association for Cancer Research, vol. 33, p. 393, **1992.**

21. Levine AS, Hauser J, Carty M, Rundell K, Dixon K, **and Carbone M.**  Simian Virus 40 Small-t Antigen Inhibits SV40 Replication In Vitro.  Keystone Symposia on Molecular Biology, J. Cell Bioch. (Supplement -16B), p. 59, **1993.**

22. Cicala C, Avantaggiati ML, Levine AS, Rundell K, Graessmann A, **and Carbone M.**  Simian Virus-40 Small-t Antigen Accelerates DNA Replication In Vivo.  Keystone Symposia on Molecular Biology, J. Cell Bioch. (Supplement. 17D), p. 16, **1993.**

23. **Carbone M,** Rizzo P, Procopio A, Mew DJY, Giuliano MT, Steinberg SM, Levine AS, Grimley P, and Pass HI.  SV40 Large T Antigen and p53 Relationship in Pleural Mesothelioma.  Keystone Symposia on Molecular Biology, J. of Cell Bioch. (Supplement 19A), p. 321, **1995.**

24. **Carbone M,** Rizzo P, Giuliano MT, Procopio A, Gephardt M, Hansen M, Malkin D, Pompetti F, Bushart G, Levine AS, Pass HI, and Garcea.  Incidence of SV40-like sequences in human tumors.  Proceedings of the American Association for Cancer Research.  vol. 36, p. 201, **1995.**

25. Penno MB, Askin FB, Ma H, **Carbone M**, Vargas P, and Pass HI.   CD44 hyaluronan and human mesotheliomas.  Proceedings of the American Association for Cancer Research. vol. 36, p.41, **1995.**

26. **Carbone M,** Rizzo P, Mew DJY, and Pass HI.  Evidence for and implications of SV40 in human tumors.  14h Nordic Virus Symposium, Tromso, Norway, June, **1995.**

27. Giuliano M, Marinacci, Messins E, Capogrossl MC, Cirielli C, Pass HI, Modestl A, **Carbone M**, and Procopio A.  Adenovirus-mediated wild-type p53 gene transfer induces apoptosis and inhibits in vivo tumor growth of human mesothelioma cells.  J. of Investigative Medicine, vol. 4, p.280A, **1996.**

28. **Carbone M**, Pass HI, Rizzo P, Howard CM, De Luca A, and Giordano A.  Possible Mechanisms of SV40-Mediated Carcinogenesis in Human Mesotheliomas.  Keystone Symposia on Molecular & Cellular Biology, "Genetics of Human Cancer", **1997.**

29. Shridhar V, Shridhar R, **Carbone M**, and Pass HI.  Four distinct regions of allele loss on the long arm of chromosome 6 in malignant mesotheliomas.  The American Society of Human Genetics, **1997.**

30. Rizzo P, **Carbone M**, Mutti L, Cosimi MF, Libener R, and Betta PG.  Further evidence for the presence of simian virus 40 (SV40)-like DNA sequences in asbestos-related human malignant mesothelioma (MM) of the pleura.  XXII International Congress of the International Academy of Pathology, Nice (Acropolis) France, October, **1998.**

31. **Carbone M.**  Possible pathogenic role and detection of SV40 in human mesothelioma.  DNA Virus Conference, Madison, WI, July 14 - 19, **1998.**

32. Rizzo P, Di Resta I. Pass HI, and **Carbone M.**  Analyses of the regulatory regions of SV40 present in human mesotheliomas.   DNA Conference, Madison, WI, July 14 - 19, **1998.**

33. Hirvonen A, Mattson K, Karjalainen A, Ollikainen T, Tammiletho L, Hovi T, Vainio H, Pass HI, Di Resta I, **Carbone M**, and Linnainmaa K.  SV40 is not necessary for the development of asbestos-induced mesothelioma. DNA Conference, Madison, WI, July 14 - 19, **1998.**

34. Tognon M, Martini F, Lazzarin L, Iaccheri L, Rizzo P, Pass HI, **Carbone M.**  Abortive reactivation of SV40 progeny from human mesotheliomas found positive for SV40-like sequences.   DNA Conference, Madison, WI, July 14 - 19, **1998.**

35. Testa JR, **Carbone M**, Hirvonen A, Khalili K, Krynska B, Linnainmaa K, Pooley FR, Rizzo P, Rusch V, and Xiao GH.  Simian virus 40 DNA sequences are frequently present in human malignant mesotheliomas.  DNA Conference, Madison, WI, July 14 - 19, **1998.**

36. Pass HI, Donington JS, Wu P, Rizzo P, Nishimura M, Kennedy R, **Carbone M.**  Human mesotheliomas contain the simian virus-40 (SV40) regulatory region and large tumor (T) antigen DNA sequences.  DNA Conference, Madison, WI, July 14 - 19, **1998.**

37. **Carbone M.**  The International Mesothelioma Group.  Malignant Pleural Mesothelioma Conference. Lignano Sabbadoro, Italy, March 18-19, **1999.**

38. **Carbone M**.  SV40 Associated Tumorigenesis.   IBC's Conference on Functional Antigens. Arlington, VA, March 29-30, **1999.**

39. **Carbone M**, Rizzo P, Di Resta I, Matker C, Pass HI, Alkan S, Swinnen L, Fisher RI, and Fisher S. SV40 is rarely present in non-Hodgkin's lymphoma.  American Association for Cancer Research, Philadelphia, PA, April 10-14, **1999.**

40. Ernest F. McConnell and **Michele Carbone.**  A comparison of pleural mesotheliomas induced by asbestos and SV40 virus in Syrian golden hamsters.  7th Internatioal Symposium on Particle Toxicology, Maastricht, The Netherlands, October 12-15, **1999.**

41. **Carbone M**.  The role of SV40 virus in the carcinogenesis of mesothelioma.  *Lung Cancer*, Journal of the International Association for the Study of Lung Cancer.  25(3):232, **1999**.

42. Albaracin CT, Rizzo P, Matker C, Ku an SF, Jafri J, **Carbone M**, Montag AG.  Identification of simian virus40 DNA sequences in mixed mullerian tumors of the uterus.  United States and Canadian Academy of Pathology Annual Meeting, New Orleans, LA.  March 25-31, **2000.**

43. **Carbone M** and Bocchetta M.  Human mesothelioma cells are uniquely susceptible to SV40 transformation. United States and Canadian Academy of Pathology Annual Meeting, New Orleans, LA.  March 25-31, **2000.**

44. Bocchetta M, and **Carbone M.** Human mesothelial cells are unusually susceptible to SV40-mediated transformation and asbestos co-carcinogenicity. DNA Tumor Virus Conference. Madison, WI. July 8-13, **2000.**

45. Foddis R, Stekala E, Bocchetta M, Rizzo P and **Carbone M**. SV40 induces telomerase activity in human mesothelial cells. Proceedings of the American Association for Cancer Research, Vol. 42, pg. 111, **2001**.

46. Toyooka S, **Carbone M,** Toyooka KO, Bocchetta M, Shivapurkar N, Minna JD, and Gazdar AF. Progressive aberrant methylation of the RASSF1A gene in SV40 infected human mesothelial cells. American Association for Cancer Research, 43:1117, **2002**.

47. Wali A, Mussman J, Sluchak-Carlsen J, Sharma S, Draghici S, Reeves R, Bocchetta M, **Carbone M,** and Pass HI. Differential expression profile of methylated genes in simian virus 40 transformed mesothelial cells. American Association for Cancer Research, 43:1116, **2002.**

48. **Carbone M.** The pathogenesis of mesothelioma: Role of environmental carcinogens, SV 40, and genetic predisposition. 18th UICC International Cancer Congress. Int J Cancer, Suppl. 13:50, **2002.**

49. **Carbone M**, Burck C, Rdzanek M, Cutrone R, Rudzinski J and Bocchetta M. Human mesothelial cells have different susceptibility to SV40, BK and JC virus infection and transformation. 1st International Conference. Florence, Italy. May 8-10, **2003**.

50. Cutrone R, Rizzo P, Bocchetta M, Pass HI and **Carbone M.** Archetypal and non-archetypal SV40 in human mesotheliomas. Society for General Microbiology. 152nd Meeting. Edinburgh, Scotland, April 7-11, **2003**.

51. **Carbone M.** Role of asbestos, SV40, erionite and genetics in the pathogenesis of malignant mesothelioma. VII Meeting of the International Mesothelioma Interest Group (I.M.I.G.). Brescia Italy. June 24-26, **2004**.

52. Emri S, Dogan U, Akay H, **Carbone M**, and Baris I. Epidemiology of malignant mesothelioma in Cappadocia. VII Meeting of the International Mesothelioma Interest Group (I.M.I.G.). Brescia Italy. June 24-26, **2004**.

53. Gazdar A, Suzuki M, Pass HI, and **Carbone M**. Aberrant methylation profile of human malignant mesotheliomas and its relationship to SV40 infection. VII Meeting of the International Mesothelioma Interest Group (I.M.I.G.). Brescia, Italy. June 24-26, **2004**.

54. Pass HI, **Carbone M**, and Wali A. Studies of genomics and proteomics in mesothelioma. VII Meeting of the Internatiol Mesothelioma Interest Group (I.M.I.G.). Brescia Italy. June 24-26, **2004**.

55. **Carbone M,** Emri S, Rdzanek M, Elmishad A, Dogan U, and Baris YI. "Pathogenesis of Mesothelioma: Genetic Predisposition". Second International Symposium on Malignant Mesothelioma, Las Vegas, Nevada – October 6-8, **2005.**

56. Kroczynska B, Yang H, **Carbone M**. Co-carcinogenesis study of wild type SV40 virus and crocidolite asbestos. American Association for Cancer Research, San Diego, CA, April 12-16, **2008.**

57. Beck A, Ivanova A, Ivanov S, Price L, Goldberg J, Wali A, Harbut M, **Carbone M**, Pass HI. Plasma osteopontin is an early detection and prognostic marker in malignant pleural mesothelioma. 44th American Association of Clinical Oncology Annual Meeting, Chicago, IL, May 30-June 3, **2008**.

58. Kroczynska B, Yang H, **Carbone M**. Co-carcinogenesis study of wild type SV40 virus and crocidolite asbestos. American Association for Cancer Research, San Diego, CA, April 12-16, **2008**.

59. Flores RM, Riedel E, Donington JS, Krug L, Rosenzweig K, Adusumilli P, **Carbone M**, Rusch VW, Pass HI. Surgical resection is associated with improved survival but is performed less frequently in the management of malignant mesothelioma in a community based population. Results in 5,937 patients. American Association of Clinical Oncology Annual Meeting, Orlando, FL, May 29-June 2, **2009**.

60. Zhang L, Loo SYT, Shimizu D, Honda S, Cao Y, Powers A, **Carbone M**. MYB overexpression associated with advanced stage and metastasis of adenoid cystic carcinoma and together with TTF-1 identifying rare lung primary subtype, United States and Canadian Academy of Pathology, March 17-23, 2012, Vancouver BC, Canada. Mod Path, 25(suppl): 319A, **2012**.

61. **Carbone M**, Ferris LK, Baumann F, Napolitano A, Lum CA, Flores EG, Gaudino G, Powers A, Bryant-Greenwood P, Krausz T, Hyjek E, Tate R, Friedberg J, Weigel T, Pass HI, Yang H. The BAP1 Cancer Syndrome. 11th International Conference of the International Mesothelioma Interest Group (iMig). Boston, MA, September 11-14, **2012**.

## XVII.   Clinical, Teaching, and Administrative Activities

Clinical activities: I review about 300 pleural pathology consults per year that I receive from, Hawaii, the US and from all over the world. Also, I am and I have been the pathologist reviewer of several clinical trials for mesothelioma. I provide my diagnostic expertise free of charge to all patients and physicians who ask for my opinion on issues related to pleural and peritoneal diagnosis, and I teach how to diagnose mesothelioma to pathologists in the US and abroad.

| | | |
|---|---|---|
| Professor, Department of Pathology | John A. Burns School of Medicine University of Hawaii, Honolulu, HI | 2006 - present |
| Director, Research Lecture Series For Medical Students | Loyola University, Chicago, IL | 2003 – 2006 |
| Director, Molecular Biology of Oncogenesis Course | Loyola University, Chicago, IL | 2003 – 2006 |
| Autopsy Service and Consulting Pleural Pathologist | Loyola University, Chicago, IL | 2000 – 2006 |
| Research Funding Committee | Loyola University, Chicago, IL | 1998 – 2006 |
| Molecular Biology of Oncogenesis to Ph.D. Students in Molecular Biology | Loyola University, Chicago, IL | 1997 - 2002 |
| Associate Director Molecular Pathology | Loyola University, Chicago, IL | 1996 - 2006 |
| 20 hours course on "Oncogenes" to Residents in Oncology and Anatomic Pathology | University La Sapienza" Rome, Italy | 1994 |
| Molecular Pathology to M.D. and Ph.D. Students | Uniformed Services University of the Health Sciences, Bethesda, MD | 1989-1994 |

## XVIII.   Meetings Organized and Chaired

1. **Carbone M** and Vogelzang N. *Malignant Mesothelioma: Therapeutic Options and Role of SV40: An Update.* University of Chicago, Chicago, IL, April 20-21, **2001.**
2. **Carbone M** and Wong M. *Validation of a Causal Relationship: Criteria to Establish Etiology.* National Cancer Institute Workshop, Washington, DC, Dec. 11-12, **2003.**
3. **Carbone M** and Nerurkar V. *Interactions Among Infectious Agents, Environmental Carcinogens, & Genetics in Human Cancer Development.* Symposium, John A. Burns School of Medicine and Cancer Research Center of Hawaii, Honolulu, HI, February 16, **2007**.

4.   **Carbone M.** *Mesothelioma, Early Detection, Diagnosis, and Therapeutic Implications.* Workshop, John A. Burns School of Medicine and Cancer Research Center of Hawaii, Honolulu, HI, August 17, **2007**.

5.   **Carbone M.** *Translational Cancer Medicine Symposium: Preventive Therapeutic Opportunities in Gene-Environment Interaction & Immunotherapy.* Cancer Research Center of Hawaii, The Queen's Medical Center, Hawaii Pacific Health, Kuakini Health Systems, Honolulu, HI February 17-18, **2009**.

6.   **Carbone M.** *Hepatitis B Virus and the Prevention and Control of Liver Cancer.* Cancer Research Center of Hawaii and The Queen's Medical Center, Honolulu, HI, March 11, **2010**.

7.   **Carbone M**, Chadwick D, Gaudino G, Ishihara-Wong D, Iwahashi GY, Morris PT, Yang H.  Third Annual Translational Cancer Medicine Symposium.  *Mesothelioma-Melanoma Cancer Syndrome: Gene-Environment Interaction?* University of Hawaii Cancer Center, The Queen's Medical Center, Honolulu, HI, December 2, **2011**.

8.   **Carbone M**, Yu H, Fagan P.  Fourth Annual Translational Cancer Medicine Symposium.  *How Do We Reduce Cancer Risks? Altering Pathways to Obesity and Tobacco Use.* University of Hawaii Cancer Center, The Queen's Medical Center, Honolulu, HI, July 27, **2012**.

9.   **Carbone M.** Fifth Annual Translational Cancer Medicine Symposium.  *Looking closely at HMGB1.* University of Hawaii Cancer Center, Honolulu, HI, February 25, **2013**.

10.  **Carbone M**, Yu H.  Workshop:  *Gene Environment interaction in human cancer development.* University of Hawaii Cancer Center, Honolulu, HI, September 23-24, **2013**.


## XIX.   Invited Lectures (at major conferences and courses)

1.   **Carbone M.** *SV40 Induces Mesotheliomas in Rodents.* II International Mesothelioma Conference, San Francisco, CA, **1993.**

2.   **Carbone M.** *Evidence for and Implications of SV40-like Sequences in Human Mesotheliomas.* l4th Nordic Virus Symposium, Tromso, Norway, p. 24 proceedings of the meeting, **1995.** (Keynote Lecture.)

3.   **Carbone M**. *SV40 and Mesothelioma.* 3rd International Mesothelioma Interest Group Conference, Paris, France, **1995.** (Invited Speaker & Chairman of session on Genetics).

4.   **Carbone M.** *Possible role of SV40 in the Pathogenesis of Human Mesotheliomas.* 1st U.S.-Italy Mesothelioma Conference, Torino, Italy, **1996.** (Invited Speaker and US-Chairman of the Conference).

5.   **Carbone M.** *Role of DNA Tumor Viruses in the Development of Human Osteosarcomas.* II International Bone Tumor Conference, November 18-23, Bologna, Italy, **1996.**

6.   **Carbone M.** *SV40 Oncogenicity in Hamsters.* United States of America, Department of Health and Human Services, CBER-NCI-NICHD-NCID-NIP-NVPO, Simian Virus (SV40): A Possible Human Polyomavirus, Workshop, Jan. 28, p.60 proceedings of the meeting, Bethesda, MD, **1997**. (Invited Speaker and Panelist)

7.   **Carbone M.** *Evidence for Implication of SV40 Sequences in Human Mesotheliomas and Osteosarcomas.* United States of America, Department of Health and Human Services, CBER-NCI-NICHD-NCID-NIP-NVPO, Simian Virus (SV40): A Possible Human Polyomavirus, Workshop, Jan. 27, p.266-282, proceedings of the meeting, Bethesda, MD, **1997**. (Invited Speaker and Panelist)

8.   **Carbone M**. *Evidence for SV40 in mesothelioma.* 4th International Mesothelioma Interest Group Conference, Philadelphia, PA, March 12-15, **1997.** (Invited Speaker and Chairman of session on Genetics).

9.   **Carbone M**. *SV40 and its Association with Human Mesotheliomas.* 2nd U.S.-Italy Mesothelioma conference. Belgirate, Italy, May 29-30, **1997.** (Invited Speaker and U.S. Chairman of the Conference).

10.  **Carbone M.** *Evidence for and Implications of SV40 Sequences in Human Tumors.* First Joint International Conference, AACR and Sbarro Institute for Molecular Medicine, Gene Targets for Cancer Treatment, Capri, Italy, June 3-6, **1997**.

11.    **Carbone M**. *SV 40 and Human Mesothelioma*. A Workshop on The Health Effects of Chrysotile Asbestos: Contribution of Science to Risk Management Decisions, Montreal, Canada, September 14-16, **1997.**

12.    **Carbone M**. *Simian Virus 40; A Possible Co-Factor in the Development of Malignant Pleural Mesothelioma*. New Developments in Pathogenesis of Malignant Pleural Mesotheliomas. Hacettepe University. Ankara, Turkey, November 19-26, **1997.** (Keynote Lecture).

13.    **Carbone M**. *Molecular Biology for Microbiology and Virology*. International Meeting - Molecular Biology Clinical Perspectives. Parma, Italy, December 12, **1997.**

14.    **Carbone M**. *SV40 and Asbestos as Co-Carcinogenesis in Mesothelioma Development*. Seminar on Environmental Pathology, 305 Course, University of Vermont, College of Medicine, Burlington, Vermont, April 2, **1998.**

15.    **Carbone M**. *Possible Pathogenic Role and Detection of SV40 in Human Mesothelioma*. Molecular Biology of Small DNA Tumor Viruses Meeting. Madison, WI. 7/14-7/19, **1998.**

16.    **Carbone M**. *Pitfalls in Pathologic Diagnosis of Malignant Mesothelioma*. 3rd U.S.-Italy Mesothelioma conference. Brescia, Italy, October 16, **1998**. (Invited Speaker and U.S. Chairman of the Conference)

17.    **Carbone M**. *SV40 Associated Tumorigenesis*. The Society for Biological Therapy, Pittsburgh, PA, October 21-24, **1998**.

18.    **Carbone M**. *SV40 Virus, Polio Vaccine, and Human Mesothelioma: Recent Developments*. American College of Chest Physicians. Mesothelioma Update: 1998. Toronto, Canada, November 10-12, **1998**. Panel Discussion.

19.    **Carbone M**. *Role of SV40 in the Pathogenesis of Mesothelioma*. Multimodality Therapy of Chest Malignancies: Update 98. Harvard Medical School, Boston, MA, **1998**. Guest Faculty.

20.    **Carbone M**. *Simian Virus 40 and Human Mesothelioma*. 4th U.S.-Italy Mesothelioma conference. Lignano Sabbiadoro, Italy, March 18-19, **1999.** (Invited Speaker and U.S. Chairman of the Conference).

21.    **Carbone M**. *The Association of Simian Virus 40 with Hamsters and Human Lymphomas: Biological Significance*. British Lymphoma Society Meeting. Cardiff, U.K., May 14, **1999**. (Keynote lecture, delivered by P. Rizzo).

22.    **Carbone M**. *Mesothelioma*. 1st International Chicago Symposium on Malignancies of the Chest and Head/Neck. Chicago, IL, October 1-2, **1999.**

23.    **Carbone M**. *Molecular Genetics of Mesothelioma*. American College of Chest Physicians. Plenary Lecture: Mesothelioma. Chicago, IL, November 2, **1999**.

24.    **Carbone M**. *Role of SV40 in the Pathogenesis of Mesothelioma*. Multimodality Therapy of Chest Malignancies: Update 2000. Harvard Medical School, Boston, MA, **2000**. Guest Faculty.

25.    **Carbone M**. *Molecular Genetics of Mesothelioma*. International Mesothelioma Conference. Aviano, Italy, April 25, **2000.**

26.    **Carbone M**. *Malignant Mesothelioma*. Joint Meeting of Pulmonary Diseases and Thoracic Surgery. Antalya, Turkey, November 6-9, **2000.**

27.    **Carbone M**. *Epidemiology and pathogenesis of mesothelioma: asbestos, SV40 and genetics*. Le mesotheliome Das Mesotheliom Mesothelioma. Fribourg, November 20, **2000.** (Keynote Lecture).

28.    **Carbone M**. *Human Mesothelial Cells are Uniquely Susceptible to SV40 Infection and Transformation*. 2nd International Mesothelioma Meeting, Chicago, IL. April 21, **2001.**

29.    **Carbone M**. *Role of environment virus and genetic in the pathogenesis of mesothelioma*. ICC International Cancer Center, Rovigo, Italy, May 11, **2002.**

30.    **Carbone M**. *Malignant Mesothelioma: New Biological and Clinical Advances*. Meet the Professors Session: American Society of Clinical Oncology, Orlando, FL, May 18 – May 21, **2002**.

31.    **Carbone M**. *Mesothelioma Pathogenesis*. American Society of Clinical Oncology, Orlando, FL, May 18 – May 21, **2002**.

32.    **Carbone M**. *Pathogenesis of mesothelioma: Role of asbestos, SV40 and genetic predisposition*. 18th UICC International Cancer Congress, Oslo, Norway, June 30 – July 5, **2002**.

33.    **Carbone M.** *The presence and mechanisms of SV40 in human cancers.* National Academy of Science – Immunization Safety Review Committee, Washington, DC, July 11, **2002.**

34.    **Carbone M.** *Role of environmental carcinogens, viruses, and genetic predisposition in the pathogenesis of malignant mesothelioma.* Internal Medicine Grand Rounds Lecture. Eastern Virginia Medical School, July 24, **2002.**

35.    **Carbone M.** *The presence and mechanisms of SV40 in human cancers.* Milton S. Hershey Medical Center – Department of Microbiology & Immunology Seminar, Hershey, PA, October 3, **2002.**

36.    **Carbone M.** *Il Mesotelioma maligno: novita eziologiche e terapeutiche.* Sala Rossini – Caffe Pedrocchi, Padova, Italy, March 5, **2003**.

37.    **Carbone M.** SV40 and human cancer Society for General Microbiology. 152nd Meeting. Edinburgh, Scottland, April 7-11, **2003**.

38.    **Carbone M.** Etiology and Pathology of Mesotheliomas 4th International Lung Cancer Congress. Maui, Hawaii, June 25-28, **2003**.

39.    **Carbone M.** *Molecular pathogenesis of mesothelioma.*10th World Conference on Lung Cancer. Vancouver, Canada, August 10-14, **2003**.

40.    **Carbone M**. *Pathogenesis of mesothelioma.* Italian Society of Anatomic Pathology, Genova, Italy. October 22-25, **2003**.

41.    **Carbone M**. *Multistep and multifactorial carcinogenesis. When does a contributing factor become a human carcinogen?* Validation of a causal relationship: criteria to establish etiology. National Cancer Institute Workshop, Washington, DC, Dec. 11-12, **2003.**

42.    **Carbone M**. *Role of environmental carcinogens, SV40 and genetic predisposition in the pathogenesis of human mesothelioma.* Karmanos Cancer Institute Grand Rounds, Detroit, Michigan, Jan. 8, **2003**.

43.    **Carbone M.** *Pathogenesis of mesothelioma.* VII Meeting of the International Mesothelioma Interest Group (I.M.I.G.), Brescia, Italy, June 24-26, **2004**.

44.    **Carbone M**. *SV40 in human tumors, an update.* National Institute of Allergy and Infectious Diseases (NIAID) Vaccine Cell Substrates, June 29-July 1, **2004**.

45.    **Carbone M.** *Inherited mesothelioma.* First International Symposium on Malignant Mesothelioma, October 14-16, Las Vegas, **2004.**

46.    **Carbone M.** *The Pathogenesis of Mesothelioma.* Karmanos Cancer Institute, Detroit, Michigan, November 15, **2004**.

47.    **Carbone M.** Contribution *of Asbestos, Erionite, Genetics and SV40 in the Pathogens of Human Malignant Mesothelioma.* University of Pittsburgh, February 23, **2005.**

48.    **Carbone M.** *Mesothelioma: Carcinogenesis Issues: New Insights on "The Asbestos/SV40 Phenomenon".* 11th World Conference on Lung Cancer, Barcelona, Spain, July 3, **2005.**

49.    **Carbone M.** *Pathogenesis of Mesothelioma-Early Detection Markers.* University of Sydney, Australia. July 25, **2005.**

50.    **Carbone M.** *Interaction among Asbestos, Erionite, SV40 and Genetics in the Pathogenesis of Human Malignant Mesothelioma.* Honolulu, University of Hawaii. August 29, **2005.**

51.    **Carbone M.** *Turkey, Erionite, and the Genetic Connection.* Second International Symposium on Malignant Mesothelioma. Las Vegas, NV. October 6-8, **2005**.

52.    **Carbone M.** *Mesothelioma in Cappadocia: The Gene/Environment Interaction.* The 8th International Conference of the International Mesothelioma Interest Group. Chicago, IL, October 19-22, **2006**.

53.    **Carbone M.** *Asbestos.* An International Conference on Occupational Lung Diseases: Up Close. Sudbury, Ontario, May 10, **2007**.

54.    **Carbone M.** *Gene Environmental Interaction in Mesothelioma.* 10th Annual West Hawaii Cancer Symposium. Kailua-Kona, HI, September 7-8, **2007**.

55.    **Carbone M.** *Interaction of Mineral Fibers with Genetic and Viruses in the Pathogenesis of Mesothelioma.* Harvard Medical School, Brigham and Women's Hospital. Boston, MA, September 14, 2007. Lecturer, International Mesothelioma Program.

56. **Carbone M.** *Mesothelioma: New Developments in Pathogenesis and Early Detection Offer Possible Opportunities for Immunotherapy.* Workshop, NCI-University of Texas in El Paso. El Paso, TX, September 21-22, **2007**.

57. **Carbone M.** *Interactions Among Genetics, Erionite and Asbestos Exposure, and SV40 Infections, in the Pathogenesis of Human Malignant Mesothelioma.* M.D. Anderson Grand Rounds Lecture, Blaffer Visiting Professorship, Houston, TX, February 1, **2008**.

58. **Carbone M.** *SV40 Tag/p53 Complexes Actively Promote Malignant Cell Growth of Human Mesothelial Cells.* 2nd Conference on Aneuploidy and Cancer: Clinical and Experimental Aspects, Oakland, CA, February 2-3, **2008**.

59. **Carbone M.** *New Approaches in Treatment and Screening of Mesothelioma.* National Cancer Week of Turkey, April 3, **2008**.

60. **Carbone M.** *Mesothelioma 2008: Diagnostic and Therapeutic State of the Art.* 11th Annual West Hawaii Cancer Symposium. Kailua-Kona, HI, September 5-6, **2008**.

61. **Carbone M.** *Etiology of mesothelioma other than mineral fibres: hereditary factors and virus.* European Respiratory Society (ERS) Congress 2008, Berlin, Germany, Oct. 4-8, **2008**.

62. **Carbone M.** *Gene Environment Interaction as Cause of Mesothelioma Epidemics.* Translational Cancer Medicine Symposium: Preventive and Therapeutic Opportunities in Gene-Environment Interaction and Immunotherapy. Honolulu, HI, February 17-18, **2009**.

63. **Carbone M.** *Results of a randomized Phase 3 clinical trial using Onconase+doxorubicin vs. doxorubicin alone and possible use of Onconase in individuals from high risk families with high levels of mesothelin/osteopontin.* 2nd NIH Mesothelioma Conference, Bethesda, MD, March 6, **2009**.

64. **Carbone M.** *Early Detection of Mesothelioma in Cappadocia.* 6th Early Detection Research Network (EDRN) Scientific Workshop, & 19th EDRN Steering Committee Meeting. Mesothelioma Working Group Meeting, Bethesda, MD, August 31-September 3, **2009**.

65. **Carbone M.** *Interactions among viruses, genetics and environment in mesothelioma pathogenesis.* Comprehensive Cancer Center of Wake Forest University, Department of Cancer Biology: Sixth Annual Deal Lectureship, Winston-Salem, NC, October 6, **2009**.

66. **Carbone M.** *Gene-Environment Cancer Interaction.* 5th International Asian Pacific Organization for Cancer Prevention (APOCP) Conference, Istanbul, Turkey, April 3-7, **2010**.

67. **Carbone M.** *Role of mineral fibers, genetics and SV40 in the pathogenesis of mesothelioma.* Twentieth Annual Harold L. Stewart Lecture in Experimental Oncology, Bethesda, MD, November 18, **2010**.

68. **Carbone M.** *Mechanisms of mineral fibers, genetics and SV40 in the pathogenesis of human mesothelioma lead to novel preventive and therapeutic approaches.* Medical Academy of Rome, Speaker, 2010-2011 Scientific Program, Rome, Italy, November 25, **2010**.

69. **Carbone M.** *Gene-Environment Interaction in Mesothelioma.* Center for Translational and Public Health Genomics: Seminar Series, M.D. Anderson Cancer Center, Houston, TX, March 30, **2011**.

70. **Carbone M.** *Genetic Predisposition, Erionite, and Mesothelioma.* 1th Joint Meeting: Advances in Cancer Research between Magna Graecia University and University of Hawaii. Distinguished Lecture, Instituto Nazionale Tumori "Regina Elena", Catanzaro, Italy, July 8, **2011**.

71. **Carbone M.** *Genetics, asbestos and HMGB1 driven inflammation in the pathogenesis of mesothelioma.* University of Pittsburgh: Immunology Seminar Series, Pittsburgh, PA, October 27, **2011**.

72. **Carbone M.** *The BAP1 Cancer Syndrome: Mesothelioma, Cutaneous and Uveal Melanoma and Atypical Spitz Nevi.* 15th Annual West Hawaii Cancer Symposium, Kona, HI, September 7-8, **2012**.

73. **Carbone M.** *The BAP1 Cancer Syndrome.* 11th International Conference of the International Mesothelioma Interest Group (iMig), Boston, MA, September 11-14, **2012**. (Keynote speaker and Session Chair).

74.     **Carbone M**. *The Bap1 Cancer Syndrome: Mesothelioma, uveal and cutaneous melanoma*. The Second Symposium of the Affiliated Shanghai Sixth People's Hospital of SJTU and University of Pittsburgh School of Medicine, Shanghai, China, September 20, **2012**.

75.     **Carbone M**. *The Bap1 Cancer Syndrome*. 2012 Zhejiang and Jiangxi Cancer Conference, Hangzhou, Zhejiang, China, September 27-29, **2012**.

76.     **Carbone M**. (Panel Speaker) News from the genetics front; and Multidisciplinary panel to promote interaction between clinicians and researchers to achieve the best possible outcome for mesothelioma patients. Meso Foundation 2013 Symposium: All-in for a Cure! Las Vegas, NV, March 6-8, **2013**.

77.     **Carbone M**. *Functional p53 facilitates Simian Virus infection of human cells via IGF-1*. 5th International Conference on Polyomaviruses and Human Diseases: Basic and Clinical Perspectives, Stresa, Italy, May 9-11, **2013**.

78.     **Carbone M**. *Bap1 Cancer Syndrome*. Seminar-Cooperative Program on Translational Research on Pleural Mesothelioma, Magna Graecia University and Tommaso Campanella Cancer Center, Catanzaro, Italy, May 15, **2013**.

79.     **Carbone M**. *BAP1 gene mutation and mesothelioma pathogenesis*. IASLC: 15th World Conference on Lung Cancer, Sydney, Australia, October 27-30, **2013**.

80.     **Carbone M.** *Contributions of genetic and environmental factors to mesothelioma*. The 18th Congress of the Asian Pacific Society of Respirology (APSR 2013), Yokohama, Japan, November 11-14, **2013**. (Session Chair/Speaker).


## XX.   Editorials and Commentaries in Scientific Journals about Dr. Carbone's Research:

1.     Brown  P.  Mystery virus linked to asbestos cancer. *New Scientist*, p.4, May, **1994**.

2.     *Comment*. Fear of failing. *New Scientist,* p.3, May, **1994.**

3.     Brown P.  Polio vaccine linked to cancer. *New Scientist*, p.16, August, **1996.**

4.     Pennisi E.  Monkey virus DNA found in rare human cancers. *Science*, p.748-749, February, **1997**.

5.     Wiman KG and Klein G. An old acquaintance resurfaces in human mesothelioma. *Nature Medicine*, p.839-840, August, **1997.**

6.     Klein G.  Simian virus 40 and the human mesothelium. *PNAS*, 97:9830-21, **2000.**

7.     Clare Samson.  SV40 link with mesotheliomas. *The Lancet*, Oncology, 1:69, **2000.**

8.     M. Anello.Turkish towns provide genetic link to malignant mesothelioma. *Oncology News Intl.,* 10(6):9, **2001**.

9.     M. Anello. C onsensus g rowing f or S V40 r ole  in so me  mesotheliomas. *Oncology News Intl.*, 10(7):31,**2001**.

10.    Ferber D.  Monkey virus link to cancer grows stronger. *Science,* 296(5570):1012-1015, **2002.**

11.    Vastag B.  Sewage yields clues to SV40 transmission. *JAMA*, 288(11): **2002.**

12.    Bookchin D.  Vaccine scandal revives cancer fear. *New Scientist*, p. 6-7, July **2004.**

13.    Ross K. Millions May Have Received Contaminated Polio Vaccine. *Science AAAS,*11/15/**2005.**

14.    Bangham J.  A rock and a hard place. *Nature Reviews Cancer* V 6: 489, **2006.**

15.    Editorial: How asbestos triggers cancer. *Chemical & Engineering News*, Vol 84(26):34, June **2006.**

16.    Exposure to North Dakota Road Material May Increase Risk of Lung Cancer. *Science Daily*, Dec **2010**.

17.    Maher B.  Fear in the dust. *Nature*, 468: 884-885, Dec **2010**.

18.    Levin M.  Peril in the West. *www.fairwarning.org*, Oct **2011**.

19.    Goldstein AM.  Germline *BAP1* mutations and tumor susceptibility. *Nature Genetics*, 43:925-926, **2011**.

20.    Wilson C.  Villages of the Damned. *New Scientist*, 218:34-37, **2013**.

## XXI.   Media Experience

Dr. Carbone's work has been covered on several occasions by most newspapers in the US, and by many newspapers in England, Italy, Germany, Canada, Australia, etc.  Among others, extensive articles about Dr. Carbone's work in the US lay-press can be found in: *NewYork* Nov 1996; *Money Magazine*, Dec 1996; *Boston Globe*, January 26, 1997; *Chicago Life*, January 1997; *Newsday*, Dec 29, 1998; *Atlantic Monthly*, February 2000, *Chicago Tribune* 2004. The book entitled, <u>The Virus and The Vaccine</u> is the true story of a Cancer-Causing Monkey Virus, Contaminated Polio Vaccine and Dr. Carbone's work written by Debbie Bookchin and Jim Schumacher.   In addition to multiple TV reportages in the US, Dr. Carbone's work has been extensively covered by: Channel 4 in England, ABC, in Australia, BBC in Canada, etc. Loyola media services estimated that the advertising equivalency of free positive publicity to Loyola because of my media coverage from January 1997 until January 2001 equals to 15.5 million dollars.  This document can be provided upon request.  Since joining the University of Hawaii (UH), Dr. Carbone's work has been covered in the following Hawaii newspapers: *Honolulu Star-Bulletin*, November 12, 2006; *MidWeek*, December 27, 2006.  Various media coverage on Hawaii TV News (such as KHNL, KHON, KITV, etc.) and local newspapers (formerly *Honolulu Advertiser* and *Honolulu Star Bulletin* --both now *Honolulu Star Advertiser*, etc.) have featured Dr. Carbone's work widely, including:  In 2008, receiving the AACR-Landon Innovator Award for International Collaboration in Cancer Research for his research teams, led by Dr. Carbone, findings of a unique mesothelioma epidemic in 3 Turkish villages caused by a genetic predispostion to mineral fiber carcinogenesis.  Recently Dr. Carbone and his research team were featured for discovering the BAP1 gene mutation's link to mesothelioma and other cancers-August 2011, and discovered extensive erionite exposure in North Dakota, USA - December 2010, which can be found in a commentary *Fear in the Dust*, in Nature, Dec 2011 as well as in other articles - *Science Daily, Discovers Magazine*, "Villages of the Damned", *New Scientist*, April 2013.

## XXII.   Professional Courses:

1. Acquired Immunodeficiencies and Related Pathology.  S cuola S uperiore di O ncologia e S cienze Biomediche, Genova, Italy.  May 6-7, 1985.
2. TRAC 3 Recombinant DNA Methodology.  Foundation for Advanced Education in Sciences, National Institutes of Health, Bethesda, MD.  October 2 - December 18, 1986.
3. TRAC 2 Separation Techniques: P roteins and Other Biomolecules.  Foundation f or Advanced Education in Sciences, National Institutes of Health, Bethesda, MD.  March 31 - June 2, 1987.
4. XI Course of the International School of Pure and Applied Biostructure NATO-ASI on Molecular Basis of Human Cancer, Erice, Italy.  May 1990.
5. Forty- First Tutorial on Clinical Cytopathology.  Chicago, IL March 9-16, 1996.
6. Forty-Second Tutorial on Clinical Cytopathology.   Los Angeles, CA.  March 15-22, 1997.
7. 9th Annual Review, Gastrointestinal Surgical Pathology and the 19th Annual Course Hepatopathology '98.  Armed Forces Institute of Pathology, Bethesda, MD, August 16-20, 1998.
8. Thoracic Pathology: With Clinical and Radiologic Correlations.  Armed Forces Institute of Pathology, Lake Buena Vista, Florida, December 10-13, 1998.
9. 9th Annual Anatomic Pathology.  Armed Forces Institute of Pathology, Silver Spring, MD.  May 2-8, 1999.
10. 10th A nnual R eview, G astrointestinal S urgical P athology a nd t he  20th  Annual  Course Hepatopathology '99.  Armed Forces Institute of Pathology, Bethesda, MD, August 15-17, 1999.
11. 2nd Annual Soft Tissue Tumors.  Armed Forces Institute of Pathology, Silver Spring, MD. October 7-9, 1999.
12. Current Issues in Gynecologic Pathology.  Armed Forces Institute of Pathology, Amelia Island, Florida, December 9-11, 1999.
13. U.S. and Canadian Academy of Pathology – Diagnostic Pathology 2000.  Armed Forces Institute of Pathology, Philadelphia, PA, August 3-11, 2000.
14. Thoracic Pathology with Clinical and Radiologic Correlation.  Armed Forces Institute of Pathology.  Bethesda, MD, November 13-15, 2002.

15.     Diagnostic Pathology of Soft Tissue Tumors.  Harvard Medical School.  Boston, MA, November 18-22, 2002.

16.     Soft Tissue Tumor Pathology.  Armed Forces Institute of Pathology, Bethesda, MD.  September 29-October 3, 2003.

17.     Fundamentals of Personnel Law for Managers and Supervisors. Human Resources Council January 15, 2004.

18.     Soft Tissue Tumor Pathology.  Armed Forces Institute of Pathology, Bethesda, MD.  September 26-29, 2005.

**<u>Dr. Michele Carbone:</u>**
**<u>Trial and Deposition Testimony During Preceding Four Years</u>**

<u>For Metropolitan Life</u>

None

<u>For Parties Other than MetLife (Tentative List – to be confirmed)</u>

| | | |
|---|---|---|
| 11/16/2010 | Ivan Provance v. A.W. Chesterton Company | Grundy County, IL |
| 8/14/2013 | The Estate of Claude Harper v. Alltite Gaskets | Baltimore, MD |