In re: Weyerhaeuser & 3M Company, et al.

Transcript of the Video Deposition of:

# Janet Pecher

June 30, 2015



800.899.7222 • www.GramannReporting.com

MILWAUKEE   414.272.7878 • FAX: 414.272.1806 • 740 North Plankinton Ave, Suite 400, Milwaukee, WI 53203
MADISON   608.268.0435 • FAX: 608.268.0437 • 14 West Mifflin Street, Suite 311, Madison, WI 53703

1              UNITED STATES DISTRICT COURT FOR THE
               WESTERN DISTRICT OF WISCONSIN
2

         -------------------------------------------------
3

     BOYER V. WEYERHAEUSER COMPANY, ET AL.
4    W.D. WI CASE 3:14-CV-286
     HECKEL V. 3M COMPANY, ET AL.
5    W.D. WI CASE 3:13-CV-459
     MASEPHOL V. WEYERHAEUSER COMPANY, ET AL.
6    W.D. WI CASE 3:14-CV-186
     PECHER V. WEYERHAEUSER COMPANY, ET AL.
7    W.D. WI CASE 3:14-CV-147
     PRUST V. WEYERHAEUSER COMPANY, ET AL.
8    W.D. WI CASE 3:14-CV-143
     SEEHAFER V. WEYERHAEUSER COMPANY, ET AL.
9    W.D. WI CASE 3:14-CV-161
     SYDOW V. WEYERHAEUSER COMPANY, ET AL.
10   W.D. WI CASE 3:14-CV-219
     JACOBS V. 3M COMPANY, ET AL.
11   W.D. WI CASE 3:12-CV-899

12   -----------------------------------------------------

13              VIDEO DEPOSITION OF JANET PECHER

14   -----------------------------------------------------

15
                     Video deposition examination of JANET
16   PECHER, taken at the instance of the Plaintiffs,
     under and pursuant to Rule 30 of the Federal Rules of
17   Civil Procedure and the acts amendatory thereof and
     supplementary thereto, pursuant to Notice upon the
18   parties, before Monica M. Hunkins, RPR, a Notary
     Public in and for the State of Wisconsin, at the
19   Holiday Inn, 750 South Central Avenue, Marshfield,
     Wisconsin, on the 30th day of June, 2015, commencing
20   at 9:10 a.m. and ending at 11:48 a.m.

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2

 3     APPEARING ON BEHALF OF THE PLAINTIFFS:

 4          ROBERT G. MCCOY
            Cascino Vaughan Law Offices, Ltd.
 5          220 South Ashland Avenue
            Chicago, IL  60607
 6
       APPEARING ON BEHALF OF THE DEFENDANT,
 7     OWENS-ILLINOIS:

 8          BRIAN O'CONNOR WATSON
            Schiff Hardin LLP
 9          233 South Wacker Drive, Suite 6600
            Chicago, IL  60606
10
            Appearing telephonically.
11
       APPEARING ON BEHALF OF THE DEFENDANT,
12     WEYERHAEUSER COMPANY:

13          MITCH MCGUFFEY
            Forman, Watkins, Krutz & Tardy, LLP
14          City Centre, Suite 100
            200 South Lamar Street
15          Jackson, Mississippi  39201-4099

16     APPEARING ON BEHALF OF THE DEFENDANT,
       3M COMPANY:
17
            KEVIN B. BROWN
18          Thompson Coe
            Plaza of the Americas
19          700 North Pearl Street, 25th Floor
            Dallas, Texas  75201
20

21     ALSO PRESENT:  Connie Hansen, videographer.

22

23                 The original transcript of the video

24     deposition of JANET PECHER was filed with Attorney

25     Mitch McGuffey.
```

I N D E X   P A G E

E X A M I N A T I O N

PAGE

JANET PECHER

EXAMINATION BY MR. MCCOY....................... 6
EXAMINATION BY MR. MCGUFFEY ................... 24
EXAMINATION BY MR. BROWN...................... 99
EXAMINATION BY MR. MCGUFFEY ................... 115

------------------------------

E X H I B I T S

MARKED

Exh. 1    Photograph......................... 5
Exh. 2    Photograph......................... 5
Exh. 3    Amended Notice of Deposition of.... 7
          Janet Pecher
Exh. 4    Plaintiff's Response to ........... 18
          Weyerhaeuser Interrogatories
Exh. 5    Job History ....................... 37
Exh. 6    Medical Record - 6/7/13 ........... 65
Exh. 7    Medical Record - 7/23/13 .......... 71
Exh. 8    Urban Pecher Exposure Summary...... 89
Exh. 9    Letter to Robert McCoy from Frank . 93
          Parker dated 1/29/15
Exh. 10   Letter to Robert McCoy from Henry . 93
          Anderson dated 1/30/15

(The originals of the above exhibits were included in
the original transcript, and copies thereof were
included with transcript copies, as requested.)
Electronic pdf files of the exhibits were also
provided to counsel, as requested.)

----------------------------

O B J E C T I O N S

                                          PAGE   LINE

BY MR. MCCOY .............................. 92     21
BY MR. MCCOY .............................. 92     23

```
 1   BY MR. MCCOY ............................ 105   13

 2              ------------------------------

 3          P R O D U C T I O N   R E Q U E S T S

 4                        NONE

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

1        P R O C E E D I N G S

2

3       (Deposition Exhibit Nos. 1 and 2 marked for

4          identification.)

5          THE VIDEOGRAPHER:  We are on the record

6   at 9:10 a.m. on June 30th, 2015.  This is Volume No.

7   1, Media Unit 1, of the video deposition of Janet

8   Pecher taken by the plaintiff in the matters of Boyer

9   versus Weyerhaeuser Company, et al., and all other

10   cases listed on the notice, filed in the United

11   States District Court for the Western District of

12   Wisconsin.  This deposition is being held in

13   Marshfield, Wisconsin.

14          My name is Connie Hansen, and I'm the

15   videographer appearing on behalf of Gramann Reporting

16   with offices in Milwaukee, Wisconsin.  The court

17   reporter is Monica Hunkins of Gramann Reporting.

18          Would counsel now please state their

19   appearance and affiliation for the record, beginning

20   with the plaintiff.

21          MR. MCCOY:  Yes.  Bob McCoy for the

22   plaintiffs.

23          MR. BROWN:  Kevin Brown here for 3M

24   Company.

25          MR. MCGUFFEY:  Mitch McGuffey on behalf

Page 6

1   of Weyerhaeuser Company.

2          THE VIDEOGRAPHER:  Would the --

3          MR. WATSON:  Brian Watson representing

4   Owens-Illinois.

5          THE VIDEOGRAPHER:  Would the court

6   reporter please swear in the witness.

7          THE COURT REPORTER:  Ma'am, would you

8   raise your right hand.

9          (Witness sworn.)

10   THE WITNESS:  I do.

11          MR. MCCOY:  Okay.  Let's begin by --

12          THE VIDEOGRAPHER:  Can you put your

13   mike on, though.

14          MR. MCCOY:  Yeah, sure.

15          JANET PECHER, after having been first

16   duly sworn, was examined and testified as follows:

17          EXAMINATION BY MR. MCCOY:

18   Q.  Begin by introducing yourself.  And what I'd

19   like you to do is to give us your full name and spell

20   your last name for us.

21   A.  Okay.  Janet Ann Pecher, P-E-C-H-E-R.

22   Q.  And where do you live now, Ms. Pecher?

23   A.  402 North Peach Avenue, Marshfield,

24   Wisconsin, 54449.

25   Q.  And this is a deposition in a -- in a -- in

Page 7

1   a case which -- it's in several cases, but one of

2   the -- the cases concerns your deceased husband,

3   Urban Pecher.

4   A.  Yes.

5   Q.  Is that your --

6   A.  Yes.

7   Q.  -- understanding?

8          MR. MCCOY:  Okay.  For the record, we

9   should mark this Exhibit 1.  It's a notice of the

10   deposition.  You can pass that over.

11          THE COURT REPORTER:  Sir, this is 3.

12          MR. MCCOY:  3?  Okay.  You're ahead of

13   me.

14       (Deposition Exhibit No. 3 marked for

15          identification.)

16   BY MR. MCCOY:

17   Q.  All right.  So for -- we've marked as

18   Exhibit No. 3 the notice for today's deposition.

19          Now, I'd like you to first start by

20   going back in time and just telling us about your

21   background, where you were born and who your parents

22   were and when you were born.  Go ahead.

23   A.  Okay.  I was born in Marathon County,

24   Wisconsin, in 1939.  And I grew up out on a farm.

25          And moved to Wausau and took a

Page 8

1   secretarial job where I met my husband and stayed

2   there after I was married for several years.

3          Then we moved to Marshfield when our

4   son was born.

5          We were called in to service.  He was

6   in the National Guards.  And we went -- were called

7   to Washington.  We stayed there almost a year.

8          Moved back to Stratford, Wisconsin,

9   because there wasn't any available housing in

10   Marshfield because the whole units were moving back

11   home.  We lived there for seven years.

12          My husband, all this time, worked at

13   Weyerhaeuser, from the time I met him until he de- --

14   passed away.

15          After seven years, we did buy a home in

16   Marshfield, which is at our present residence.  And

17   we've been there for, it will be, 46 years.  It will

18   be in July.

19   Q.  Okay.  Your present residence, again, is

20   what address?

21   A.  402 North Peach Avenue, Marshfield.

22   Q.  All right.  So about when did your husband,

23   Urban, begin working at the Marshfield Weyerhaeuser

24   door -- door plant?

25   A.  Because I did not know him when he started

Page 9

1 there and no one seems to have exact records, it was
2 between '53 and '54 is the best that I could come up
3 with. And he was 18.
4     Q. Okay. I think there may be some records on
5 that now. So we'll have -- whatever is actually in
6 the records is what would be correct?
7     A. Because I did not know him so --
8     Q. Right.
9     A. -- at that point.
10     Q. Okay.
11     A. But I know it was -- he was there 46
12 years.
13     Q. And about when did you say you met him?
14     A. I met him in '58. Late '57, '58.
15     Q. Okay. And when did you all get married?
16     A. July 25th, 1959.
17     Q. Okay. And about when did you move to
18 Stratford?
19     A. That was approximately a year and a half --
20 almost two years after we got out -- after service.
21 Because we got called in. So Stratford -- we
22 returned from service in '62. And we moved to
23 Stratford in '62 --
24     Q. Okay.
25     A. -- after he was discharged.

Page 10

1     Q. All right. So what branch of the service
2 was he in?
3     A. He was in the National Guards, Army.
4     Q. When you moved to -- to 402 North Peach,
5 what, if anything, did you observe about there being
6 dust in the air?
7     A. Well, first, when we moved, of course, you
8 don't pay that much attention.
9         But it was right away. I noticed it
10 when I'd -- Urban would come home, and the dust would
11 be on his clothes, his shoes.
12         If I'd hang sheets out or laundry, I'd
13 have to usually pull them back. I stopped doing that
14 because I had to rewash them. It would be covered
15 with this film dust particles.
16         And it would be outside on our windows,
17 on the sills. If I opened the windows, it would, of
18 course, filter in the house so...
19     Q. Can you tell us the color of -- of what dust
20 you saw?
21     A. I would say it would be off-white, very
22 light in color.
23     Q. Okay. Was there -- was there any other
24 colors to the dust?
25     A. At times, along -- it would filter -- it

Page 11

1 would be the black, which was totally -- it was not
2 the dust part. The dust itself was light.
3     Q. That's the part that created the film, the
4 white -- white-ish --
5     A. Yes.
6     Q. -- part?
7     A. Yes, it did.
8     Q. Is it -- was it white, or was it more of an
9 off-white?
10     A. I'd say off-white, off -- light.
11     Q. How often did you do the laundry?
12     A. Well, two --
13     Q. And I'm talking about at -- at Peach
14 Street --
15     A. Yes.
16     Q. -- and later.
17     A. Two to three times a week. They would be in
18 a hamper in between.
19     Q. And where would this dust be? Where would
20 it appear on -- in the process of doing the laundry,
21 I mean, was it -- was it -- was it on the clothes
22 when they came out of the -- the --
23         Did you have a washing machine?
24     A. Yes.
25     Q. Okay. Was it on the clothes when they came

Page 12

1 out of the washing machine or --
2     A. It --
3     Q. -- or at what point did it actually appear
4 on the cloth- -- on the -- on the laundry?
5     A. Only when he came home from work. I mean,
6 I'd fold it up. And then the water and the soap
7 always took care of it, to my knowledge.
8     Q. Okay. So -- so the water and the soap
9 cleaned what he brought home on his clothing from
10 work?
11     A. Yes.
12     Q. Okay.
13     A. To my knowledge, yes.
14     Q. All right. Did you see the dust at all
15 after that, like, when it was outside, hanging --
16 hanging the clothes?
17     A. Well, yes. That's why I stopped hanging
18 clothes outside --
19     Q. Okay.
20     A. -- because it -- it would filter in on
21 everything.
22     Q. The dust then got cleaned by the washing
23 machine. Then you put the laundry outside -- -side,
24 and then --
25     A. It would gather on that. So that's --

Page 13

1 right.  You could see it -- physically bring it in,
2 and it had the -- little bit of the residue on it
3 from the air.
4      Q.  Was -- was what you saw when you hung the
5 laundry out in terms of color -- how did that compare
6 to what he brought home?
7      A.  The same.  They looked the same.
8      Q.  And in -- and in -- in terms of distance,
9 based on what you know -- and I know you're not out
10 there with a measuring tape or anything.  But about
11 how far would you describe your place at -- on Peach
12 Street from the door plant --
13      A.  About --
14      Q.  -- in Marshfield?
15      A.  Approximately three -- between three and
16 four blocks.  Very close.
17      Q.  Was the -- the dust on the outs- --
18 coming -- on the outside parts, the windows and the
19 laundry that was hung out -- was that something that
20 was there every single day or --
21      A.  Pretty much, from what I recall, it was just
22 there all the time.  It just was.
23      Q.  Was there any difference in terms of how
24 much dust based on wind or anything like that?
25      A.  Well, if there was wind, of course, it

Page 14

1 seemed heavier, it appeared.
2      Q.  Wind coming from the plant?
3      A.  Yes.  If it came in that direction, we
4 usually got a little more.
5      Q.  Was there any other places where you
6 observed the dust, like on any -- on the vehicles or
7 any places like that?
8      A.  If our vehicle was parked out, yes, it would
9 be fine on the windshield.  You could just see it.
10 It was a film.  Very -- definitely noticeable.
11      Q.  What color was that film on the car
12 windshield?
13      A.  The same.  Same color, that light,
14 off-white.
15      Q.  What -- what other places, if any, did you
16 observe outside the house?
17      A.  Window sills, windows.  If, you know -- if
18 windy -- going -- between the screens -- inside,
19 between the screens and the windows, it would settle
20 in there.
21      Q.  All right.  I'd like to --
22            And let me just ask, what -- was there
23 any complaints that you -- you all made to anybody
24 connected with Weyerhaeuser or -- I know he worked
25 there so -- but --

Page 15

1      A.  Not that I'm aware of.  If there were
2 complaints, we were not one of them.  We just thought
3 that was part of the environment.  We really did back
4 then.  You didn't -- we knew it was from
5 Weyerhaeuser.  But again, I can't answer one way or
6 the other.  If any personal complaints were made, I
7 do not know.
8      Q.  Is that kind of dust still out there
9 today?
10      A.  No.
11      Q.  Okay.
12      A.  No.
13      Q.  So somewhere along the line there, it
14 stopped?
15      A.  It was corrected, yes.
16      Q.  Okay.
17      A.  Yes.
18      Q.  Would you -- would your best estimate be
19 that it was there for at least ten years after you
20 moved there or -- or more?
21      A.  In 1980 is when things were corrected.  So,
22 yes, we were -- we were from -- yeah.  It was
23 at least ten we were there.
24      Q.  What do you remember in 1980 that makes you
25 say things were corrected?

Page 16

1      A.  It -- the air became cleaner.  It was
2 definitely a difference.
3            And it was in the local papers that
4 they were working on these things.  So it was kind of
5 public knowledge.
6            But it -- a lot of the smoke stacks
7 were fixed and also the -- the dust.  It just
8 disappeared after a while.
9      Q.  Uh-huh.  What did you see in the local
10 papers?  Just your -- your recollection.
11      A.  Well, that they -- it was an issue with
12 Weyerhaeuser, complaints of the atmosphere, that it
13 was polluting.  And I did not know it was asbestos.
14 I didn't know that, but it was out there.  So --
15      Q.  Okay.
16      A.  -- it was definitely in the media back
17 then.
18      Q.  When you did the laundry at home, did you
19 shake out the clothes or anything like that to get
20 the dust off, or how did you -- how did you handle --
21 handle the laundry in terms of getting it into the
22 washing machine?  I'm talking about Urban's
23 clothes --
24      A.  Yes.
25      Q.  -- for work.

Page 17

1    A. I usually would take them out -- or --
2  out -- shake it out and then put it in the -- on the
3  washer.
4    Q. And where was the area where you did the
5  washing inside the house?
6    A. Actually, at that point -- at that point,
7  we -- it was in the basement.
8    Q. Okay.
9    A. It has since been brought upstairs, but it
10  was downstairs.
11    Q. So before 1980, it was in the basement?
12    A. Yes. Yes, it was.
13    Q. When he came home and he -- and he took his
14  clothes -- changed his clothes, where did they get
15  stored? Like, in a hamper or what area?
16    A. A hamper.
17    Q. Okay. And where was the hamper?
18    A. In our hallway.
19    Q. This was upstairs?
20    A. This was on the -- right. Ground floor. It
21  was next to our bedroom actually in the bathroom. It
22  was in a hall.
23    Q. So -- so the house on Peach Street that you
24  live in has a -- has a basement and a fir- -- and
25  basement and first floor, and that's the two floor --

Page 18

1    A. And an upstairs also.
2    Q. You've got an upstairs?
3    A. Yes, we do.
4    Q. So the hallway is -- is on the first
5  floor --
6    A. Right.
7    Q. -- where the laun- -- where the hamper --
8    A. Right.
9    Q. Okay. You've got to wait until I finish my
10  question. She can't take us both down at the same
11  time.
12      What's your best recollection as to how
13  many times you would be doing the laundry when you
14  first got to Peach Street in 1969?
15    A. Two to three times a week.
16    Q. All right. I want to just use this as -- as
17  Exhibit No. 4. We can go ahead and have her mark
18  that.
19    (Deposition Exhibit No. 4 marked for
20      identification.)
21  BY MR. MCCOY:
22    Q. Okay. So Exhibit 4 you've seen. This is
23  titled "Plaintiff's Response to Weyerhaeuser
24  Interrogatories." And the caption has -- has your
25  name as the party bringing the case. You've seen

Page 19

1  this before; right?
2    A. Yes, I have.
3    Q. Okay. And you reviewed these. You provided
4  information for which these were prepared by my law
5  firm before. And then you actually reviewed the
6  final version and provided your signature on this
7  yesterday; right?
8    A. Correct.
9    Q. Okay. Late -- late at night; right?
10    A. Yes, it was.
11    Q. Okay. Okay. So the -- you had a couple
12  corrections that I think you made here just for the
13  record.
14      So on page 2 --
15      Do you have a copy in front of you
16  there?
17    A. Okay.
18    Q. Where it says "Urban born and raised in
19  Dorchester, Wisconsin" --
20    A. Right.
21    Q. -- you -- you corrected that --
22    A. Yes, I did.
23    Q. -- to -- to say Athens; right?
24    A. Athens, Wisconsin.
25    Q. Okay.

Page 20

1    A. A-T-H-E-N-S.
2    Q. Right. And then down below that, still on
3  page 2, where it's got your name, it's -- it's
4  spelled -- your middle name is spelled in the typed
5  version by my law firm A-N-N-E. And you corrected
6  that mistake my law firm made and took out the E;
7  right?
8    A. Correct.
9    Q. Okay.
10    A. Yes.
11    Q. And that was the only corrections that you
12  needed to make; right?
13    A. Yes.
14    Q. Okay. And then you signed; right?
15    A. Yes, I did.
16    Q. Okay. Now, let's go to a slightly different
17  area. You can put that -- put that aside.
18      I want to change subjects and talk
19  about your husband for a moment --
20    A. Sure.
21    Q. -- and your recollection.
22    A. Okay.
23    Q. Now, he -- he was -- do you remember when he
24  was diagnosed with mesothelioma approximately?
25    A. 2013.

Page 21

1   Q. Okay. And then he passed away a couple
2 months later; right?
3   A. Correct. Yes, he did.
4   Q. Yeah. What I want to ask you is, when --
5 when did you first notice changes in his health that
6 were significant in terms of time period before he
7 actually passed away?
8   A. Two to three years before he passed away.
9   Q. And what things -- what things did you
10 observe in terms of his -- his physical or emotional
11 well-being that were changing?
12   A. He became more lethargic, tired.
13     He'd get up in the morning. He'd eat a
14 little bit. And he just seemed to rest more, sleep.
15     Disinterested in things that we used to
16 do, such as just even going out for dinner.
17 Anything. It just was too much for him.
18     We had a place up in Phillips. We got
19 up there less and less. It was just too -- too
20 tiring for him.
21     He just slept more and more.
22     More disinterested in our daily living.
23 Didn't want to travel. Didn't want to do much. It
24 just was too hard. He was too tired. Just not up to
25 it.

Page 22

1     Appetite decreased tremendously at that
2 point. Didn't know why, but he just couldn't eat.
3 And he was -- ate very hardy otherwise. And it just
4 got worse and worse until he passed away.
5     He loved fishing, loved it. And that
6 was his major thing that he loved to do. And that
7 also became harder. Did it less. It was -- and that
8 was a big change that we noticed because that was his
9 absolute favorite thing to do for a pastime.
10   Q. You've brought with you a couple pictures
11 today.
12   A. Yes, I did.
13   Q. Okay. We had marked as Exhibits 1 and 2 the
14 black-and-white copies of these. So what -- what I
15 wanted to ask you was, just briefly tell us what --
16 when each of those photos was taken. Start with --
17 start with the first one, earliest one.
18   A. Well, this was for our 50th wedding
19 anniversary. This was the -- and that would be six
20 years and a few weeks. One of them. I -- there's
21 more of it. These are all I brought.
22     This was June of '13 at our
23 granddaughter's graduation. He's on the end. He
24 al- -- was already not feeling well.
25     And this was our granddaughter's

Page 23

1 wedding in July of '13. And that day he -- he made
2 it there, but that was -- it was a bad day for him.
3   Q. Bad day in what way?
4   A. In -- in -- he sat most of the day. Ate
5 very, very little. Just -- you could tell he was
6 very -- not feeling well. He just had a hard time.
7 It was a very difficult weekend for him. Went back
8 to the hotel early. He just could not function very
9 well, physically or emotionally.
10   Q. Had his diagnosis occurred yet at that time
11 of the mesothelioma?
12   A. No, it had not.
13   Q. I mean, actually -- actually, just to be
14 correct, before he passed away, the diagnosis was
15 just cancer, but an unknown type; right?
16   A. Correct.
17   Q. Okay.
18   A. Right.
19   Q. And then later, there was -- there was an
20 autopsy which --
21   A. Correct, right.
22   Q. Okay.
23   A. And that's when that was diagnosed then.
24 They found it.
25   Q. Right. The actual type of cancer; right?

Page 24

1   A. Right.
2   Q. Okay. But you -- you certainly knew
3 before -- a couple months before that he had --
4 before he passed away that he had cancer?
5   A. Yes. And that -- it was related. That's
6 why they were checking at the clinic, the hospital,
7 trying to find out where the primary site was. And
8 they never could match it. They didn't know what it
9 was.
10   Q. And that was all figured out on autopsy?
11   A. Correct, right.
12     MR. MCCOY: All right. Then I believe
13 that covers all the questions I have for you,
14 Ms. Pecher. So we'll let --
15     THE WITNESS: Okay.
16     MR. MCCOY: -- the other attorneys --
17     THE WITNESS: Thank you.
18     MR. MCCOY: -- go ahead.
19     EXAMINATION BY MR. MCGUFFEY:
20   Q. Ms. Pecher, again, my name is Mitch
21 McGuffey. I represent Weyerhaeuser Company.
22   A. Okay.
23   Q. So I'm going to be the next person asking
24 you questions.
25   A. Okay.

Page 25

1   Q. I know we went through some of this, but
2 we're going to go back over some background questions
3 and things like that, if that's okay.
4   A. (Witness nods her head.)
5   Q. So could you tell me a little bit about
6 Mr. Pecher's parents?
7   A. They were -- he was raised on a farm. They
8 were farmers. His mother did work at a basket
9 factory. His dad was on the farm. His mother lived
10 to be 95, and his dad lived to be 84. And they were
11 both healthy. I mean, you know --
12   Q. Do you know if either of them had any
13 history of cancer?
14   A. His mother had breast cancer about -- when
15 she was about 60, which was a success. She had it
16 removed.
17   Q. And did he have siblings?
18   A. Yes. There were four others.
19   Q. Can you tell me just a little bit about them
20 and how old they are, if they're still alive or --
21   A. They're all --
22   Q. -- when they passed.
23   A. They're all living.
24     His oldest sister would be Rose. And
25 she has Alzheimer's. She's maybe 83, 84. I'm not

Page 26

1 exactly sure. She lives in Edgar, Wisconsin.
2     And Clemens --
3   Q. Is Rose the oldest?
4   A. Rose is the oldest.
5   Q. Where does Urban fall in the line?
6   A. He's the middle.
7   Q. Okay. He's in the --
8   A. He's -- he'll be --
9   Q. He's in the middle of the five?
10   A. Yes, he is.
11   Q. Okay.
12   A. Clem is 80 -- he'll be 81. And he lives in
13 Marshfield. And he also worked at Marshfield Doors,
14 Weyerhaeuser/Roddis.
15   Q. Do you -- do you know what he did at the
16 plant?
17   A. He worked in the paint shop. I -- that
18 would -- I know he worked there at one point. The
19 rest I -- I can't answer. I don't know.
20   Q. Did he and -- did he and Urban work
21 together, or were they in separate parts of the
22 plant?
23   A. They were separate.
24   Q. Where does he live in Marshfield?
25   A. He lives on Palmetto, which is close to --

Page 27

1   Q. Uh-huh.
2   A. -- Weyerhaeuser.
3   Q. How far is that from where you live?
4   A. A block and a half, two blocks.
5   Q. Do you know if he has had any respiratory
6 problems or anything like that?
7   A. Not to my knowledge.
8   Q. Okay. And who's -- is Urban -- Urban is
9 next. We'll skip over him. We're going to come back
10 to him.
11   A. Okay.
12   Q. Who's -- who comes next?
13   A. Okay. His brother Duane, D-U-A-N-E. He did
14 not work there. He worked different jobs. He's
15 healthy, very fine. He's 75. He lives in
16 Stetsonville, Wisconsin.
17   Q. And he never -- you don't think he ever
18 worked at the plant?
19   A. No. I know he did not.
20   Q. Okay.
21   A. No.
22   Q. And then he has another sister; is that
23 right?
24   A. Patricia, Pat. She lives in Dorchester.
25 She is 72. She will be. She's 71 right now. She

Page 28

1 worked in Medford. She's healthy. She had breast
2 cancer 30, 35 years ago, which is also successful.
3   Q. Does anyone else in the family -- does -- do
4 any of the other siblings have any history of cancer,
5 skin cancer, breast cancer --
6   A. No.
7   Q. -- anything like that?
8   A. No.
9   Q. And you have children --
10   A. Yep.
11   Q. -- that's right?
12   A. Yes.
13   Q. Can you tell me ages, kind of when they were
14 born, where they live now, that sort of thing?
15   A. Mark is 54. He lives in Pleasant Prairie.
16 Officer in a bank. Like I said, he's healthy. He's
17 fine. He's married. Have children.
18   Q. Has he had any -- any history of cancer or
19 anything --
20   A. No, no.
21   Q. Any respiratory problems?
22   A. No.
23   Q. Okay. Who's next?
24   A. Carrie, C-A-R-R-I-E. She lives in Chicago
25 and -- on Huron Street. Huron Street.

Page 29

1   Q. Uh-huh.

2   A. And she works in Walgreens in corporate.

3 And she also is healthy.

4   Q. How old is she?

5   A. 53.

6   Q. Any history of cancer or --

7   A. No.

8   Q. -- respiratory problems or anything of that

9 nature?

10   A. No, none.

11     And then Shelli, S-H-E-L-L-I.

12   Q. Okay.

13   A. She lives in Marshfield. She works at our

14 local clinic. She's also healthy.

15   Q. And how old is she? You may have said

16 but --

17   A. No. She's going to -- she's 47. I can't --

18   Q. 47.

19   A. Yeah.

20   Q. Okay.

21   A. She will be. She's 47 now.

22   Q. And did -- did all the children grow up on

23 Peach Avenue?

24   A. Well, no. In Stratford. When we moved,

25 Mark was seven. Carrie was six and -- or eight,

Page 30

1 seven, and two. Because the last two are five years

2 apart. They were --

3   Q. And --

4   A. We lived over there during those five --

5   Q. Okay.

6   A. -- seven years.

7   Q. So they were all born while you were in

8 Stratford; is that right?

9   A. No. One was born in Wausau --

10   Q. Okay.

11   A. -- Wisconsin.

12     Our daughter, Carrie, was born in

13 Olympia, Washington, because we were in service.

14   Q. When you were in service. Okay.

15   A. And then Shelli was born in Marshfield.

16 Well, no. She was born in Stratford, but I mean,

17 locally, she was born.

18   Q. Right.

19   A. Yes.

20   Q. Where does Shelli live in Marshfield?

21   A. 400 East 20th in Marshfield.

22   Q. Has she -- has she had any other addresses

23 in between living with you and Peach Avenue --

24   A. No.

25   Q. And that --

Page 31

1   A. She's lived there since they were married.

2     MR. MCCOY: You have to wait until he

3 finishes his question --

4     THE WITNESS: Oh, I'm sorry.

5     MR. MCCOY: -- or you're going to be in

6 trouble.

7     THE WITNESS: Okay. I don't want to be

8 in trouble.

9     MR. MCGUFFEY: She'll get -- she'll get

10 a -- she'll get a --

11     THE WITNESS: I don't want to be in

12 trouble.

13     MR. MCCOY: Right.

14     THE WITNESS: Sorry.

15 BY MR. MCGUFFEY:

16   Q. She works -- what does she do at the

17 Marshfield Clinic?

18   A. She works in the office part. She just

19 started a new job there. They -- so she works with

20 billing and things like that. She's been there 20

21 some years.

22   Q. Okay. I'm going to walk through --

23 actually, he's already marked your interrogatory

24 responses. I believe it's ==Exhibit 4.==

25     MR. MCCOY: Yes.

Page 32

1 BY MR. MCGUFFEY:

2   Q. Would you grab that for me? And go back to

3 page 2 where he had you.

4     All right. So on the past addresses, I

5 would like to walk back through them because I have

6 at least -- I have a question about at least one of

7 them.

8     So Mr. Pecher was born and raised in

9 Athens --

10   A. Yes.

11   Q. -- that's right?

12   A. Yes.

13   Q. Did he ever live in Dorchester?

14   A. No, no.

15   Q. And then he moved to Wausau when you all met

16 or before you all met?

17   A. Well, after we got married, he moved there.

18 He lived with his parents until then.

19   Q. Okay. How far is Athens from the Marshfield

20 plant? Just give me a guess.

21   A. 20 -- maybe 20 miles.

22   Q. And Wausau?

23   A. 12.

24   Q. Okay. And the next thing that's listed on

25 here is -- is a house on the 200 block of South

Page 33

1 Maple. Is that listed on your copy as well? In
2 1961.
3   A. Yeah. We were there about five months. And
4 then he was called in service.
5   Q. That's -- that's South Maple Street in -- in
6 Marshfield?
7   A. Right.
8   Q. Okay.
9   A. Right.
10   Q. How close is that to the plant?
11   A. Five, six blocks.
12   Q. Is it near here?
13   A. Here? Yes. It's, like, right across the
14 street down the block.
15   Q. Okay.
16   A. Yes, it is.
17   Q. Do you know the cross street just so -- we
18 have -- we just have an approximate because I assume
19 we don't know the exact address; is that right?
20   A. I can't remember.
21   Q. Yeah.
22   A. It's -- it's on Maple it was.
23   Q. Do you know what street -- was it near an
24 intersection?
25   A. It's by the railroad on one end. So

Page 34

1 that's -- it was a dead end there. By the
2 railroad.
3   Q. And then you moved to Stratford. Do you
4 know where you lived in Stratford?
5   A. I know where, but I can't remember the
6 address. It was off of Main Street. And there's
7 only -- it's a small community.
8   Q. Is that close to Highway 97?
9   A. A block off.
10   Q. And then you moved to 402 North Peach?
11   A. Correct.
12   Q. Okay.
13   A. Seven years later.
14   Q. Right. Can you -- under Subsection E here,
15 can you tell me if all the information about you is
16 correct? I just want to confirm the Social Security
17 number, in particular.
18   A. Where is that?
19   Q. It's on page 2, part E. It's got your
20 personal information.
21   A. My Social Security?
22   Q. Yes.
23   A. Yes, that's correct.
24   Q. Great.
25   A. Yes, that's correct.

Page 35

1   Q. Do you -- can you tell me who -- I'm sure
2 you can because that's -- I've seen your maiden name.
3 Can you tell me who Alfred Sulzer is?
4   A. He's my dad.
5   Q. Okay. Was he the -- did he receive you
6 all's mail while you lived in Washington? Does that
7 sound familiar?
8   A. Excuse me? Repeat that.
9   Q. Did he ever -- did he -- was he your
10 forwarding address while you lived in Washington?
11   A. I can't answer that. I don't recall if we
12 got mail there. We must have because we were there a
13 while. We did have a mailbox.
14   Q. And can you tell me just a little bit about
15 Olympia and where you lived and were you on base?
16   A. We were off base. We were by the Olympia
17 pier, the water, in a -- in an apartment complex with
18 other people in service. We had our daughter out
19 there, like I told you. And we already had our son.
20 We were there -- I went out to meet him in October --
21 November. And we came back the following July -- end
22 of July or first part of August because our daughter
23 was just born. She was a new baby.
24   Q. Do you -- can you -- do you know what he did
25 in the service?

Page 36

1   A. Well, he was on base. I know he dro- --
2 drove their trucks. And I don't know what they're
3 called. Big ones.
4   Q. Big trucks?
5   A. Big trucks. I don't know what they did.
6     Well, they were called in. It was a
7 Bay of Pigs Invasion.
8   Q. Got it.
9   A. And --
10   Q. Did he ever go -- he never went --
11   A. Overseas or anywhere?
12   Q. Overseas?
13   A. No, no. We never left base -- or area.
14   Q. Do you know if he was ever -- if he ever
15 left the -- his parents' house or you all's home for
16 any other military purpose, basic training, anything
17 like that?
18   A. The basic training he had before I met
19 him.
20   Q. Okay.
21   A. But when he was in service, I met him.
22     And every two weeks, he'd have to go
23 away for a summer to camp and different areas where
24 they had -- like, one was Fort -- he was stationed at
25 Fort Lewis is -- was a -- but once a year --

Page 37

1   Q. Is Fort Lewis in Wisconsin?
2   A. Washington.
3   Q. Washington.
4   A. Fort Lewis. That's where his -- the --
5   Q. Yep.
6   A. That's where the base was.
7        And two weeks out of every year, he had
8   to go to training. They'd go different areas.
9   Sometimes it would -- mostly out of state. They
10  would go for two weeks' training.
11  Q. And he did basic before you all met?
12  A. Yes. And after. He stayed in. After we
13  left Washington, he was in for six years. And then
14  he quit.
15  Q. Okay. The next thing -- I'm going to --
16  just pardon me for just one minute. I didn't bring
17  something to the table.
18       The -- the -- Mr. -- you mentioned
19  earlier that there aren't records about Mr. Pecher,
20  but I'm about to let you see the records for
21  Mr. Pecher.
22  A. Okay.
23  Q. I thought they had already been produced,
24  but we are going to go ahead and mark them here.
25       (Deposition Exhibit No. 5 marked for

Page 38

1        identification.)
2        MR. MCGUFFEY: You can hand her that
3   copy.
4   BY MR. MCGUFFEY:
5   Q. All right. If you could take a look at
6   that --
7        MR. MCCOY: So -- so before we begin --
8        MR. MCGUFFEY: Yes.
9        MR. MCCOY: -- the questioning on those
10  records, I -- I just want to establish, Ms. Pecher,
11  you -- you have not seen Urban's employment records
12  from the files of Weyerhaeuser or Roddis before; is
13  that correct?
14       THE WITNESS: No, I have not.
15       MR. MCCOY: This will be the first
16  time --
17       THE WITNESS: Right.
18       MR. MCCOY: -- that you're looking at
19  these?
20       THE WITNESS: Correct.
21       MR. MCCOY: Okay. Go ahead.
22  BY MR. MCGUFFEY:
23  Q. So you can take your time and thumb through
24  that. And then I'll ask some -- I'll ask some
25  questions afterwards.

Page 39

1        MR. MCCOY: You -- if you want, you can
2   just go ahead with your questions.
3        MR. MCGUFFEY: We'll do that.
4        MR. MCCOY: I think it's probably
5   easier. She -- she hasn't seen these.
6        MR. MCGUFFEY: No problem.
7        MR. MCCOY: If you need to look at
8   anything that he's not asking you about, just feel
9   free to, but go ahead and answer --
10       THE WITNESS: Okay.
11       MR. MCCOY: -- what he's asking you to
12  the best --
13       THE WITNESS: I will.
14       MR. MCCOY: -- of your knowledge.
15  BY MR. MCGUFFEY:
16  Q. As we go -- as you flip through, if you look
17  kind of under where the jobs are listed, it will say
18  first, second, third, fourth, and it gives addresses.
19  A. Okay.
20  Q. Did you --
21  A. On the front page?
22  Q. Yes.
23  A. Yes.
24  Q. So Route 2, Athens, is that his parents'
25  home?

Page 40

1   A. I'm assuming that, yes. Yes, it must have
2   been.
3   Q. And we don't know about Dorchester; is that
4   right?
5   A. No.
6   Q. Okay.
7   A. I can't answer that.
8   Q. This Maple Street --
9   A. That has to be -- it's 205 and a half,
10  that's correct, because I remember it now.
11  Q. Is this also correct, that that was you
12  all's address in Wausau?
13  A. That's where we lived for two years after we
14  got married.
15  Q. Okay.
16  A. Yes.
17  Q. Now, the -- if you flip to the next page,
18  the second address listed is on East 8th Street in
19  Marshfield. Does that refresh -- refresh your
20  recollection as to where you lived for those few
21  months before service?
22  A. No, but I --
23  Q. Does that ring --
24  A. I thought it was Maple.
25  Q. -- any bells?

Page 41

1   A. Well, I know -- if -- that has to be
2  correct. But I -- it was -- if that's by Maple
3  Street, that would be correct.
4   Q. And this is where I saw your dad's name,
5  just so you know.
6   A. Yes, yes.
7   Q. The post office box number in Stratford, was
8  that your -- your mailing address there?
9   A. Yes. That was correct.
10  Q. And then the next page gives us North Peach.
11  And that's our last address.
12   A. Correct.
13  Q. The next thing that I'm going to do is kind
14  of walk through this. And you may or may not know
15  details about any of these places, but I'm going to
16  walk through the job that he did --
17   A. Yes.
18  Q. -- at the plant.
19   A. Sure.
20  Q. And you just let me know what you -- what he
21  ever told you or what he talked about --
22   A. Sure.
23  Q. -- with you about those things.
24     The first question is, what shift did
25  he work?

Page 42

1   A. He worked days.
2  Q. Did he work days from the moment you got
3  married until he -- until he --
4   A. Yes.
5  Q. -- finished?
6   A. Yes.
7  Q. And did he ever talk to you about operating
8  the trim saw or rip saw?
9   A. Rip saw sounds familiar.
10  Q. Okay.
11   A. It does.
12  Q. Do you know if he ever complained about it
13  being a dusty job or anything like that?
14   A. I -- there was sawdust -- or dust, sure.
15  Q. Did he like it?
16   A. He always said he did.
17  Q. And he worked there -- he worked --
18  according to the records at least, he worked as a --
19  as a rip saw operator until '64. So that would have
20  been when you were -- when you were living in Wausau
21  and Stratford, is that right, roughly?
22   A. Probab- -- yes. I -- I'm -- I'm -- I assume
23  that -- was that right?
24   Q. Yeah. I'm just trying to make sure I have
25  everything clear. That's -- that's -- yeah.

Page 43

1     MR. MCCOY: Just answer what -- what
2  you know.
3     MR. MCGUFFEY: Sure.
4     MR. MCCOY: If you don't know, you
5  don't know, and that's your answer.
6  BY MR. MCGUFFEY:
7  Q. Was he a member of a union?
8   A. Yes, he was.
9  Q. What's the name of the union?
10   A. I think it was 1733 Carpenters & Joiners, if
11  I recall that right. I think that's correct.
12  Q. And did he commute every day from Wausau and
13  Stratford?
14   A. Yes, he did.
15  Q. Do you remember there being dust on the car
16  or on his clothes at -- in those times?
17   A. I'm not -- I don't know.
18  Q. Do you know where in the plant he worked
19  during that period?
20   A. No, I do not know.
21  Q. Did you ever visit him at the plant?
22   A. No. When he retired, yes. Our whole family
23  was there and toured it all. I have to say I was
24  never in there, no.
25  Q. He retired in 2000 or thereabout?

Page 44

1   A. Yes, yes.
2  Q. And they -- they took you on a guided
3  tour?
4   A. Yes. And had a big party for him.
5  Q. Do you know what materials he worked with
6  while he was there?
7   A. He -- his last jobs were with the doors. He
8  cut out the lights in the door, the -- where they
9  would put glass. I think it was called hollow core.
10  That sounds familiar to me. For quite -- for quite a
11  while. Years worth.
12  Q. We'll get there. I'll show -- you're
13  absolutely right.
14     Did he ever mention or talk to you
15  about being a tenon- -- tenoner operator? Do you
16  know what that is?
17   A. I'm sorry. I don't know what that is.
18  Q. I had to look it up myself.
19     Did he ever talk to you about feeding
20  doors, like, during the glue process or anything like
21  that?
22   A. He was on a machine where they did do some
23  trimming, sawing. That -- that sounds familiar.
24  Q. Did he talk to you about being a --
25     Well, actually, do you remember him

Page 45

1 very briefly moving to a dryer offbearer where they
2 were doing glue drying?
3      A. I -- I do not know. I can't answer that.
4      Q. And did he talk to you about being a lift
5 truck operator?
6      A. I recall some of that. Yes, I do. I'm not
7 sure how long.
8      Q. If you're -- if you're interested, you can
9 look at page 3.
10      A. 3?
11      Q. That's -- he -- apparently for about a year
12 and a half.
13      A. Okay.
14      Q. Starting in 1971.
15      A. Thank you.
16      Q. Do you know where in the plant he was --
17 he -- he did that?
18      A. No, I don't know.
19      Q. Now, in 1973, we have listed that he was a
20 refuse hauler. I assume that means he was a waste
21 truck driver.
22      A. Yes.
23      Q. Did he talk to you about that?
24      A. Yes.
25      Q. What did he tell you about that?

Page 46

1      A. He would do that on weekends to pick up
2 extra time.
3      Q. How long -- how often did he do it? How
4 long did he do it?
5      A. Most weekends. Probably a few years. I --
6 I -- I can't answer that exact.
7      Q. To -- to the best of your recollection, did
8 he ever do that -- was he a full-time truck driver
9 for them?
10      A. No, no.
11      Q. Do you know what type of waste he hauled in
12 the trucks?
13      A. I believe it was asbestos. There -- what --
14 when they had these big refuse containers, it was in
15 those, and he had to remove it. I don't know the
16 procedure, but then he would haul it to their
17 designated dump sites.
18      Q. And do you know where the dump site was in
19 1973?
20      A. I think one was -- I shouldn't say "think."
21 I believe it was at the airport area. It's near
22 Marshfield.
23      And I just found out years later they
24 had one in Stratford area. I -- I don't know the --
25 where they are exactly.

Page 47

1      Q. Do you know if he hauled other types of
2 waste, or can you just -- you don't know one way or
3 the other?
4      A. I think that was -- to my knowledge, that's
5 all it was.
6      Q. Okay. Did he ever talk to you about
7 inspecting doors?
8      A. Yes.
9      Q. What did he tell you about that?
10      A. He inspected doors.
11      Q. Was it a dusty job? Was it -- do you know
12 where in the plant it was, anything like that?
13      A. I don't know. I don't know.
14      Q. Now, at that point, in 1975, he moved to
15 being a -- what they call a detail bench hand?
16      A. Yes.
17      Q. And then later, he worked detail router,
18 which is the little thing that they cut out trim --
19      A. Windows.
20      Q. -- and windows.
21      A. Yeah.
22      Q. Did he talk to you about that?
23      A. Yes. I -- it was -- he mentioned it off and
24 on. I --
25      Q. Do you know why he wanted to move from being

Page 48

1 a door insp- -- he had been a door inspector and a
2 truck driver and all of these things, and then he
3 went into the detail shop. Did he say why he wanted
4 to do that?
5      A. Well, the truck driving was extra, for extra
6 money.
7      Q. Okay.
8      A. The other ones -- and I can't give you an
9 exact date, but they would be eliminated. They would
10 have job eliminations. And then they had a bid for
11 another job.
12      Q. Uh-huh.
13      A. And, of course, he always wanted to keep
14 moving up so, you know -- a better pay.
15      Q. Did he ever -- did -- did he talk to you
16 just about the process of -- of what he was doing
17 either as a -- in the detail shop either as a bench
18 hand or as a router operator?
19      A. I know he would have mentioned at times they
20 didn't have the best -- like, they had fans. They
21 didn't have any air conditioning. The fans would be
22 on, especially in the summer and that. There would
23 be stuff flying, you know, in the air. Other than
24 that, no, I can't -- anything specific. He seemed --
25 he seemed to enjoy his job.

Page 49

1  Q. Do you know where in the plant that was?
2  A. You mean detail?
3  Q. Yeah.
4  A. I -- no, I don't know.
5  Q. Okay.
6  A. The location, you mean? No. I don't
7  know --
8  Q. Right.
9  A. -- exactly where it was, no.
10  Q. Let's shift gears and talk just a little bit
11  about Mr. Pecher's --
12  Actually, let me -- let me ask you --
13  he left in 2000. Did he do any work after he left
14  Weyerhaeuser?
15  A. No.
16  Q. Just retired?
17  A. Just -- we just retired, yes.
18  Q. Help grow those flowers?
19  A. Yeah, yeah. I miss him now doing that, yes,
20  helping.
21  Q. Did he do any kind of car repair or anything
22  like that?
23  A. Car repair?
24  Q. Sure. Brake lines, anything like that,
25  changing anything on your car?

Page 50

1  A. He -- way back when he did, but as things
2  progressed, everything was computerized, that
3  things -- no. He didn't even change the oil any
4  longer. He had that done.
5  Q. Did you all do any kind of home
6  remodeling?
7  A. Oh, yes.
8  Q. Tell me about that. Now, I'm -- I'm talking
9  about even before he retired. And just tell me about
10  home remodels that you -- you did at North Peach or
11  at any of your other places.
12  A. Well, we have -- we had a big addition put
13  on our home. After our kids left home, we added more
14  space. We remodeled our whole home because it was an
15  older home.
16  Q. Uh-huh.
17  A. And so it was always a work in progress.
18  Q. When did you do the addition?
19  A. 28 years ago.
20  Q. And you did -- kind of reworked the home
21  prior to that as well?
22  A. You know, re- -- redone the walls. Just
23  made it -- updated it, yes. A room at a time
24  usually.
25  Q. And you mentioned that he did car repair way

Page 51

1  back when.
2  A. Yes.
3  Q. Do you know if he ever worked with brakes or
4  anything like that?
5  A. No, I don't think so. No.
6  Q. Do you have an indoor garage, like --
7  A. Attached, you mean?
8  Q. Sure.
9  A. No, it's not. It's detached.
10  Q. When you park the car in the garage, can you
11  close it off from the outside?
12  A. Yes. They --
13  Q. It has a garage door?
14  A. Yes.
15  Q. Right. Mine doesn't. That's why I asked.
16  A. Yes. It's detached. Yes.
17  Q. Okay.
18  A. It does close.
19  Q. Did you -- is it a one-car or two-car
20  garage?
21  A. Two to three. It's a --
22  Q. Okay.
23  A. It was built -- we built that too. We did
24  it so...
25  Q. Great. When was that added to the house?

Page 52

1  A. Well, that's not added. It's separate.
2  Q. Right. I just meant, when was it --
3  A. Okay. Oh, gosh. 30 plus years ago.
4  Q. When he came home from -- from the plant,
5  did he generally park in the garage?
6  A. He walked.
7  Q. He walked?
8  A. He always walked or bicycled until he almost
9  got run over, so he quit that.
10  Q. Were the cars generally inside the garage?
11  A. Our cars? Yes.
12  Q. All right. So we talked earlier -- you
13  talked to Mr. McCoy about Mr. Pecher's work clothes.
14  A. Yes.
15  Q. Do you know if he had -- do you know if they
16  had work clothes provided to them at the plant?
17  A. No. We provided our own.
18  Q. Did they have lockers at the plant?
19  A. No. I shou- -- not to my knowledge. I
20  don't believe they did.
21  Q. Did he have, like, outer clothes that he
22  wore to work? Like, did he have, like -- like,
23  coveralls that he wore to work, or did he just wear
24  normal clothes?
25  A. He wore street clothes, but they usually

Page 53

1 were the uniform type. You know, the shirt and pants
2 to match, the twill. Maybe that's what it was. But
3 it wasn't a uniform.
4    Q. Do you know if they ever -- if they ever
5 washed clothes at the plant or offered showers to the
6 employees?
7    A. Never.
8    Q. So when he came home, his clothes were
9 dusty?
10   A. Yes. And his shoes also. He had shoes --
11 were full.
12   Q. Do you remember that being the case for the
13 entire time that he worked there?
14   A. No. Not -- not after '80s. Early '80s
15 maybe. No. It wasn't, you know, noted then.
16   Q. And you said you do the laundry two to three
17 times a week; is that right?
18   A. Yes.
19   Q. You were talking to him about shaking out
20 the clothes. I just wanted to make sure we were
21 clear. Did you shake the clothes out in the
22 basement?
23   A. No.
24   Q. Or did you do it outside?
25   A. I took them out of the hamper. I would take

Page 54

1 them outside. It was on the -- you know, the hamper
2 is on the same floor.
3    Q. Right. Okay. Were you aware that -- this
4 is -- we're going to go back kind of to the -- to the
5 office. Were you aware that he was part of something
6 called the asbestos surveillance program, that --
7 that he had regular medical checks through the
8 plant?
9    A. Yes, he did. They had to have chest
10 x-rays.
11   Q. And do you know -- we have the records to --
12 to tell you when it is, but do you recall when he
13 started doing that or --
14   A. No, I don't remember.
15   Q. Did it continue up until the time he left?
16   A. I don't believe so, but I can't answer that
17 exact.
18   Q. Did you ever -- do you -- do you know or
19 have you ever met Daniel -- Dr. Daniel Quinn?
20   A. That does not sound familiar.
21   Q. Dr. E. P. Horvath?
22   A. No.
23   Q. Did Mr. Pecher have any history of
24 smoking?
25   A. No. He may have smoked before I met him,

Page 55

1 but not since we were married. He did not.
2    Q. You got him to straighten up?
3    A. No. That was his own idea.
4    Q. Just one second.
5       Did he -- during the time that he
6 worked, do you remember him complaining about having
7 problems breathing?
8    A. No, not specifically. No.
9    Q. Did he have any sort of chronic cough?
10   A. Actually, he -- he did. And it was either a
11 nervous cough is what we thought, but he would clear
12 his throat often during a day, but that was -- that's
13 all I recall.
14   Q. Did he wheeze or anything like that? Any --
15   A. No.
16   Q. -- asthma?
17   A. No asthma, no.
18   Q. Do you remember when the -- the
19 throat-clearing sort of started?
20   A. For years. I mean, it really was years.
21   Q. I'm going to move to sort of his medical
22 history, treatment history, and things like that.
23      Do you know the names of his treating
24 physicians just generally? His -- your family
25 doctor, primary doctor, anything like that?

Page 56

1    A. Our family doctor used to be Dr. Leer,
2 L-E-E-R.
3       When he retired, it's Dr. O-J -- it's
4 O-J-A-Y, Oswani, O-S-W-A-N-I.
5       His cancer doctor was Dr. Ali, A -- I
6 believe it's A-L-I; Bseiso, B-A-E-I-S-O (verbatim).
7 I -- I think that's correct. I'm not sure.
8    Q. I've got a spelling somewhat similar to
9 that.
10   A. Okay.
11      MR. MCGUFFEY: Uh-huh. B, yeah.
12 BY MR. MCGUFFEY:
13   Q. So where are -- where were Dr. Leer and
14 Dr. Oswani? Were they in the same -- what clinic or
15 whatever?
16   A. Oh, Marshfield Clinic.
17   Q. How often did he go in for visits?
18   A. Would -- would you explain -- starting when?
19 Forever or --
20   Q. Let's say while he was working. Did he go
21 in for annual check-ups or anything like that?
22   A. Yes. We -- we always were required. We
23 just went in, yes.
24   Q. And that's in addition to whatever check-ups
25 he might have had at the plant; is that right?

Page 57

1    A. Well, they had a nurse at the plant, but
2 those were for little, minor things, if they needed
3 it.
4    Q. I was referring to the asbestos screening --
5    A. Oh.
6    Q. -- monitoring.
7    A. Yeah. I'm -- yes. Okay.
8    Q. Did he have -- did he have permanent hearing
9 loss?
10    A. From the Weyerhaeuser noise, yes, he did.
11 They -- they said he did from that.
12    Q. Did he wear a hearing aid?
13    A. He did, which Weyerhaeuser provided. They
14 paid for them.
15    Q. Was that -- was that through a worker's comp
16 claim or something like that?
17    A. I -- I don't know. I just know that it was
18 taken care of.
19    Q. You didn't have to pay for it?
20    A. No, we didn't. But they declared it was
21 from the machine --
22    Q. Uh-huh.
23    A. -- the noise.
24    Q. Do you know who his doctor was for, like,
25 hearing checks and all that sort of stuff?

Page 58

1    A. He actually went -- it was a hearing place
2 downtown. Donald Kaiser Hearing.
3    Q. Did he have -- you said he wore hearing
4 aids. Did he have -- did he ever have to get them
5 replaced? Or when did he start wearing them?
6    A. He's had them replaced twice they did
7 because his hearing deteriorated.
8    Q. Did he start wearing them while he was
9 working there?
10    A. Oh, yes, yes.
11    Q. And then let me ask you about a couple of
12 other -- couple of other sort of less important
13 things.
14        Did he have hip problems?
15    A. Yes.
16    Q. Do you know when that started?
17    A. He complained of that for a number of years.
18 He had flat feet. And they attributed part of it to
19 that and standing all day at work. But it never
20 needed any surgery. It was just here and there. It
21 was a -- kind of a chronic thing. He'd go and get --
22 they'd give him some pain medication. And it never
23 affected, you know, too much his living.
24    Q. Okay. And then in 2006, he was diagnosed
25 with mantle cell lymphoma; is that right?

Page 59

1        THE COURT REPORTER: With what?
2        MR. MCGUFFEY: Mantle cell. It's
3 M-A-N-T-L-E cell lymphoma, L-Y-M-P-H-O-M-A.
4        THE WITNESS: Correct.
5    BY MR. MCGUFFEY:
6    Q. Was the diagnosis in 2006, or was it prior
7 to that?
8    A. I don't know. It's -- that would be eight
9 years. That -- that's --
10    Q. And is that when he started going to --
11 we're going to get -- we're -- we're just going to
12 come up with our own pronunciation. Bseiso?
13    A. Yes.
14    Q. Dr. Bseiso?
15    A. Yes.
16    Q. How did they treat his lymphoma?
17    A. He -- until he went into remission, every
18 three weeks, he would be hospitalized for chemo
19 treatments. And he'd be up there three, four, five
20 days, depending how long it took to distribute all --
21 get all of the intense, you know -- he was on chemo
22 and other medication.
23        He'd come home. He'd be on daily pills
24 that was -- had to be picked up for in between.
25        Three weeks later, he'd go back.

Page 60

1        And that lasted from, I believe,
2 October until April when he went into remission.
3        After that --
4    Q. April of the next year?
5    A. Correct. After that, the first year or two,
6 every three months, he'd have CAT scans. He'd also
7 be on a supplemental chemo. For two years, that went
8 on.
9        And he was -- always had -- he'd be
10 x-rayed once a year. At the end, twice. He'd go in
11 to make sure it didn't come back, which it never did,
12 that kind.
13    Q. How often did he go in for supplemental
14 chemo treatments over those two years?
15    A. For two years? Every three months.
16    Q. Can you tell me what going through chemo was
17 like for him?
18    A. Actually, he tolerated it well. He did,
19 which was unusual, they said, because it was a tough
20 treatment. Very lethargic and tired but --
21        And his white count would be zero. So
22 we had to stay away from everybody, including our own
23 kids. They had to -- because his immune system was
24 zero. They'd have him in a special room because he
25 was very -- very easily would catch anything that

Janet Pecher

Page 61

1  would be out there because his -- his white cells
2  were so -- they were down to zero.
3      Q.  Did he lose weight or anything like that?
4      A.  No.  He ate -- he never missed a meal.  The
5  doctors always said, you forgot to eat your dishes,
6  which is very unusual.
7          THE VIDEOGRAPHER:  Ma'am, could you
8  slide that up a little bit?  It just flopped over.
9          THE WITNESS:  Oh, okay.  Sorry.
10         THE VIDEOGRAPHER:  No.  That's okay.
11  Thank you.
12         THE WITNESS:  You're welcome.
13  BY MR. MCGUFFEY:
14     Q.  How big is -- how big was your husband?
15     A.  Medium build.  He never fluctuated between
16  170, 173, '4.
17     Q.  How tall is he?
18     A.  He started out 5'10.  He -- he was about 5'7
19  when he passed away.
20     Q.  Do you remember the other medication that he
21  was on while he was going through chemo?
22     A.  I -- one was to protect his stomach.  It was
23  over-the-counter, like a -- some of it was to protect
24  his organs.
25     Q.  Uh-huh.

Page 62

1      A.  I -- I don't -- I can't -- I could guess,
2  but I won't do that.
3      Q.  Right.  He -- so -- so for two years, he
4  goes through CAT scans and supplemental chemo every
5  three months; is that right?
6      A.  Right.  For two years, yep.
7      Q.  And then he had x-rays --
8      A.  The CAT scans.
9      Q.  -- annually?
10     A.  Twice a year.
11     Q.  Uh-huh.
12     A.  Right.  Yes, he did.  Every six months,
13  he -- his doctor thought to keep on top of things.
14     Q.  All right.  So that would have been in
15  roughly 2009 that he stopped those?
16     A.  Well, he was having CAT scans right up to
17  his -- actually, until he passed away.
18     Q.  How often did he go in for check -- what --
19  let me back up.
20     A.  Okay.
21     Q.  Where did he go for these check-ups?
22     A.  At our clinic.
23     Q.  Marshfield Clinic?
24     A.  Yes.
25     Q.  Is that where Dr. Bseiso is as well?

Page 63

1      A.  Yes.  And the hospital too.  We -- they're
2  right next to each other.  The hospital, he had the
3  same doctor.
4      Q.  What hospital was that?
5      A.  Ministry, Saint Joseph's.  Ministry.
6  It's -- it was Saint Joseph's back then, though.
7  It's the same hospital.
8      Q.  It's changed names now?  Is that what
9  happened?
10     A.  Right, right.
11     Q.  Okay.  So in 2000 -- so even after 2009, he
12  would go in for check-ups; is that right?
13     A.  Yes.
14     Q.  Do you know how often he was going back?
15     A.  Every six months.
16     Q.  Did he also have -- did he also visit the
17  VA?
18     A.  Yes, he did once here.
19     Q.  Do you know who his physician was at -- at
20  the VA?
21     A.  He never saw an --
22     Q.  Nurse check-ups?
23     A.  Nurse check-ups.  And that was just to keep
24  him in the system --
25     Q.  Right.

Page 64

1      A.  -- because of Medicare.  They -- they did
2  nothing otherwise for him.  It was just a check-up.
3          MR. MCGUFFEY:  Okay.  Why don't we do
4  this?  He's -- he's telling me -- we -- can we take,
5  like, a five-minute break?  We're going to do
6  restrooms.  And I'm going to grab a couple of things
7  just to set in front of you.  Will that work?
8          THE VIDEOGRAPHER:  We're off the
9  record.  End of DVD 1.  The time is 10:23.
10         (A recess was taken.)
11         THE VIDEOGRAPHER:  We are back on the
12  record with DVD No. 2.  The time is 10:39.
13  BY MR. MCGUFFEY:
14     Q.  Ms. Pecher, I believe you have a statement.
15     A.  I am somewhat challenging his date that he
16  started work.  They have -- and I know I did speak to
17  Weyerhaeuser in Washington.  This was the date they
18  told me that he was hired, 3/23 of '56.  Some of the
19  other records go back '53 and '54.  I just wanted to
20  say -- and that's what they -- there's three
21  different starting dates for him.
22     Q.  Okay.
23     A.  Okay.
24     Q.  Do you know -- do you have any recollection
25  or -- or -- of what he did during that time frame,

Page 65

1 the '53 to '56?
2    A.  No.  That was his hire date supposedly.
3 It's on -- I've got some paperwork that was --
4    Q.  Right.
5    A.  I -- I don't -- and I did not know him, so
6 I -- but I just -- this '56, I still don't know him,
7 but that's a challenged date.
8    Q.  That seems late to you?
9    A.  Yes, it does.
10    Q.  Okay.
11    A.  From what his family has said.  And, you
12 know -- I -- but that's -- I have no -- nothing, you
13 know -- so I just thought I'd bring that up.
14    Q.  No problem.
15    A.  Okay.
16    Q.  We're going to kind of continue going
17 through some medical history.
18    A.  Okay.
19        MR. MCGUFFEY:  I'll have you mark --
20 (Deposition Exhibit No. 6 marked for
21        identification.)
22 BY MR. MCGUFFEY:
23    Q.  What I'm going to hand you next is a -- is
24 doctor's notes from -- from Marshfield Clinic.  And
25 this was when -- this was from a check-up in 2012,

Page 66

1 just one of his check-ups with one of the doctors at
2 Marshfield Clinic.  And in particular, I want to just
3 take a look at --
4        MR. MCGUFFEY:  Actually, I think I had
5 you mark the wrong one.
6        One second.  I had her mark -- I think
7 I had her put a note on the wrong thing.
8        THE COURT REPORTER:  Do you want a new
9 sticker?
10        MR. MCGUFFEY:  You know what?  I think
11 I printed the wrong thing, more accurately.  Yes.
12        We're actually going to skip ahead, and
13 we're going to go to June 2013.
14 BY MR. MCGUFFEY:
15    Q.  And this is a medical report from
16 Dr. Bseiso.  And I just want to have you take a quick
17 look through this.  And then we'll -- then I'll have
18 some questions.  In particular, can I have you look
19 at the "History of Present Illness" section and
20 his -- on page 2, there's a list of medical problems.
21 And then we'll move from there.
22    A.  Okay.  Thank you.
23    Q.  So my questions -- I'll start with the
24 "History of Present Illness."  This -- because of his
25 consulting with his oncologist, it's not surprising

Page 67

1 that they're addressing his mantle cell lymphoma.
2    A.  Yes.
3    Q.  And my question is just a few things about
4 the history of it.  It says that there was a problem
5 with bone marrow.  Do you recall anything about
6 that?
7    A.  Yes.  That had metastasized to his bone
8 marrow already.  That was Stage 4 then.
9    Q.  Uh-huh.  Did he have -- was -- was that true
10 in 2006, 2007?  Is that what he was getting treated
11 for?
12    A.  Yes, you're right.
13    Q.  All right.
14    A.  The original.
15    Q.  Did it have -- did -- did it cause any
16 problems as far as pain in his bones, joints,
17 anything like that?
18    A.  The biopsy site caused him discomfort for a
19 few months.  I don't re- -- I don't remember if he
20 complained about bone aching.  He did at times, but
21 you think it's because you're getting older.
22    Q.  Did he -- when he went in in June of 2013 --
23    A.  Yes.
24    Q.  -- how was he feeling?
25    A.  Not well.  He was more lethargic, tired,

Page 68

1 listless.  Just was losing interest in, you know --
2 in general living.  Fishing was starting to stop.
3 Didn't want to go anywhere.  Even when our kids
4 visited, the children, grandkids, he would fall
5 asleep.  Slept a very lot.  Very tired all the
6 time.
7    Q.  One of the things that is -- one of the
8 things that's listed in his "Present Illness" section
9 is that he has diffuse adenopathy.
10        MR. MCGUFFEY:  I'll spell it later.
11 BY MR. MCGUFFEY:
12    Q.  And that, from what I understand, is swollen
13 lymph nodes; right?
14    A.  It was in the lymph nodes.  The mantle
15 cell -- the top of the lymph nodes, the mantle of the
16 lymph nodes.  That's what they said.
17    Q.  Was he having any -- was he having any
18 swelling in his lymph nodes in 2013?
19    A.  None that we would see, you know.  We -- it
20 wasn't noticeable.
21    Q.  When he went in to see Dr. Bseiso, did -- in
22 June of that year, did he say anything different than
23 the normal check-ups?
24    A.  It was questionable.  He apparently said he
25 was more tired, but that was his routine check-up in

Page 69

¹ June.

²    Q. Did he want to see him back again?

³    A. He said, if you have anything that you feel

⁴ you need to be seen, anytime you call, and we will

⁵ see you right away.

⁶    Q. Were his normal check-ups generally twice a

⁷ year?

⁸    A. Yes, yes.

⁹    Q. Do you recall -- if you'll look on page 3 of

¹⁰ that document, you'll see a section that says "Plan."

¹¹    A. Okay.

¹²    Q. Do you recall why he wanted to see him in

¹³ three months as opposed to in six months?

¹⁴    A. That June, there was -- on -- on the CAT

¹⁵ scan, there was a small area that was questionable,

¹⁶ but this had happened also in the past. And in his

¹⁷ next -- he'd have him come in a little sooner.

¹⁸    Q. Uh-huh.

¹⁹    A. It would be okay. But he did -- he did

²⁰ mention that there was a little questionable area in

²¹ his -- in his stomach. And that was in June. But

²² he -- and then he set one up for three months. Well,

²³ he was not -- he wasn't here any longer.

²⁴    Q. And if you look on page -- if you look on

²⁵ page 1 actually -- or page 2 actually, there's an

Page 70

¹ "Observation" section that lists past -- the top --

² the top of page 2.

³    A. Okay.

⁴    Q. It lists past check-ups. Those -- those

⁵ dates, I'm assuming, are his -- those treatment dates

⁶ from 2000- -- from the supplemental chemo; is that

⁷ right?

⁸    A. Would you rephrase that?

⁹    Q. Do you see the dates running kind of across

¹⁰ just above where the word "Observation" --

¹¹    A. Yes, I do.

¹²    Q. Are those the dates of his supplemental

¹³ treatments, chemo treatments?

¹⁴    A. Well, they -- every three weeks, he would be

¹⁵ hospitalized.

¹⁶    Q. Okay. Did he have -- I'm seeing it one

¹⁷ other place, and I think we'll actually get to it.

¹⁸ Did he have any signs of dementia?

¹⁹    A. Yes.

²⁰    Q. Do you know when that started?

²¹    A. It was a progression. I can't tell you

²² exactly when, but it was a slow -- yes, he was

²³ becoming more forgetful.

²⁴    Q. Did that have any effect on sort of quality

²⁵ of life day to day?

Page 71

¹    A. I don't -- I don't think so. He still

² enjoyed that part of it. He said, I -- I just am

³ forgetting.

⁴    Q. He was aware -- he was aware that he was

⁵ forgetting?

⁶    A. Yes, he was. Yes.

⁷    Q. I just want to make sure --

⁸      Now, the next that I'm going to mark

⁹ for you begins in July of 2013. These are more

¹⁰ medical reports in July. And this would have been

¹¹ July 23rd.

¹²    (Deposition ==Exhibit No. 7== marked for

¹³      identification.)

¹⁴ BY MR. MCGUFFEY:

¹⁵    Q. Now, before we kind of get into anything on

¹⁶ the document, can you give me everything you remember

¹⁷ about how it was that he came to be diagnosed with

¹⁸ the abdominal cancer?

¹⁹    A. He had an appointment set up at the VA

²⁰ clinic for his yearly. He went there. They thought

²¹ he had an appendicitis attack. They sent him back

²² immediately to the emergency room that -- the nursing

²³ staff there.

²⁴      When we went there, they did some

²⁵ testing, and they admitted him to the hospital. And

Page 72

¹ that's when they, you know, did a -- they dec- --

² decided that's what it was, the cancer.

³    Q. Was he having -- actually, if you'll take a

⁴ look at the first page of that exhibit, the line

⁵ under "History of Present Illness" --

⁶    A. Okay.

⁷    Q. -- it starts -- I believe it's the third

⁸ sentence. It says, "The patient and his wife state

⁹ that he has abdominal pain and thus sent to the" --

¹⁰ wait. Sorry. -- "state that he has had abdominal

¹¹ pain and blocking" -- "and bloating for approximately

¹² two and a half weeks, decreased appetite, increased

¹³ lethargy, and dehydration."

¹⁴    A. Correct.

¹⁵    Q. Is that over and above -- you've testified

¹⁶ earlier that he -- he had been having symptoms for

¹⁷ two years. Is that over and above what had

¹⁸ happened --

¹⁹    A. Yes.

²⁰    Q. -- before?

²¹    A. This is -- yes, it was.

²²    Q. Did he have -- was he having any other

²³ problems as far as just -- it was just water

²⁴ retention, or was it --

²⁵    A. Well, he was so bloated, I -- as I explained

Page 73

1 at the -- our dau- -- granddaughter's wedding, he --
2 he was full. He -- he just was -- always said he was
3 full. He thought it was in his -- he said -- he said
4 it was gas. Well, it wasn't.
5    Q. Did you raise his lack of appetite with
6 Dr. Bseiso in June?
7    A. It started a little bit for him, but he just
8 said, well, that's, you know -- that's the way it is.
9 But his appetite decreased rapidly.
10    Q. From June to July?
11    A. It did actually.
12    Q. And it describes his pain as a three out of
13 ten, if you see that next line, after the two and a
14 half weeks.
15    A. He had a lot of tolerance for pain because
16 he was really uncomfortable. But is that what he
17 said? Three out of ten? Okay.
18    Q. Yeah. I mean, that's kind of my question.
19 What -- what was it -- what was it like for him in
20 the week leading up to his VA appointment or
21 something like that?
22    A. Again, it was lack of appetite, dehydration,
23 stomach -- real severe stomach problems. Gas, as he
24 called it. His stomach started getting bigger. And
25 he was always very trim.

Page 74

1    Q. Uh-huh.
2    A. And that's why they thought it was an
3 appendicitis attack. And it -- and it wasn't. It
4 was -- then they went through all the testing and
5 found this.
6    Q. In July when he -- when he comes in to
7 the -- to the emergency room, was -- did he start
8 getting treated at that point? Did they make -- did
9 they -- did the hospital make a diagnosis of -- of
10 cancer?
11    A. They admitted him right away. They admitted
12 him.
13    Q. Did he start treatments at that point?
14    A. He was up there approximately over a week.
15 They were doing biopsy after biopsy trying to connect
16 the mantle cell --
17    Q. Uh-huh.
18    A. -- with the stomach cancer. And they -- it
19 was always negative. And they sent him home
20 approximately a week later. And he just -- just went
21 downhill very fast.
22    Q. Did he start chemotherapy again?
23    A. He had one treatment. One treatment. I --
24 I can't tell you when it was --
25    Q. Right.

Page 75

1    A. -- exactly.
2    Q. Was he -- if you'll let me -- I assume it
3 will be easier if I just turn it to you.
4       So this is -- the next portion of this
5 is from the day of his discharge. And he has -- it
6 describes him as roughly how you -- how you have
7 described him. But the -- the question that I had is
8 that, on page 2 at the top, it says, "Mr. Pecher was
9 able to be discharged. There was some improvement in
10 his symptoms, though, a definite diagnosis unknown
11 during this time." Did he improve while he was at
12 the hospital? Is that -- is that right? Was he
13 feeling better when he came home?
14    A. No. He needed a walker to walk.
15    Q. Uh-huh.
16    A. And I had to stand by, helping him. That
17 was not him. He was weak.
18    Q. Was he having less -- less bloating, more
19 increased --
20    A. No.
21    Q. -- appetite, anything like that?
22    A. No. His appetite was two to three bites
23 sometimes in a day. And they also removed fluid from
24 his stomach several times to relieve some of the pain
25 and the pressure.

Page 76

1    Q. Do you know any of the -- any of the doc- --
2 the hospital doctors that he -- that he went to
3 during that time?
4    A. Well, his own doctor was not there.
5    Q. Right.
6    A. He was gone. Dr. Fagbemi was one of them.
7    Q. Do you know Dr. Wayne Thorne? Is that
8 right?
9    A. That I'm -- no.
10    Q. Dr. Jessica Marshall?
11    A. Yes. I re- -- I recall her name. But they
12 only were brief on-call. They'd come in, and they'd
13 leave.
14    Q. So he -- he's discharged in July -- on July
15 30th. And then the next -- the next sort of medical
16 report we have is from August 16th.
17    A. Yeah.
18    Q. What was the change? What -- was it sudden?
19 Was it over -- gradual over two weeks? What
20 happened?
21    A. It'd deteriorate definitely every day. He
22 just became worse. He was -- he did have his chemo
23 treatments. I think that was on a Thursday. I can't
24 give you a date. And he tolerated that good. He was
25 okay. He came home.

Page 77

1   And then from then on, we had to admit
2 him on that Friday night. And he passed away on
3 Sunday.
4   Q. Do you know who his treating physician was
5 over the weekend?
6   A. They were see- -- Dr. Fagbemi, I think, was
7 there. And Dr. -- she ordered -- they --
8   Q. Dr. --
9   A. I'm trying to --
10   Q. -- Mali? Does that sound familiar?
11   A. They --
12   A. M-A-L-I.
13   A. That could be because I never knew any of
14 them so...
15   He was so dehydrated. They were trying
16 to hydrate him, and -- and they had some problems.
17 So he was very dehydrated. He did throw up and
18 severe diarrhea.
19   Q. Was he complaining of more pain in the -- in
20 that two-week window, July 30th --
21   A. Yes --
22   Q. -- until --
23   A. -- he did. Yes.
24   Q. So the -- so he passed away. And they did
25 not have a definitive diagnosis at the time of death;

Page 78

1 is that right?
2   A. Oh, they knew he had the cancer.
3   Q. They knew he had cancer.
4   A. But they didn't know where the primary site
5 was. They never found that.
6   Q. From what I've seen - and I actually don't
7 have it sitting in front of me - the autopsy report
8 was done months later; is that right?
9   A. Hours later.
10   Q. Okay.
11   A. He was cremated. And it -- you have to wait
12 48 hours for cremation. And it was done between that
13 and --
14   Q. So the autopsy was done in the hospital?
15   A. No, it wasn't done there. It was done at
16 the funeral home.
17   Q. How did you -- the -- the autopsy report
18 I've seen is a doctor named Dr. Staggs.
19   A. I -- I can't tell you any of that. We -- I
20 have no -- no information on that at all.
21   Q. Did you request the autopsy?
22   A. Yes.
23   Q. We're going to shift gears and talk a little
24 bit about sort of the community exposure that you
25 discussed with Mr. McCoy.

Page 79

1   When you lived in Wausau on -- what was
2 the air like up there?
3   MR. MCCOY: Compared to -- compared to
4 a certain place or what?
5   MR. MCGUFFEY: Generally.
6   MR. MCCOY: Okay.
7   THE WITNESS: As I can recall, good,
8 you know, fresh, clear.
9 BY MR. MCGUFFEY:
10   Q. Did you observe any dust from the plant in
11 Wausau, from the Marshfield plant?
12   A. Oh, no.
13   Q. Okay.
14   A. No.
15   MR. MCCOY: I think the distance is
16 about 30 miles up to there so...
17   THE WITNESS: From Marshfield to Wausau
18 is almost 50.
19   MR. MCCOY: 50? Okay.
20   THE WITNESS: Yeah.
21 BY MR. MCGUFFEY:
22   Q. When you lived in Stratford, what was the
23 air like there?
24   A. It seemed okay, to my recollection.
25   Q. Did you observe any dust from the -- from

Page 80

1 the Marshfield plant in Stratford?
2   A. Not that I can recall, no.
3   Q. At the time that you moved to North Peach --
4   A. Yes.
5   Q. -- I think is 1969. Were there any dirt
6 roads in town in Marshfield at that time?
7   A. Not where we lived.
8   Q. Not -- not outside the plant?
9   A. I don't know. Beside the plant?
10   Q. Yeah. Near the plant. Anywhere near the
11 plant.
12   A. I don't know. I -- I can't answer. I don't
13 know if their parking lots were dirt. I don't
14 know.
15   Q. Could you see the plant from your house?
16   A. No, no. You could see the upper -- like,
17 the smoke stack above.
18   Q. Right.
19   A. Yeah. That we saw.
20   Q. Does it generally look like it does today as
21 far as your view from your home, what you would have
22 seen?
23   A. It should be the same. Yeah, I would say.
24   Q. So when you saw dust, could you have
25 pinpointed it to a specific location in the plant?

Janet Pecher

Page 81

1   A. In the plant?

2   Q. Right.

3   A. No. We just saw what came out from the

4 outside.

5   Q. Just generally from --

6   A. Right.

7   Q. -- the direction of --

8   A. I --

9   Q. -- the plant?

10   A. I don't know exactly.

11   Q. Did you ever have testing done on the dust

12 on your home or --

13   A. Personally, no, we did not.

14   Q. Do you know anyone who did?

15   A. No, I do not know.

16   Q. Do you know if anyone from the plant ever

17 came and did testing near you?

18   A. I don't know. I can't --

19   Q. Do you know what was in the dust?

20   A. Pers- -- no, I don't know what was in it.

21 No.

22   Q. And you testified earlier that -- that the

23 dust in the community got better in 1980?

24   A. Well, past '80. I couldn't give an exact,

25 but it just -- gradually, it seemed to dissipate,

Page 82

1 disappear. I couldn't say an exact date, but it did

2 eventually.

3   Q. Starting around '80, '81 --

4   A. I would say --

5   Q. -- '82?

6   A. -- after that. Because they -- they -- they

7 did something in the -- the whole business. They had

8 to re-do everything. They had to add some, you know,

9 things to get rid of it.

10   Q. Right. What's the name of your local

11 newspaper?

12   A. Marshfield News Herald.

13   Q. Is that the paper that you recall seeing

14 write-ups about the plant and changes at the plant?

15   A. Yes.

16   Q. Did you and Mr. Pecher attend church?

17   A. Yes.

18   Q. Where is your church?

19   A. St. John's Catholic Church in Marshfield.

20   Q. Where is it located in Marshfield?

21   A. On Blodgett. I believe that's the address.

22 It's close by, about eight blocks.

23   Q. Where is that in relation to the plant?

24   A. It's almost straight across -- you go to

25 the -- it would be to the west of the plant, almost

Page 83

1 straight over.

2   Q. Do you know about how far?

3   A. Well, it's about fi- -- the church is about

4 five blocks from our house. So about eight,

5 somewhere in there.

6   Q. Did you observe dust at the church?

7   A. No, no. I can't say I did.

8   Q. Would you have said the air quality there is

9 better than it was at your home in the '60s and '70s?

10   A. I wasn't there a whole -- I mean, it was an

11 hour or so a week. I -- I don't know. I -- I can't

12 answer that. I would say yes because everything was

13 closed in church usually.

14   Q. Mr. Pecher worked with the Boy Scouts?

15   A. Yes, he did. You do have your history.

16   Q. Was that -- was that also in the church?

17 Did they --

18   A. It was in our home. And we did have

19 meetings up there also, our monthly meetings.

20   Q. Okay. When you lived near here, the -- the

21 Maple address --

22   A. Okay.

23   Q. -- in Marshfield --

24   A. Right.

25   Q. -- did you -- do you ever recall seeing

Page 84

1 Weyerhaeuser waste trucks driving past your home?

2   A. Because it was next to the tracks, it would

3 have been on the other side of our apartment. No, I

4 do not.

5   Q. When you lived in Stratford, do you recall

6 seeing Weyerhaeuser -- Weyerhaeuser waste trucks

7 driving past your home?

8   A. No, because we were not on the highway.

9   Q. When you moved to Peach Avenue, do you

10 recall seeing Weyerhaeuser waste trucks driving past

11 your home?

12   A. No, I don't. Never paid attention. I don't

13 know.

14   Q. Do you know what the truck that Mr. Pecher

15 drove looked like?

16   A. No, I don't. I never saw it, no. I know he

17 descri- -- it was a big dump truck, but I never saw

18 it.

19   Q. If you could take Exhibit 4 -- that is the

20 interrogatory responses.

21   A. This one?

22   Q. Uh-huh.

23   A. Right.

24   Q. Let me just -- you testified earlier that

25 you had seen it before, is that correct, that

Page 85

1 document? Is it -- maybe we're looking at the wrong
2 thing.
3      A. Not this I haven't seen.
4      Q. Exhibit 4, the -- the --
5      A. This is the names? I didn't see this.
6      Q. The long interrogatory.
7      A. Would that be the -- way down here?
8      Q. I bet you it's that stapled copy right here.
9      A. Oh, okay. Because I didn't --
10     Q. There we go.
11     A. -- see that one. All right. I -- I have
12 it.
13     Q. And have you seen that before?
14     A. This one?
15     Q. Yes.
16     A. Yes, I have.
17     Q. And did you provide information for what's
18 inside?
19     A. Yes, I did.
20     Q. Do you know when you did that?
21     A. Weeks ago. I can't give you -- I'm not sure
22 of the date because I -- there's been other things
23 so -- I would say three weeks maybe, a month.
24     Q. When is the first time that you saw that
25 document?

Page 86

1      MR. MCCOY: Typed up like that?
2      MR. MCGUFFEY: Yes.
3      MR. MCCOY: Go ahead and answer.
4      THE WITNESS: Well, I -- last night I
5 saw it.
6      BY MR. MCGUFFEY:
7      Q. Is that the first time?
8      A. Boy, I -- I don't know. I've been -- like I
9 said, there's others. I don't know if I saw this --
10 I filled it out. I mean, I did, but not typed up. I
11 signed it last night.
12     Q. Okay.
13     A. All right?
14     MR. MCCOY: He's asking you when you
15 saw the typed-up version.
16     THE WITNESS: Last night.
17     MR. MCCOY: Okay.
18     THE WITNESS: Right? That's what --
19     MR. MCGUFFEY: Yeah.
20     THE WITNESS: -- I recall.
21     MR. MCGUFFEY: Yeah. I'm not trying
22 to -- I'm not trying to trick you.
23     THE WITNESS: Okay. Because I -- if I
24 saw it before, I don't recall.
25     MR. MCGUFFEY: No, no.

Page 87

1      THE WITNESS: Okay.
2 BY MR. MCGUFFEY:
3      Q. Can I get you to turn to page 5?
4      A. The same --
5      Q. It's going to be Interrogatory --
6      A. -- one?
7      Q. Uh-huh. Interrogatory Response No. 6.
8      A. Okay.
9      Q. I just wanted to confirm the statement,
10 "Janet Pecher personally has no information," and
11 it's regarding his asbestos exposure at Marshfield
12 plant. Is that correct?
13     A. That's correct. I don't have any.
14     Q. Are you aware -- when he -- when he was at
15 Lewis -- Fort Lewis --
16     A. Fort Lewis? Yes.
17     Q. -- were you aware of any ways that he may
18 or -- may have been exposed to asbestos there?
19     A. No. They were in, you know -- out --
20     Q. If you would, turn to page 7. And
21 Subsection F, I believe, is at the top of the page.
22 Is that right?
23     A. Okay.
24     Q. There's a statement on there that "Decedent
25 was disabled from many and ultimately all activities

Page 88

1 starting more than two years before diagnosis."
2 Could you tell me what activities, let's say, two
3 years out that he couldn't do?
4      A. Well, I told you with the fishing. I don't
5 know if that's consi- --
6      Q. When did that start? When did he stop
7 fishing?
8      A. It was a gradual -- a few years. It was
9 just last -- I can't elaborate any more than that.
10 But he would have gone every day, if he could
11 normally.
12          Going for gatherings. He would usually
13 go, but it was very difficult. It was just, you
14 know -- he was tired, so tired and listless. And
15 just -- it was too much.
16     Q. Huh.
17     A. He would -- I mean, because he was very
18 easygoing. He would go, but he would sit a lot of
19 times and just not do much.
20          I ended up doing more and more of the
21 things around -- like, he always managed to cut the
22 lawn. But everything else that normally he'd help
23 with, just fixing dinner, he just didn't do that.
24          Everyday, you know, things.
25          We'd go for walks. They became less.

Page 89

1 He just didn't want to go.

2         Like I said, gatherings were harder for

3 him.

4         He seemed more, you know -- not

5 depressed, but just like it's just too much.

6         Is that enough?  I don't know what --

7 Q. Uh-huh.

8 A. -- else it would be.

9 Q. Yeah.

10 A. Okay.

11 Q. That's -- that's --

12         MR. MCGUFFEY:  I need you to mark that.

13         THE WITNESS: He also loved our

14 grandkids and spent less time with them.  It was just

15 too much.  He just --

16 BY MR. MCGUFFEY:

17 Q. How many grandchildren do you have?

18 A. We have four natural and two inherited and

19 three greatgrands.

20     (Deposition Exhibit No. 8 marked for

21         identification.)

22 BY MR. MCGUFFEY:

23 Q. The next thing I'm going to hand you is an

24 exposure summary that was prepared by Mr. McCoy or

25 his law firm and given to the experts in this case.

Page 90

1 A. Okay.

2 Q. Have you ever seen that document before?

3 A. I don't think so.  I -- I don't think I

4 did.

5 Q. If you could, just give it a --

6 A. Okay.

7 Q. -- give it a glance.  And I'm going to ask

8 you some questions.

9 A. Okay.  I --

10 Q. So my first question is, did you assist Mr.

11 McCoy or anyone in his firm in preparing that?

12 A. Well, with the information, but not -- not

13 next to, you know --

14 Q. Right.

15 A. No, I did not.

16 Q. So I just have a few quick questions

17 about --

18 A. All right.

19 Q. -- some things within it.

20         When you lived at the -- the -- the

21 nearby address, we'll say Maple or 8th --

22 A. All right.

23 Q. -- Street or whatever --

24 A. Sure.

25 Q. -- do you know where Weyerhaeuser was

Page 91

1 disposing of waste at that time?

2 A. It was northeast from there a little bit.

3         Is that what you mean, the -- the --

4 Q. I'm -- I'm just asking if you know what --

5 because they used a number of -- of waste disposal

6 sites.

7 A. Oh, no.  I didn't know where they were.  No,

8 I don't.

9 Q. Would the same be true in Stratford?  Do you

10 know with what --

11 A. No, I don't.

12 Q. Okay.  The -- if you look under the

13 community section --

14 A. Okay.

15 Q. -- one, two -- the fourth paragraph, first

16 line is, "Dust from the plant could be smelled in the

17 air."  Can you tell me what it smelled like?

18 A. Stuffy.  On the -- on the worst days, it was

19 almost like -- like a dust, like you're in -- in a

20 dust -- in a -- in a room that's not clean, the air.

21 It just had a very definite odor to it.

22 Q. The laundry being hung outside, you said

23 that you stopped doing that?

24 A. Yes, I did.

25 Q. How long did you do it?  You moved there in

Page 92

1 '69.  How long did it convi -- did it take to

2 convince you that you --

3 A. It took me a while.  I -- it -- because I

4 always hung sheets out.  I just stopped doing that

5 because they had to be rewashed anyhow.  So --

6 Q. Uh-huh.

7 A. -- then I'd just use the dryer all the time

8 after that.

9 Q. You had a clothes dryer?

10 A. Oh, sure.  All the time.  But I prefer the

11 fresh air smell.  But I -- that's why I would -- no.

12 After that, I just quit just because it had to be

13 redone.  Whatever I put out had to be relaundered.

14 Q. Do you know when you quit?

15 A. No, I don't.

16 Q. Okay.

17 A. I'm sorry.

18 Q. Do you believe that you are -- that you or

19 Mr. Pecher were exposed to dust from the plant at --

20 at your church, St. John's?

21         MR. MCCOY:  We object to the --

22         THE WITNESS:  Yeah.

23         MR. MCCOY:  -- form of the question.

24 She's obviously not a scientist in this.

25         But you can go ahead and answer what --

Janet Becker

Page 93

1 what you think.
2     MR. MCGUFFEY:
3     Q. That's right. Do you believe that you were
4 exposed to asbestos? You or your husband at the --
5 at the church?
6     A. I honestly can't -- I can say no -- I don't
7 know. I -- I -- it's not something I ever thought
8 about, so I will say I don't know.
9     Q. When it says here that the Scouts got cut
10 wood pieces from the door plant --
11     A. Yes, they did. He would bring them -- bring
12 them home and --
13     Q. Actual lumber pieces?
14     A. Yes. They donated them.
15     Q. Do you ever recall hearing -- hearing him
16 bring home pieces or shards of mineral core for the
17 Scouts?
18     A. He would bring home various pieces of wood
19 because they would do projects. I -- I can't answer
20 that. He'd bri- -- would bring home a lot of wood,
21 though.
22     Q. Okay.
23     A. He always had extra.
24     (Deposition Exhibit Nos. 9 and 10 marked for
25        identification.)

Page 94

1     THE WITNESS: Thank you.
2     BY MR. MCGUFFEY:
3     Q. What you've been handed are case-specific
4 expert reports for your claims. Have you ever seen
5 either of those reports?
6     A. No.
7     Q. Have you ever met or spoken with Dr.
8 Anderson or Frank Parker?
9     A. Dr. Anderson?
10     Q. Henry Anderson is his name.
11     A. No, it doesn't ring a bell.
12     Q. I'm going to ask some -- some --
13     MR. MCCOY: I don't know that she's
14 finished her answer yet.
15     THE WITNESS: This name I recognize.
16 This --
17     BY MR. MCGUFFEY:
18     Q. Which one is that?
19     A. The Caliche or whatever that is. This one.
20 That I -- I do.
21     Q. Do you know the name -- if you'll turn to
22 the last page -- or not the last page. Sorry. Let
23 me find it.
24     Page 6. Do you know Frank M. Parker,
25 the Third?

Page 95

1     MR. MCCOY: I don't know if she knows
2 him.
3     THE WITNESS: I don't know him, no.
4     BY MR. MCGUFFEY:
5     Q. You've never met him?
6     A. I've never met him, no.
7     MR. MCCOY: She's talked to him.
8     THE WITNESS: Yeah. I have spoken to
9 him, but I've never met --
10     BY MR. MCGUFFEY:
11     Q. You spoke to Mr. Parker?
12     A. Yes.
13     Q. I'm going to ask some -- now I'll get to my
14 tedious questions. We're going to -- I'm going to
15 ask you about other plaintiffs in these cases.
16     Do you know Milton Boyer?
17     A. I've heard the name. I don't know him,
18 no.
19     Q. What about his father, Wally Boyer?
20     A. I knew him.
21     Q. And what can you tell -- tell me about
22 Mr. Boyer?
23     A. Nothing much. I just knew -- I knew who he
24 was.
25     Q. Dick Masephol?

Page 96

1     A. No.
2     Q. Emil Masephol, his father?
3     A. No, I don't.
4     Q. Leroy Treutel?
5     A. Yes.
6     Q. What can you tell me about -- about
7 Mr. Treutel?
8     A. He was a brother to my uncle. So I -- but
9 we didn't know him very well. We just -- I knew who
10 he was and his wife.
11     Q. You knew Rita as well?
12     A. Yes, I did.
13     Q. Also just acquaintances, or were you friends
14 or anything like that?
15     A. If we'd meet in the store, we knew each
16 other, you know. But we never did anything socially,
17 no.
18     Q. Alyle Heckel?
19     A. No.
20     Q. Sharon Heckel?
21     A. Yes.
22     Q. What can you tell me about her?
23     A. She came to the retiree's breakfast that my
24 husband would go. And I just saw her there. I just
25 knew who she was. That's all.

Page 97

1    Q. Their son, Brian Heckel?
2    A. I know who he is, but I don't know him. I
3  mean, I know who he is.
4    Q. Roger Seehafer?
5    A. Yes. I just knew who he was.
6    Q. Did you know who some of these people were
7  because they worked at the plant?
8    A. Some because Urban would mention some of
9  them. But strictly, you know, I -- socially, no, not
10 at all.
11   Q. Wes Sydow?
12   A. Yes, I knew him.
13   Q. What was your relationship there?
14   A. I worked with his wife at one point. Did
15 not know him, though. I knew who he was.
16   Q. Ron Koepke?
17   A. I knew who he was by name only.
18       I only recognize these names.
19   Q. Did the dust outside the home prevent you
20 from using your car?
21   A. No, no.
22   Q. Did you ever resell a car?
23   A. Trade in. Trade in, sure.
24   Q. Did it have an impact on the value?
25   A. We pretty much used them up. No. I

Page 98

1  don't -- I don't know.
2    Q. Driving them hard --
3    A. Yeah.
4    Q. -- impacts the value, huh?
5    A. Right.
6    Q. Have you had any issues yourself with
7  breathing, respiratory problems?
8    A. Not at this point, no.
9    Q. Have you ever consulted a physician about
10 any potential asbestos-related illness?
11   A. To me?
12   Q. Uh-huh.
13   A. No.
14   Q. To the best of your knowledge, have you
15 ma- -- have you or Mr. McCoy or anyone in his office
16 made claims on your behalf or on Mr. Pecher's behalf
17 to bankruptcy trusts?
18   A. No, no.
19   Q. Do you anticipate making such claims?
20   A. No.
21   Q. Have you received any money from worker's
22 comp claims related to --
23   A. No.
24   Q. -- illnesses?
25   A. No.

Page 99

1        MR. MCGUFFEY: Give me just one second
2  to go back over this, and I think I'm done.
3        Ms. Pecher, unless anything else comes
4  up, I don't have any more questions for you. Thank
5  you very much for your time.
6        THE WITNESS: Thank you. You're
7  welcome.
8        MR. MCCOY: I would stipulate that
9  she's not going to be, for -- for the plaintiffs, a
10 witness concerning 3M.
11       MR. BROWN: Okay. I still have a few.
12 It shouldn't be very long.
13       MR. MCCOY: Okay. Well, then, yeah.
14 If you're planning to call her for any purposes, then
15 obviously that -- she'll -- she'll answer your --
16 your questions. Go ahead.
17       EXAMINATION BY MR. BROWN:
18   Q. All right, ma'am. My name is Kevin Brown,
19 and I just have a few questions. I shouldn't be as
20 long as the Weyerhaeuser attorney.
21       But -- but do you need a short break,
22 or are you okay?
23   A. I'm okay.
24   Q. Okay. When you moved to Marshfield --
25   A. Yeah.

Page 100

1    Q. -- did you work outside the house?
2    A. Personally? Yes.
3    Q. Yes, ma'am.
4    A. Yes, I did.
5    Q. Okay. And what was your employment?
6    A. When the children were -- before they
7  started school, seasonal at Figi's cheese plant. I
8  worked, like, from September in advertising until
9  Christmas.
10   Q. And what years did you do that?
11   A. Maybe '64, '65, '66.
12   Q. Any other employment for you personally
13 outside the home once you moved to Marshfield?
14   A. Yes.
15   Q. What else?
16   A. 28 years in nursing. I worked at the
17 Marshfield Nursing Center on West 14th.
18       And after that, almost two years at the
19 Aster. It was assisted living. It's on Chestnut.
20 It was the Angelus when I was there.
21   Q. Are you an RN? Are you a registered
22 nurse?
23   A. No.
24   Q. Okay.
25   A. I worked in therapy. I was a CNA. I was --

Page 101

1 worked in restorative nursing. I had all those
2 titles. Med tech. Passed out meds.
3    Q. Okay.
4    A. Gave shots.
5    Q. Okay. Any other employment for you
6 personally, or have we now covered it?
7    A. That's covered it. I did a lot of volunteer
8 work too but --
9    Q. But never related to the door plant?
10    A. Nothing, never.
11    Q. And the one and only time you ever stepped
12 foot into the door plant was in the year 2000 when
13 your husband had a retirement party?
14    A. Correct.
15    Q. Okay. You spoke briefly about your
16 husband's time in the Army and National Guard. And I
17 just want to be clear that you know he had some
18 training and you're aware that he drove a big truck,
19 but beyond that, you don't have any knowledge or
20 understanding as to any particular duties or the
21 substance of any training he got; is that accurate?
22    A. I would say, yep. He had his training, but
23 it was six weeks bef- -- and that was all before I
24 met him, so I don't know.
25    Q. And -- and if he did anything else beyond

Page 102

1 driving big trucks, you just don't know?
2    A. I don't know.
3    Q. You indicated that you believe he hauled
4 asbestos waste for the door plant.
5    A. Yes.
6    Q. What's the basis for your belief that it was
7 asbestos waste?
8    A. Because Urban would say they'd clean out --
9 I think they called them the bins. I think I'm
10 correct on that. And it was all -- he was told --
11 apparently he was told that by somebody. And I'm --
12 I know that's secondhand, but just what he would tell
13 me.
14    Q. Do you know what bins he was claiming he
15 cleaned out? In other words, other than the fact --
16    A. From the doors, the doors' cores and
17 stuff.
18    Q. Do you have any knowledge or understanding
19 as to whether or not this waste that your husband
20 would haul in these trucks was bagged and sealed or
21 if it was just open in the back of the dump truck?
22 Do you have any knowledge or understanding either
23 way?
24    A. No, I don't.
25    Q. Did your husband ever indicate to you that

Page 103

1 he had any type of training or warning from the door
2 plant specifically concerning hazards of asbestos?
3    A. No. He would mention how dusty it was in
4 the environment. And -- and that's -- that's all I
5 have. It was dusty. He'd come home and --
6    Q. There wa- --
7    A. Dusty.
8    Q. There was never a point in time where he
9 came home and -- and said, guess what I learned at
10 the plant today; I'm -- I'm working around some dust
11 that could cause health problems?
12    A. Not that I can remember.
13    Q. You don't have any personal knowledge as to
14 whether or not your husband ever wore any type of
15 respiratory protection at the plant, do you?
16    A. To my knowledge, they did not.
17    Q. To your knowledge, he did not wear resp- --
18    A. They didn't have anything to use. They
19 didn't have it.
20    Q. And is that something that your husband told
21 you, that they didn't have any types of masks or
22 respirators available for him to wear?
23    A. He just sa- -- because -- yeah. He just
24 said there was nothing available in the beginning.
25     I -- I believe at the end, they may

Page 104

1 have had masks. I don't know. I -- I -- I can't say
2 for sure.
3    Q. Okay. So at the beginning, you're aware
4 that he had no masks or --
5    A. There was nothing.
6    Q. -- respirators?
7    A. Right. There was nothing.
8    Q. And then whether or not it occurred at some
9 point later --
10    A. No.
11    Q. -- you just don't know either way?
12    A. No, I don't know.
13    Q. And your husband never brought any type of
14 mask or respirator home from the plant with him?
15    A. Never.
16    Q. Did your husband have any type of beard or
17 facial hair while he worked at the plant?
18    A. No.
19    Q. Did your husband ever have any type of
20 radiation treatment for anything?
21    A. Well, just when they did the chest x-rays.
22 That would be radiation in there a little bit.
23    Q. But as far as --
24    A. Never.
25    Q. -- therapeutic --

Page 105

1    A. No.
2    Q. -- radiation?
3    A. No.
4    Q. Okay. Are you aware of whether or not he
5 was ever exposed to radiation through any means other
6 than chest x-rays?
7    A. No, not aware.
8    Q. You indicated that you were the one who
9 requested the autopsy.
10    A. Yes.
11    Q. Did someone recommend to you or suggest to
12 you that that should be done?
13    MR. MCCOY: Let me object to the
14 extent that that calls for any communications with
15 counsel.
16    But you can go ahead and -- and answer
17 other than discussions that might involve my law
18 firm. Go ahead if you can -- if --
19    THE WITNESS: Yes.
20 BY MR. BROWN:
21    Q. Okay. So someone advised you?
22    A. Yes.
23    Q. Who did you ask to perform the autopsy? In
24 other words, did -- did you approach someone, or did
25 you ask someone on your behalf to request it?

Page 106

1    A. I don't know how to answer that. It was --
2 a family member suggested it. And this person, my
3 family member, got in touch with someone that's also
4 in law, and they were recommended to them. So I did
5 not have personal contact.
6    Q. Okay. So a family member recommended to you
7 that an autopsy be performed?
8    A. Yes.
9    Q. Who's the family member?
10    A. A brother-in-law.
11    Q. And what's the brother-in-law's name?
12    A. Bill Heiting, H-E-I-T-I-N-G.
13    Q. Do you know what kind of job or occupation
14 Mr. Heiting has?
15    A. New York Life. He's an agent.
16    Q. And where does he currently live?
17    A. In Marshfield.
18    Q. And so Mr. Heiting came up to you and
19 indicated that he thought you should have an autopsy
20 performed?
21    A. Yes.
22    Q. And then what's the next step that you took
23 to get that accomplished?
24    A. He took care of that part. He contacted
25 someone in a law office, a friend of his. I don't

Page 107

1 know who. And then from there, we got calls back.
2 That's -- I didn't have anything to do with that.
3    Q. And then when you say you got calls back,
4 who did you get calls back from?
5    A. Cascino.
6    Q. Your current lawyers?
7    A. Yes.
8    Q. And the person in the law office that Bill
9 Heiting contacted, is that someone in a local --
10    A. No.
11    Q. -- law firm here?
12    A. Not here.
13    Q. Okay. Do you know what city or state that
14 first law firm --
15    A. It's in Wisconsin. I'm not sure.
16    Q. Do you have any information or understanding
17 as to whether or not Mr. Heiting had already spoken
18 to this law office before he recommended you get an
19 autopsy done?
20    A. No, he did not.
21    Q. And then whatever the details were with
22 respect to the logistics of the autopsy, Mr. Heiting
23 handled that with whatever law firm he was talking
24 to?
25    A. He -- after that, he had nothing to do with

Page 108

1 it. He just -- he was not involved with it after.
2    Q. But he set it up through communicating with
3 a law firm.
4    A. Right. And they contacted him. After that,
5 he had no knowledge. He still doesn't --
6    Q. Okay.
7    A. -- have any knowledge of anything.
8    Q. Who co- -- who contacted the doctors for the
9 autopsy? The lawyers?
10    A. Yes, yes. I know I didn't.
11    Q. And as far as whatever physician or medical
12 personnel performed the autopsy, you don't know, do
13 you?
14    A. I have -- no, I don't.
15    Q. Just a few more brief questions.
16    You indicated that your husband worked
17 on cars way back when.
18    A. Correct.
19    Q. And you indicated that you don't think he
20 did brake work; right?
21    A. Not that I can --
22    Q. Okay.
23    A. -- recall.
24    Q. What kind of work did he do way back when on
25 cars?

Page 109

1    A. He would do oil changes, put batteries in,
2 you know, new ones, replace them. He was not
3 mechanically inclined. Changed tires. I -- other
4 than that, we pretty much took it to service shops.
5    Q. And you also indicated that there was some
6 home remodeling and additions done?
7    A. Correct.
8    Q. And on the remodeling, you said it was kind
9 of a room at a time that the home was updated?
10    A. New windows, yes.
11    Q. Do you recall when this remodeling work
12 first started? And if you can't give me a specific
13 year, just the best estimate.
14    A. Probably maybe ten years, eight years after
15 we had moved in.
16        We replaced windows twice actually. We
17 replaced them twice.
18        Tore some walls out and made the rooms
19 bigger, one of them.
20    Q. And so is this approximately in the late
21 '70s?
22    A. I would -- yes.
23    Q. On the walls that you and your husband tore
24 out of this home, do you recall, were they sheetrock?
25 Or what were the walls made of?

Page 110

1    A. Plaster. And most of it, we did have
2 contracted out. We didn't do it ourselves very
3 much.
4    Q. When you say very much, does that indicate
5 that you -- you and your husband tore out some but --
6    A. Well, no. I would -- I would paint, you
7 know. And he would help them, like, install the
8 windows. He would stand by, assist.
9    Q. Did your husband participate at all in any
10 of the tear-out?
11    A. Removal of the windows, but they replaced
12 them. We had them all customized, so they had to
13 just push them right back in the same spot.
14    Q. What about the tear-out of the walls? Did
15 your husband participate at least some in that
16 process?
17    A. He helped carry the waste out or, you know,
18 the stuff, yes.
19    Q. Do you recall how long of a period of time
20 this wall-removal process took?
21    A. Day or two.
22    Q. And was this something that was repeated for
23 other rooms in the house?
24    A. Just downstairs. Upstairs remained the
25 same.

Page 111

1    Q. How many rooms downstairs were there where
2 walls were removed?
3    A. Just the one. It was about a four-foot
4 wide -- four-by-eight maybe.
5    Q. And then what was replaced? Was it
6 sheetrock walls that were replaced, or did the wall
7 just --
8    A. Nothing. We took it out and --
9    Q. Okay.
10    A. -- just -- sheetrock was put in, but that
11 space was left open.
12    Q. Your husband didn't wear any type of
13 respirators or masks when doing the tear-out work,
14 did he?
15    A. Yeah, they did. We had masks, the guys.
16 They did use them when it got real dusty.
17    Q. The contractors? Or who were -- who were
18 the guys?
19    A. Well, one was a brother-in-law. He had his
20 own business. But he would wear them. And when it
21 got dusty, we all, you know, would put them on.
22    Q. Okay. Do you have a specific recollection
23 as to whether your husband ever did that, or do you
24 know one way or the other?
25    A. I'm not sure. I -- I --

Page 112

1    Q. And --
2    A. Not sure.
3    Q. -- you don't have any idea who manufactured
4 those masks that your brother-in-law wore --
5    A. No.
6    Q. -- or you --
7    A. I'm sorry. I --
8    Q. -- or whoever else may have worn any type of
9 mask?
10    A. No. I don't -- I can't answer.
11    Q. You don't know who made them?
12    A. No, I don't.
13    Q. Okay. And you don't remember the details of
14 what they looked like other than they went over the
15 nose and mouth, do you?
16    A. The light white, yeah. They're -- I think
17 they're available yet today. They're generic.
18    Q. You don't know if they had one strap or two
19 straps or --
20    A. No, I don't.
21    Q. -- three straps?
22    A. No.
23    Q. Okay. And you don't know the color of the
24 straps?
25    A. No.

Page 113

1   Q.  You don't know the color of the box?
2   A.  No, I don't.  I didn't see it.
3   Q.  Okay.  And this was something where you saw
4   your brother-in-law and -- and maybe some other
5   workers wear these masks.  Was that just, like, one
6   or two days?
7   A.  Yes.  And when they sprayed the wall with
8   a --
9   Q.  Paint?
10  A.  Well, or a coating.
11  Q.  A primer?
12  A.  On the sheetrock when they did -- my
13  brother-in-law did wear a face mask, but we all would
14  move out.  We wouldn't stay in the house.
15  Q.  Okay.  So your husband was away from the
16  house when that occurred?
17  A.  Right.  We were gone.
18  Q.  Okay.  You indicated that your husband
19  didn't smoke.  But did he -- did he ever dip or chew
20  tobacco?
21  A.  Never.
22  Q.  Do you know if his parents smoked?
23  A.  His dad did.
24  Q.  For the whole time that you knew his dad, he
25  smoked?

Page 114

1   A.  The last ten years, he -- he stopped.  But
2   he was a -- he was a -- his dad smoked heavily.  He
3   was a heavy smoker.
4   Q.  You indicated that you spoke to Frank
5   Parker.  That was one of the expert reports.  You saw
6   his name.
7   A.  Okay.
8   Q.  Have you spoken to any other individuals who
9   are experts in this case?
10  A.  No.  I don't -- no.
11  Q.  Have you spoken to a James Johnson?
12  A.  No.  I don't -- no.
13  Q.  Do you recall what you spoke to Frank Parker
14  about?
15  A.  Not -- just -- no.  General.  I mean --
16  Q.  Do you recall any of the specifics?
17  A.  Just questions.  He had -- it was a short --
18  it was a short phone call.
19  Q.  He just had a couple of questions about your
20  husband?
21  A.  I can't -- I honestly can't tell you what
22  they were.  I -- sorry.  I've had -- there's been a
23  lot of stuff going on.  I'm sorry.
24      MR. BROWN:  All right.  Thank you,
25  ma'am.

Page 115

1       THE WITNESS:  Oh.  You're welcome.
2       MR. MCGUFFEY:  Bob, I've got a few
3   quick questions, if you --
4       MR. MCCOY:  Sure.  Go ahead.
5       MR. MCGUFFEY:  All right.
6       EXAMINATION BY MR. MCGUFFEY:
7   Q.  Mr. Pecher's dad - I don't think I asked
8   you - what -- did he have any health issues?  Any
9   history with cancer?
10  A.  No, he did not have cancer.
11  Q.  Any other health issues?
12  A.  He's an alcoholic.  That's a health issue.
13  Q.  Do you know what the cause of death for him
14  was?
15  A.  Kidney failure.  I believe that was his
16  last -- but he was deteriorating.  He had lost both
17  his legs.
18  Q.  To -- to go back to the home really quickly,
19  when you ripped out the walls, was there insulation
20  in the walls?
21  A.  There was newspaper in it.  That's all they
22  had.  When we bought the home, it was supposedly
23  insulated.  It was newspaper.
24  Q.  And so you go to the autopsy report.  Who --
25  did you pay for it, or did someone else pay -- pay

Page 116

1   for the report?
2   A.  The report?
3   Q.  Sure.  The -- the --
4   A.  The --
5   Q.  The autopsy.
6   A.  I don't -- I didn't pay for anything yet.
7   Q.  Do you know who did?
8   A.  No, I don't.
9   Q.  And at the time that Mr. Pecher died, were
10  you -- did you already have legal representation or
11  not yet?
12  A.  He still signed his -- his admission papers,
13  if that's what you mean.
14  Q.  No.  Did you have an attorney?
15  A.  Yes, we do.  We had one.  We had -- through
16  our will, but not at that point yet.
17  Q.  Not for --
18  A.  Not for this --
19  Q.  -- claims?
20  A.  No.
21  Q.  Right.
22  A.  Nothing.  We didn't.
23      MR. MCGUFFEY:  I don't have anything
24  further.
25      MR. MCCOY:  Okay.  Then I think we're

Page 117

1  all set.
2          THE VIDEOGRAPHER:  We are off the
3  record.  End of deposition.  The time is 11:48.  DVD
4  2 of 2.
5      (Proceedings concluded at 11:48 a.m.)
6
7          *   *   *   *   *   *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

1  STATE OF WISCONSIN    )
2  WOOD COUNTY           )
3              CERTIFICATION PAGE
4
5          I, MONICA M. HUNKINS, RPR, Notary
   Public in and for the State of Wisconsin, do hereby
6  certify:
          That prior to being examined, the
7  deponent named in the foregoing deposition, JANET
   PECHER, was by me duly sworn to testify the truth,
8  the whole truth, and nothing but the truth.  Said
   deponent did not request the opportunity to read and
9  sign the transcript.
          That said deposition was taken before
10 me at the time, date, and place set forth; and I
   hereby certify the foregoing is a full, true, and
11 correct transcript of my shorthand notes so taken and
   thereafter reduced to computerized transcription
12 under my direction and supervision.
          I further certify that I am neither
13 counsel for nor related to any party to said action,
   nor in any way interested in the outcome thereof; and
14 that I have no contract with the parties, attorneys,
   or persons with an interest in the action that
15 affects or has a substantial tendency to affect
   impartiality, or that requires me to provide any
16 service not made available to all parties to the
   action.
17          IN WITNESS WHEREOF, I have hereunto
   subscribed my name this 12th day of July, 2015.
18
19
20
21 Monica M. Hunkins, RPR
   Notary Public - State of Wisconsin
22
23 My Commission Expires July 19, 2015
24
25

## WORD INDEX

**< 1 >**
1    3:11, 16, 17    5:3, 7, 8,
  7:9    22:13    64:9
10    3:17    93:24
10:23    64:9
10:39    64:12
100    2:14
105    4:1
11:48    1:20    117:3, 5
115    3:7
12    32:23
12th    118:17
13    3:14, 15    4:1
  23:1
14th    100:17
15    3:16, 17
16th    76:16
170    61:16
173    61:16
1733    43:10
18    3:13    9:3
19    118:21
1939    7:24
1959    9:16
1961    33:2
1969    18:14    80:5
1971    45:14
1973    45:19    46:19
1975    47:14
1980    15:21, 24    17:11
  81:23

**< 2 >**
2    3:11    5:3    19:14
  22:13    32:3    34:19
  39:24    64:12    66:20
  69:25    70:2    75:8
4
20    31:20    32:21, 21
200    2:14    32:25
2000    43:25    49:13
  63:11    70:6    101:12
2006    58:24    59:6
2007    67:10
2009    62:15    63:11
2012    65:25
2013    20:25    66:13
  67:22    68:18    71:9
2015    1:19    5:6
21
205    40:9
20th    30:21
21    3:20
220    2:5
23    3:15, 25    64:18
233    2:9
23rd    71:11
24    3:6
25th    2:19    9:16
28    50:19    100:16

**< 3 >**
3    3:12    7:11, 12, 14, 18
  64:25, 10    64:18    69:9
3:12-CV-899    1:11
3:13-CV-459    1:5
3:14-CV-143    1:8
3:14-CV-147    1:7
3:14-CV-161    1:9
3:14-CV-186    1:6
3:14-CV-219    1:10
3:14-CV-286    1:4
30    1:16    3:17    28:20
  22:23    79:16
30th    1:19    5:6    76:5
  77:20
35    28:2
37    3:14
39201-4099    2:15
3M    1:4, 10    2:16
  99:10

**< 4 >**
4    3:13    18:17, 19, 22
  31:24    61:16    67:8
  84:19    85:4
400    30:21
402    6:23    8:21    10:9
  34:10
46    8:17    9:11
47    29:17, 18, 21
48    78:12

**< 5 >**
5    20:3, 11, 14    37:25
  87:3
50    79:18, 19
50th    7:4, 22:18
5'10    61:18
53    9:2    29:5    64:19
54    9:2    28:15    64:16
54449    6:24
56    64:18    65:1, 6
57    7:10    9:14
5'7    61:18
58    9:14, 14

**< 6 >**
6    3:3, 14, 14    65:20
  118:8, 7    94:24
60    25:15
60606    2:9
60607    2:5
60s    83:9
62    9:22, 23
64    42:19    100:11
65    3:14    100:11
66    100:11
6600    2:9
69    92:1

**< 7 >**

7    3:12, 14, 15, 15    71:12
  87:20
700    2:19
70s    83:9    109:21
71    3:15    27:25
72    27:25
75    27:15
750    1:19
75201    2:19

**< 8 >**
8    3:15    89:20
80    26:12    81:24    82:3
80s    53:14, 14
81    26:12    82:3
82    82:5
83    25:25
84    25:10, 25
89    3:15
8th    40:18    90:21
  5:23

**< 9 >**
9    3:16    93:24
9:10    1:20    5:6
92    3:20, 25
93    3:16, 17
95    25:10
97    34:8
99    3:6

**< A >**
a.m    1:20, 20    5:6
abdominal    71:18    72:9,
  10
able    75:9
absolute    22:9
absolutely    44:13
accomplished    106:23
accurate    101:21
accurately    66:11
aching    65:1    67:20
acquaintances    96:13
action    118:12, 14, 16
activities    87:25    88:2
acts    1:17
actual    23:25    93:13
add    82:8
added    50:13    51:25
addition    50:12, 18    56:9
additions    109:6
address    8:20    33:19
  34:6    35:10    40:12, 18
  41:8, 11    82:21    83:24
  90:21
addresses    30:22    32:4
  39:18
addressing    67:1
adenopathy    68:9
admission    116:12
admit    77:1
admitted    71:25    74:11,
  11

advertising    100:8
advised    105:21
affect    118:14
affiliation    5:19
agent    106:15
ages    28:13
ago    28:2    50:19    52:3
  85:21
ahead    7:12, 22    18:17
  24:18    37:24    38:21
  39:2, 9    66:12    86:3
  92:25    99:16    105:16, 18
  82:3 115:4
aid    57:12
aids    58:4
air    10:6    13:3    16:1
  48:21, 23    79:2, 23    83:8
  91:17, 20    92:11
airport    46:21
AL    1:1, 4, 5, 6, 7, 8, 9, 10
  5:9    22:24
alcoholic    115:12
Alfred    35:3
Ali    56:5
A-L-I    56:6
alive    25:20
all's    35:6    36:15    40:12
Alyle    96:18
Alzheimer's    25:25
amendatory    1:17
Amended    3:12
America    2:18
Anderson    3:17    94:8, 9,
  10
Angelus    100:20
Ann    6:21
A-N-N-E    20:5
anniversary    22:19
annual    56:21
annually    62:9
answer    15:5    26:19
  35:11    39:9    40:7    43:1,
  5    45:3    46:6    54:16
  80:12    83:12    86:3
  92:25    93:19    94:14
  99:15    105:16    106:1
  112:10
anticipate    98:19
anybody    14:23
anytime    69:4
apart    30:2
apartment    35:17    84:3
apparently    45:11    68:24
  102:11
appear    11:20    12:3
appearance    5:19
appeared    14:1
APPEARING    2:3, 5, 9, 9,
  16    5:15
appendicitis    71:21    74:3
Appetite    22:1    72:12
  73:5, 9, 22    75:21, 22

appointment        71:19
  73:20
approach        105:24
approximate        33:18
approximately        9:19
  13:15        20:24        72:11
  74:14, 20        109:20
April        60:2, 4
area        17:4, 15        20:17
  36:13        46:21, 24        69:18
  20
areas        36:23        37:8
Army        10:3        101:16
asbestos        16:13        46:5
  54:6        57:4        87:11, 18
  93:4        102:4, 7        103:2
asbestos-related        98:10
Ashland        2:5
aside        20:17
asked        51:15        115:7
asking        24:23        39:8, 17
  86:14        91:4
asleep        68:5
assist        90:10        110:8
assisted        100:19
assume        33:18        42:22
  45:20        75:2
assuming        40:1        70:5
Aster        100:19
asthma        55:16, 17
ate        22:3        23:4
Athens        19:23, 24        32:9
  19        39:24
A-T-H-E-N-S        20:1
atmosphere        16:12
Attached        51:7
attack        71:21        74:3
attend        82:16
attention        10:8        84:12
Attorney        2:24        99:20
  116:14
attorneys        24:16        118:11
attributed        58:18
August        35:22        76:16
autopsy        23:20        24:10
  78:7, 14, 17, 21        105:9,
  23        106:7, 19        107:19, 22
  108:9, 12        115:24
available        8:9        103:22
  112:17        118:15
Avenue        1:19        2:5
  8:21        29:23        30:23
aware        15:1        54:3, 5
  71:4, 4        87:14, 17
  101:18        104:3        105:4

< B >
baby        35:23
back        7:20        8:8, 10
  10:13        15:3        16:16
  25:2        27:9        32:2, 5
  35:21        50:1        51:1
  59:25        60:11        62:19

63:6, 14        64:11, 19
  71:21        99:2        102:21
  107:1, 3, 4        108:17, 24
  110:13        115:18
background        7:21        25:2
bad        22:3, 3
B-A-E-I-S-O        56:6
bagged        102:20
bank        28:16
bankruptcy        98:17
base        35:15, 16        36:1, 7
  37:6
based        13:9, 24
basement        17:7, 11, 24,
  25        53:22
basic        36:16, 18        37:1
basis        102:6
basket        25:8
bathroom        17:21
batteries        109:1
Bay        36:7
beard        104:16
becoming        70:23
bedroom        17:21
bef        101:23
beginning        5:19        103:24
  104:3
begins        71:9
BEHALF        2:3, 5, 9, 16
  5:15, 25        98:16, 16
  25:4        105:25
belief        102:6
believe        24:12        31:24
  46:13, 21        52:20        54:10
  56:6        60:1        64:14
  82:21        87:21        92:18
  93:3        102:3        103:25
  115:15
bell        94:11
bells        40:25
bench        47:15        48:17
  51:9        9:2        15:18
  39:12        46:7        48:20
  98:14        109:13
bet        85:8
better        48:14        75:13
  81:23        83:9
beyond        101:19, 25
bicycled        52:8
bid        48:10
big        22:8        36:3, 4, 5
  48:19        50:12        61:14, 14
  84:17        101:18        102:17
bigger        73:24        109:19
Bill        106:12        107:8
billing        31:20
bins        102:9, 14
biopsy        67:18        74:15, 15
bit        13:2        21:14        25:5
  33:17        49:10        61:8
  78:24        91:2        104:22
bites        75:22

black        11:1
black-and-white        22:14
bloated        72:25
bloating        72:11        75:18
block        27:4        32:25
  34:9
blocking        72:11
blocks        13:16        27:4
  33:11        82:22        83:4
Blodgett        82:21
Bob        5:21        115:2
bone        67:5, 7, 20
bones        67:16
born        7:21, 22, 23        8:4
  19:18        28:14        30:7, 9
  115, 16, 17        32:8        35:23
bought        115:22
box        41:7        113:1
Boy        83:14        86:8
BOYER        1:1        5:8
  19, 22
Brake        49:24        108:20
brakes        51:3
branch        10:1
break        64:5        99:21
breakfast        96:23
breast        25:14        28:1, 5
breathing        55:7        98:7
bri        93:20
BRIAN        2:8        6:3
brief        76:12        108:15
briefly        22:15        45:1
  101:15
bring        13:1        37:16
  72:7, 11, 16, 18, 20
bringing        18:25
brother        27:13        96:8
brother-in-law        106:10
  111:19        112:4        113:4
brother-in-law's        106:11
brought        12:9        13:6
BROWN        2:16        3:6
  23        99:11, 17, 18        105:20
  114:24
Bseiso        56:6        59:12, 14
  62:25        66:16        68:21
build        61:15
built        51:23, 23
business        82:7        111:20
buy        4:4        8:15

< C >
Caliche        94:19
call        47:15        69:4
  114:18
called        8:5, 6        9:21
  36:3, 6        44:9        54:6
  63:7        105:14        107:1, 3, 4
camp        36:23
cancer        23:15, 25        24:4
  25:13, 14        28:2, 4, 5, 5,

18        29:6        56:5        71:18
  72:2        74:10, 18        78:2, 3
  115:9, 10
caption        18:24
car        14:14        14:11        43:15        49:21,
  23, 25        50:25        51:10
  97:20, 22
care        12:7        57:18        106:24
Carpenters        43:10
Carrie        28:24        29:25
  30:12
C-A-R-R-I-E        28:24
carry        110:17
cars        52:10, 11        108:17,
  23, 25
Cascino        2:4        107:5
CASE        1:4, 5, 6, 7, 8, 9,
  10, 11        7:1        18:25        53:12
  89:25        114:9
cases        5:10        7:1, 2        95:15
case-specific        94:3
CAT        60:6        62:4, 8, 16
  69:14
catch        60:25
Catholic        82:19
cause        67:15        103:11
  115:13
caused        67:18
cell        58:25        59:2, 3        67:1
  68:15        74:16
cells        61:7
Center        100:17
Central        1:19
Centre        2:14
certain        79:4
certainly        24:2
CERTIFICATION        118:3
certify        118:5, 10, 12
challenged        65:7
challenging        64:15
change        20:18        22:8
  50:3        76:18
changed        17:14        63:8
  109:3
changes        21:5        82:14
  109:1
changing        21:11        49:25
check        62:18
checking        24:6
checks        54:7        57:25
check-up        64:2        65:25
  68:25
check-ups        56:21, 23
  62:21        63:12, 22, 23
  66:1        68:23        69:6        70:4
cheese        100:7
chemo        59:18, 21        60:7,
  14, 16        61:21        62:4        70:6,
  13        76:22
chemotherapy        74:22
chest        54:9        104:21        105:6
Chestnut        100:19

chew 113:19
Chicago 2:5, 9 28:24
children 28:9, 17 29:20
68:4 100:6
Christmas 100:9
chronic 55:9 58:21
church 82:16, 18, 19
83:3, 6, 13, 16 92:20
93:5
City 2:14 107:13
Civil 1:17 claim
57:16
claiming 102:14
claims 94:4 98:16, 19,
22 116:19
clean 91:20 102:8
cleaned 12:9, 22 102:20
cleaner 16:1
clear 42:25 53:21
55:11 79:8 101:17
Clem 26:12
Clemens 26:2
clinic 24:6 29:14
56:14, 16 62:22, 23
65:24 66:2 71:20
close 13:16 26:25
33:10 34:8 51:11, 16
82:22
closed 83:13
cloth 12:4
clothes 10:11 11:21, 25
12:16, 18 16:19, 23
17:14, 14 43:16 52:20
16, 21, 24, 25 53:5, 8, 20,
21 92:9
clothing 12:9
CNA 100:25
coating 113:10
Coe 2:18
color 10:19, 22 13:5
14:11, 13 112:23
colors 10:24
come 9:2 10:10
59:12, 23 60:11
76:12 103:5
comes 27:12 74:6
coming 13:18 14:2
commencing 1:19
Commission 118:21
communicating 108:2
communications 105:14
community 34:7 78:24
81:23 91:13
commute 43:12
comp 57:15 98:22
COMPANY 1:1, 4, 5, 6,
7, 8, 9, 10 2:12, 18,
24 6:1 24:21
compare 13:5
Compared 79:3, 3
complained 42:12
67:20
complaining 55:6

complaints 14:23 15:2
16 16:12
complex 35:17
computerized 50:2
118:11
concerning 99:10 103:2
concerns 7:2
concluded 117:5
conditioning 48:21
confirm 34:16 87:9
connect 74:15
connected 14:24
Connie 2:21 5:14
consi 88:5
consulted 98:9
consulting 66:25
contact 106:5
contacted 106:24 107:6
108:4, 8
containers 46:14
continue 54:15 65:16
contract 118:13
contracted 110:2
contractors 111:17
convi 92:1
convince 92:2
copies 3:19, 19 22:14
copy 19:15 33:1
85:8
core 44:9 93:16
cores 102:16
corporate 29:2
correct 9:6 19:8
21:3 23:14, 16, 21
24:11 34:11, 16, 23, 25
38:13, 20 40:10, 11
41:2, 3, 9, 12 43:11
56:7 59:4 60:5
84:25 87:12, 13 101:17:3
102:10 108:18 109:24
113:18:10
corrected 15:15, 21, 25
27:19:21 20:5
corrections 19:12 20:9
cough 55:9, 11
counsel 3:20 5:13
105:15 118:12
count 60:21
County 7:23 118:1
couple 19:11 21:1
22:10 24:3 58:11, 12
64:6 114:19
course 10:7, 18 13:25
48:13
COURT 1:1 5:11, 16
6:5, 7 7:11 59:1
coveralls 52:23
covered 10:14 101:6, 7
covers 24:13
created 11:3
cremated 78:11
cremation 78:12
77:19

cross 33:17
current 107:6
currently 106:16
customized 110:12
cut 44:8 47:18 88:21

< D >
dad 25:9, 10 35:4
113:23, 24 114:2 115:4
dad's 41:4
daily 21:22 59:23
Dallas 2:19
Daniel 54:19, 19
date 48:9 64:15, 17
65:2, 7 76:24 82:14
85:22 118:9
dated 3:16, 17
dates 64:21 70:5, 5, 9
dau 73:1
daughter 30:12 35:18,
22
day 1:19 13:20 23:1, 13,
3, 4 43:12 55:12 68:11
70:25, 25 75:5, 23
76:21 88:10 110:21
118:17
days 42:1, 2 59:20
91:18 113:6
de 8:13
dead 34:1
death 77:25 115:13
dec8 72:1
deceased 7:2
Decedent 87:24
decided 72:2
declared 57:20
decreased 22:1 72:12
DEFENDANT 2:5, 9, 16
definite 75:10 91:21
definitely 14:10 16:2, 11
16 76:21
definitive 77:25
dehydrated 77:15, 17
dehydration 72:13
dementia 70:18
depending 59:20
deponent 118:6, 8
DEPOSITION 1:13, 14
2:24 3:12 5:3, 7, 12
6:25 7:10, 14, 18 18:6
37:25 65:20 71:12
89:20 93:24 117:3
118:6, 9
depressed 89:5
descri 84:17
describe 13:11
described 75:7
describes 73:12 75:6
designated 46:17
detached 51:9, 16

detail 47:15, 17 48:3, 17
49:2
details 41:15 107:21
112:13
deteriorate 76:21
deteriorated 58:7
deteriorating 115:16
diagnosed 20:24 23:23
32:4 71:17
diagnosis 23:10, 14 59:6
74:9 75:10 77:25 88:1
diarrhea 77:18
Dick 95:25
died 116:9
difference 13:23 16:2
different 20:16 27:14
36:23 37:8 64:21 68:22
difficult 23:7 88:13
diffuse 68:9
dinner 21:16 88:23
dip 113:19
direction 14:3 81:7
23:1, 1, 13
dirt 9 80:5, 13
disabled 87:25
disappear 82:1
disappeared 16:8
discharge 75:5
discharged 9:25 75:9
76:14
discomfort 67:18
discussed 78:25
discussions 105:17
dishes 61:5
Disinterested 21:15, 22
disposal 91:5
disposing 91:1
dissipate 81:25
distance 13:8 79:15
distribute 59:20
DISTRICT 1:1, 1 5:11,
2, 11
doc 76:1
doctor 55:25, 25 56:1, 5
57:24 62:13 63:3 76:4
73:22 18:18
doctors 61:5 66:1 76:2
108:8
doctor's 65:24
document 69:10 71:16
85:1, 25 90:2
doing 10:13 11:20
18:13 45:2 48:16
49:19 54:13 74:15
88:20 91:23 92:4
111:13
Donald 58:2
donated 93:14
door 8:24, 24 13:12
44:8 48:1, 1 51:13
93:10 101:9, 12 102:4
103:1

Doors    26:13    44:7, 20
    47:7, 10    102:16, 16
Dorchester    19:19    27:24
    32:13    40:3
downhill    74:21
downstairs    17:10
    110:24    111:1
downtown    58:2
Dr    54:19, 21    56:1, 3,
    13, 14    59:14    62:25
    66:16    68:21    73:6
    7, 10    77:6, 7, 8    78:18
    94:7, 9
Drive    2:9
driver    45:21    46:8
driving    48:5    84:1, 7,
    98:2    102:1
dro    36:1
drove    36:2    84:15
    101:18
dryer    45:1    92:7, 9
drying    45:2
Duane    27:13
D-U-A-N-E    27:13
duly    6:16    118:7
dump    46:17, 18    84:17
    102:21
dust    10:6, 10, 15, 19, 24
    11:2, 2, 19    12:14, 22
    13:17, 24    14:6    15:8
    16:7, 20    42:14    43:15
    79:10, 25    80:24    81:15
    19, 23    83:6    91:16, 19,
    20    92:19    97:19    103:17
dusty    42:13    47:11
    103:3, 5, 7    111:16, 21
duties    101:20
DVD    64:9, 12    117:3

< E >
earlier    37:19    52:12
    72:16    81:22    84:24
earliest    22:17
early    23:8    53:14
easier    39:5    75:3
easily    60:25
East    30:21    40:18
easygoing    88:18
eat    21:13    22:2
Edgar    26:1
effect    70:24
eight    29:25    59:8
    83:4    109:14
either    25:12    48:17, 17
    55:10    94:5    102:22
    104:11
elaborate    88:9
Electronic    3:20
eliminated    48:9
eliminations    48:10
emergency    71:22    74:7
Emil    96:2

emotional    21:10
emotionally    23:9
employees    53:6
employment    38:11
    100:5, 12    101:5
ended    88:20
enjoy    48:25
enjoyed    71:2
entire    53:13
environment    15:3    105:6
especially    48:22
establish    38:10
estimate    15:18    109:13
ET    1:1, 4, 5, 6, 7, 8, 9, 10
    82:2
eventually    82:2
everybody    60:22
Everyday    88:24
exact    9:1    33:19
    48:9    54:17    81:24
exactly    26:1    46:25
    49:9    70:22    75:1
examination    1:14    3:3,
    6, 7    6:17    24:19
    115:6
Examined    6:16    118:6
Excuse    35:8
Exh    3:11, 11, 12, 13, 14,
    14, 15, 15, 16, 17
Exhibit    5:3    7:9, 14, 18
    15    18:17, 19, 22    31:24
    37:23, 24    65:20    71:12
    72:4    84:19    85:4
    103:19, 24
exhibits    3:17, 20    22:13
expert    94:4    114:5
experts    89:25    114:9
Expires    118:21
explain    56:18
explained    72:25
exposed    87:18    92:19
    93:4    105:5
Exposure    3:15    78:24
    87:11    89:24
extent    105:14
extra    46:2    48:5, 5
    93:23

< F >
face    113:13
facial    104:17
fact    22    102:15
factory    25:9
Fagbemi    76:6    77:6
failure    115:15
fall    26:5    68:4
familiar    35:7    42:9
    44:10, 23    54:20    77:16
family    28:3    43:22
    55:24    56:1    65:11
    106:2, 3, 6, 9
fans    48:20, 21

far    13:11    27:3    31:7
    67:16    72:23    80:21
    83:2    104:23    108:11
farm    7:24    25:7, 9
farmers    25:8
fast    74:21
father    95:19    96:2
favorite    22:9
Federal    1:16
feeding    44:19
feel    39:8    69:3
feeling    22:24    23:6
feet    58:18
fi    83:3
Figi's    100:7
figured    24:10
filed    2:24    5:10
files    3:20    38:12
filled    82:1    86:10
film    10:15    11:3
    81:10
filter    10:18, 25    12:20
final    19:6
find    24:7    94:23
fine    14:9    27:15    28:7
finish    18:9
finished    42:5    94:14
finishes    31:3
fir    17:24
firm    19:5    20:5, 6
    90:11    105:18    107:11,
    12    108:3
first    6:15    7:19    10:24
    17:25    18:4, 14    21:5
    22:17    35:22    38:15
    39:18    41:24    60:5
    85:24    86:7    90:10
    91:15    107:14    109:12
fishing    22:5    68:2
    7
five    26:9    30:1, 4
    11    59:19    83:4
five-minute    64:5
fixed    16:7
fixing    88:23
flat    58:18
flip    39:16    40:17
Floor    2:19    17:20, 25, 25
    18:5    54:2
flopped    61:8
flowers    49:18
fluctuated    61:15
fluid    75:23
flying    48:23
fold    12:6
following    35:21
follows    6:16
foot    101:12
foregoing    118:6, 10
Forever    56:19
forgetful    70:23

forgetting    71:3, 5
forgot    61:5
form    92:23
Forman    2:13
Fort    36:24, 25    37:1, 4
    87:15, 16    forth118:9
forwarding    35:10

found    23:24    46:23
    74:5    78:5
four    13:16    25:18    59:19
    89:18
four-by-eight    111:4
four-foot    111:3
fourth    39:18    91:15
frame    64:25
Frank    3:16    94:8, 24
    114:4, 13
free    39:9
fresh    79:8    92:11
Friday    77:2
friend    106:25
friends    96:13
front    19:15    39:21    64:7
    78:7
full    4:17    6:19    53:11    73:2, 3
    118:10
full-time    46:8
function    23:8
funeral    78:16
further    116:24    118:12

< G >
garage    51:6, 10, 13, 20
    52:5, 10
gas    73:4, 23
gather    12:25
gatherings    88:12    89:2
gears    49:10    78:23
general    68:2    114:15
generally    52:5, 10    55:24
    63:6    79:5    80:20    81:5
generic    112:17
getting    16:21    67:10, 21
    73:24    74:8
give    6:19    32:20    48:8
    58:22    71:16    76:24
    81:24    85:21    90:5, 7
    109:12
given    89:25
gives    39:18    41:10
glance    90:7
glass    44:9
glue    44:20    45:2
Go    7:22    18:17    20:16
    24:18    25:2    32:2    36:10,
    22    37:8, 8, 10, 24    38:21
    39:2, 9, 16    54:4    56:17,
    20    58:21    59:25    60:10,
    13    62:18, 21    63:12
    64:19    66:13    68:3
    82:24    85:10    86:3
    88:13, 18, 25    89:1

92:25      96:24      99:2, 16
105:16, 18      115:4, 18, 24
goes      62:4
going      7:20      14:18
24:23      25:2      27:9
31:5, 22      37:15, 24
41:13, 15      54:4      55:24
59:10, 11, 11      60:16
61:21      63:14      64:15,
65:16, 16, 23      66:12, 13
71:8      78:23      87:5
89:23      90:7      94:12
95:13, 14, 14      99:9
114:23
good      76:24      79:7
gosh      52:3
grab      32:2      64:6
gradual      76:19      88:8
gradually      81:25
graduation      22:23
Gramann      5:15, 17
grandchildren      89:17
granddaughter's      22:23,
25      73:1
grandkids      68:4      89:14
Great      34:24      51:25
greatgrands      89:19
grew      7:24
Ground      17:20
grow      29:22      49:18
Guard      101:16
Guards      8:6      10:3
guess      32:20      62:1
guided      44:2
guys      111:15, 18

< H >
hair      104:17
half      9:19      27:4
45:12      72:12      73:14
hall      17:22
hallway      17:18      18:4
hamper      11:18      17:15, 16,
17      18:7      53:25
hand      6:8      38:2
48:18      65:23      89:23
handed      94:3
handle      16:20, 21
handled      107:23
hang      10:12
hanging      12:15, 16, 17
Hansen      2:21      5:14
happened      63:9      69:16
72:18      76:20
hard      21:24      23:6
harder      22:7      89:2
Hardin      2:8
hardy      22:3
haul      46:16      102:20
hauled      46:11      47:1
102:3
hauler      45:20

hazards      103:2
head      25:4
health      21:5      103:11
211:6
heavily      25:11      27:15
28:1, 16      29:3, 14
heard      95:17
hearing      57:8, 12, 25
58:1, 2, 3, 7      93:15, 15
heavier      14:1
heavily      114:2
heavy      114:3
HECKEL      1:4      96:18, 20
97:1
He'd      21:13, 13      36:22
58:21      59:19, 23, 23, 25
60:6, 6, 9, 10      69:17
88:22      93:20      103:5
Heiting      106:12, 14, 18
107:9, 17, 22
H-E-I-T-I-N-G      106:12
held      5:12
he'll      26:8, 12
Help      49:18      88:22
helped      110:17
helping      49:20      75:16
Henry      3:17      94:10
Herald      82:12
hereunto      118:16
Highway      34:8      84:8
hip      58:14
hire      65:2
hired      64:18
History      3:14      25:13
28:4, 18      29:6      54:23
55:22, 22      65:17      66:18
24      67:4      72:5      83:12
115:9
Holiday      1:19
hollow      44:9
home      8:11, 15      10:10
12:5, 9      13:6      16:18
17:13      36:15      39:25
50:5, 10, 13, 13, 14, 15, 20
75:13      76:25      78:16
80:21      81:12      83:9, 18
84:1, 7, 11      93:12, 16, 18,
20      97:19      100:13
104:14      109:6, 9, 24
115:18, 22
honestly      93:6      114:21
Horvath      54:21
hospital      24:6      63:1, 2,
3      71:25      74:9      75:18
76:2      78:14
hospitalized      59:18
hotel      23:8
hour      83:11
Hours      78:9, 12
house      10:18      14:16
32:25      36:15

80:15      83:4      100:1
110:23      113:14, 16
housing      8:9
Huh      88:16      98:4
hung      13:4, 19      91:22
92:4
Hunkins      1:18      5:17
118:3, 17
Huron      28:25, 25
husband      7:2      8:1, 12,
20:19      61:14      93:4
96:24      101:13      102:1
20      103:14, 20      104:13
16, 19      108:16      109:23
110:5, 9, 15      111:12, 23
113:15, 18      114:20
husband's      101:16
hydrate      77:16

< I >
idea      55:3      112:3
identification      5:4      7:15
18:20      38:1      65:21
70:13      89:21      93:25
IL      2:5, 9
Illness      66:19, 24      68:8
72:5      98:10
illnesses      98:24
immediately      71:22
immune      60:23
impact      97:24
impacts      98:4
impartiality      118:15
important      58:12
improve      75:11
improvement      75:9
inclined      109:3
included      3:17, 19
including      60:22
increased      72:12      75:19
indicate      102:25      110:4
indicated      102:3      105:8
106:19      108:16, 19
109:5      113:18      114:4
individuals      114:8
indoor      51:6
information      19:4      34:16
78:20      85:17
87:16
information,      87:10
inherited      89:18
Inn      1:19
inside      14:18      17:5
4, 52:10      85:18
insp      48:1
inspected      47:10
inspecting      47:7
inspector      48:1
install      110:7
instance      1:16
installed      115:23
insulation      115:19

intense      59:21
interest      68:1      118:14
interested      45:8      118:13
Interrogatories      3:13
18:24
interrogatory      31:23
84:20      85:6      87:5, 7
intersection      33:24
introducing      6:18
invasion      36:7
involve      105:17
involved      108:1
issue      16:11      115:12
issues      98:6      115:8, 11
It'd      76:21

< J >
Jackson      2:15
JACOBS      1:10
James      114:11
JANET      1:13, 14      2:24
3:3, 12      5:7      6:15, 21
87:10      118:6
Jessica      76:10
Job      3:14      8:1      31:19
41:16      42:13      47:11
48:10, 11, 25      106:13
jobs      27:14      39:17      44:7
John's      82:19      92:20
Johnson      114:11
Joiners      43:10
joints      67:16
Joseph's      63:5, 6
July      8:18      9:16      23:1
35:21, 22      71:9, 10, 11
73:10      74:6      76:14, 14
77:20      118:17, 21
June      1:19      5:6      22:22
66:13      67:22      68:22
69:1, 14, 21      73:6, 10

< K >
Kaiser      58:2
keep      48:13      62:13      63:23
KEVIN      2:16      5:23
99:18
Kidney      115:15
kids      50:13      60:23      68:3
kind      15:8      16:4      28:13
39:17      41:13      49:21
50:5, 20      54:4      58:21
60:12      65:16      70:9
71:15      73:18      106:13
108:24      109:8
knew      15:4      24:2      77:13
78:2, 3      95:20, 23, 23
96:9, 11, 15, 25      97:5, 12,
15, 17      113:24
know      8:25      9:7, 11      13:9,
9      14:17, 24      15:7      16:13,
14      22:2      24:8      25:1, 11,
12      26:15, 18, 19      29:4, 5,
19      33:17, 19, 23      34:4, 5

35:24   36:1, 2, 5, 14
40:3    41:1, 5, 14, 20
42:12   43:2, 4, 5, 17, 18,
20   44:5, 16, 17   45:3,
18   46:11, 15, 18, 24
47:1, 2, 11, 13, 13, 25
48:14, 19, 23   49:1, 4, 7
50:22   51:3   52:15, 15
53:1, 4, 15   54:1, 11, 18
55:23   57:17, 17, 24
58:16, 23   59:8, 21
63:14, 19   64:16, 24
65:5, 6, 12, 13   66:10
68:1, 19   70:20   72:17
73:8   76:1, 7   77:4
79:8   80:9, 12, 13, 14
81:10, 14, 15, 16, 18, 19,
20   82:8   83:2, 11,
14, 16   85:20   86:8, 9
87:19   88:5, 14, 24
6   90:13, 25   91:4, 7, 10
92:14   93:7, 8   94:13,
24   95:1, 3, 16, 17   96:9,
16   97:2, 2, 3, 6, 9, 15
98:1   101:17, 24   102:1,
2, 12, 14   104:1, 11, 12
106:1, 13   107:1, 13
108:10, 12   109:2
17   111:21, 24   112:11,
18, 23   113:1, 22   115:13
116:7

**knowledge**   12:7, 13
16:5   27:7   39:14
52:19   98:14   101:19
102:18, 22   103:13, 16,
17   108:5, 7

**knows**   95:1

**Koepke**   97:16

**Krutz**   2:13

**< L >**

**lack**   73:5, 22

**Lamar**   2:14

**lasted**   60:1

**Late**   9:14   19:9, 9
109:20

**laun**   18:7

**laundry**   10:12   11:11, 18
12:4, 23   13:5, 19
21   18:13   53:16

**Law**   2:4   19:4
89:25   105:17   106:4,
107:8, 11, 14, 18, 23
108:3

**lawn**   88:22

**lawyers**   107:6   108:9

**leading**   73:20

**learned**   103:9

**leave**   76:13

**Leer**   56:1, 13

**L-E-E-R**   56:2

**left**   36:13, 15   37:13
49:13, 13   50:13   54:16
111:11

**legal**   116:10

**legs**   115:17

**Leroy**   96:4

**lethargic**   21:12   60:20
15   67:25

**lethargy**   72:13

**Letter**   3:16, 17

**Lewis**   36:25   37:1, 4
87:15, 15, 16

**life**   70:25   106:15

**lift**   45:4

**light**   18:4   10:22   11:2, 10
14:13   112:16

**lights**   44:8

**LINE**   1:14   3:20   15:13
72:4   73:13   91:16
8:11   49:24

**list**   66:20

**listed**   5:10   32:24
96:9, 39:17   40:18   45:19

**listless**   68:1   88:14

**lists**   70:1, 4

**little**   13:2   14:4
23:5   25:5, 19   35:14
110:17:18   49:10   57:2

**live**   6:22   17:24
27:3   28:14   30:20
42:43   106:16

**lived**   8:11   25:9, 10
30:4   31:1   32:18
35:6, 10, 15   40:13, 20
79:1, 22   80:7   83:20

**lives**   26:1, 12, 25   27:7
24   28:15, 24   29:13

**living**   21:22   25:23
30:23   42:20   58:23
68:2   100:19

**LLP**   2:8, 13

**local**   16:3, 9   29:14
82:10   107:9

**locally**   30:17

**located**   30:17
16:14, 49:6   80:25

**location**   52:18

**logistics**   107:22

**long**   45:7   46:3, 4
85:6   91:25   92:1
20   110:19

**longer**   50:4   69:23

**look**   38:5   39:7, 16
44:18   45:9   66:3, 17, 14
69:9, 24, 24   72:4
91:12

**looked**   13:7   84:15
112:14

**looking**   38:18   48:1

**lose**   61:3

**losing**   68:1

**loss**   57:9

**lost**   115:16

**lot**   16:6   68:5   73:16
88:18   93:20   101:7
114:23

**lots**   80:13

**loved**   22:5, 5, 6   89:13
20

**lumber**   93:13

**lymph**   68:13, 14, 15, 16,
18

**lymphoma**   58:25   59:2, 3,
16   67:1

**L-Y-M-P-H-O-M-A**   59:3

**< M >**

**ma**   26:5   98:15

**Ma'am**   6:7   61:7
100:3   114:25

**machine**   11:23   12:1,
33:16:22   44:22   57:21

**maiden**   38   35:2

**mail**   35:6, 12

**mailbox**   35:13

**mailing**   41:8

**Main**   34:6

**major**   8   22:6

**making**   98:19

**Mali**   77:10

**M-A-L-I**   77:12

**managed**   88:21

**mantle**   58:25   59:2
68:14, 15   74:16

**M-A-N-T-L-E**   59:3

**manufactured**   112:3

**Maple**   33:1, 5, 20   40:8, 11
24   41:2   83:21   90:2

**Marathon**   7:23

**mark**   7:9   18:17
29:25   37:24   65:19
66:5, 6   71:8   89:12

**MARKED**   3:10   5:3
7:14, 17   18:19   22:17
31:23   37:25   65:20
71:12   89:20   93:24

**married**   8:2   9:15
28:17   31:1   32:17
40:14   42:3   55:1

**marrow**   67:5, 8

**Marshall**   76:10

**Marshfield**   1:19   5:13
99:2, 22,   8:3, 10, 16, 21, 23
13:14   26:13, 13, 24
29:13   30:15, 20, 21
31:17   32:19   33:6
40:19   46:22   56:16
70:11, 17   80:1, 6
19, 20   83:23   87:11
99:24   100:13, 17

**MASEPHOL**   1:5   95:20
96:2

**mask**   104:14   112:9
113:13

**masks**   103:21   104:1, 4
111:13, 15   112:4   113:5

**match**   24:8   53:2

**materials**   44:5

**matters**   5:8

**MCCOY**   2:4   3:3, 16, 17,
20, 25   4:1   5:21, 21
6:11, 14, 17   7:8, 12, 16
18:21   24:12, 16, 18
31:2, 5, 13, 25   38:7, 9,
15, 18, 21   39:1, 4, 7, 11,
14   43:1, 4   52:13   78:25
79:3, 6, 15, 19   86:1, 3,
14, 17   89:24   90:11
92:21, 23   94:13   95:1, 7
98:15   99:8, 13   105:13
99:15:4   116:25

**MCGUFFEY**   2:13, 25
23:6, 7   5:25, 25   24:19,
21   31:9, 15   32:1   38:2,
4, 8, 22   39:3, 6, 15   43:3,
6   56:11, 12   59:2, 5
61:13   64:3, 13   65:19,
22   66:4, 10, 14   68:10,
11   71:14   79:5, 9, 21
86:2, 6, 19, 21, 25   87:2
89:12, 16, 22   93:2   94:2,
17   95:4, 10   99:1   115:2,
5, 6   116:23

**meal**   61:4

**mean**   6:20   11:21   12:5   23:13
25:11   30:16   49:2, 6
51:7   55:20   73:18
83:10   86:10   88:17
90:8, 91:3   97:3   114:15
116:13

**means**   45:20   105:5
21:17   52:2

**measuring**   13:10

**mechanically**   109:3

**Med**   101:2

**Medford**   28:1

**Media**   5:7   16:16

**Medical**   3:14, 15   54:7
55:21   65:17   66:15, 20
71:10   76:15   108:11

**Medicare**   64:1

**medication**   58:22   59:22
61:20

**Medium**   61:15

**meds**   101:2

**meet**   35:20   96:15

**meetings**   83:19, 19

**member**   43:7   106:2, 3,
6, 9

**mention**   44:14   69:20
82:19:8   103:3

**mentioned**   37:18   47:23
106:18:19   50:25

**mesothelioma**   20:24
23:11

**met** 8:1, 13 9:13, 14 32:15, 16 36:18, 21 37:11 54:19, 25 94:5, 6, 9 101:24
**metastasized** 67:7
**middle** 20:4 26:6, 9
**mike** 6:13
**miles** 32:21 79:16
**military** 36:16
**Milton** 95:16
**Milwaukee** 5:16
**Mine** 51:15
**mineral** 93:16
**Ministry** 63:5, 6
**minor** 57:2
**minute** 37:16
**missed** 61:4
**Mississippi** 2:15
**mistake** 20:6
**MITCH** 2:13, 25 5:2 24:20
**moment** 20:19 42:2
**money** 48:6 98:21
**Monica** 1:18 5:17 118:3, 17
**monitoring** 57:6
**month** 85:23
**monthly** 83:19
**months** 21:2 24:3 40:21 60:6, 15 62:5 63:15 67:19 69:13, 16, 22 78:8
**morning** 21:13
**mother** 25:8, 9, 14
**mouth** 112:15
**move** 9:17 47:25 66:21 113:14
**moved** 7:25 8:3, 8 10:4, 7 15:20 29:24 32:15, 17 34:3, 10 47:14 80:3 84:9 99:24 100:13 109:16
**moving** 8:10 45:1

**< N >**
**name** 5:14 6:19, 20 18:25 20:3, 4 24:20 35:2 41:4 43:9 82:10 94:10, 15, 21 95:17 97:17 99:18 106:11 114:6 118:10
**named** 78:18 118:6
**names** 55:23 63:8 97:18
**National** 8:6 10:3 101:16
**natural** 89:18
**nature** 29:9
**near** 33:12, 23 46:21 80:10, 10 81:17 83:2
**nearby** 90:21
**need** 39:7 69:4 99:21

**needed** 20:12 57:2 58:20 75:14
**negative** 74:19
**neither** 118:12
**nervous** 55:11
**never** 24:8 27:17 13 43:24 53:7 58:4 22 60:11 61:4, 15 63:21 77:13 78:5 84:12, 16, 17 95:5, 6, 9 96:16 101:9, 10 103:8 104:13, 15, 24 113:21
**new** 31:19 35:23 106:15 109:2, 10
**News** 82:12
**newspaper** 82:11 115:21, 23
**night** 19:9 77:2 11, 16
**nodes** 68:13, 14, 15, 16, 18
**nods** 25:4
**noise** 57:10, 23
**normal** 52:24 68:23 69:6
**normally** 88:11, 22
**North** 2:19 6:23 10:4 34:10 41:10 50:10 80:3
**northeast** 91:2
**Nos** 5:3 93:24
**nose** 112:15
**Notary** 1:18 118:3, 22
**note** 66:7
**noted** 53:15
**notes** 65:24 118:10
**Notice** 1:17 3:12 9:22 18 21:5
**noticeable** 14:10 68:20
**noticed** 10:9 22:8
**November** 35:21
**number** 34:17 41:7 58:14 91:5
**nurse** 57:1 63:22, 23 100:22
**nursing** 71:22 100:16, 22 76:11

**< O >**
**object** 92:21 105:13
**Observation** 70:1, 10
**observe** 10:5 14:16 85:10 79:10, 25 83:6
**observed** 14:6
**obviously** 92:24 99:15
**occupation** 106:13
**occurred** 23:10 104:24 113:16
**O'CONNOR** 2:8
**October** 35:20 60:2
**odor** 91:21
**offbearer** 45:1
**offered** 53:5

**office** 31:18 41:7 98:15 106:25 107:8
**Officer** 28:16
**Offices** 2:4 5:16
**off-white** 10:21 11:9, 10 36:4 104
**oh** 31:4 50:7 52:9 56:16 57:5 58:10 78:2 79:12 85:9 92:10 115:1 oil 50:3 109:1
**O-J** 56:3
**OJ-A-Y** 56:4
**Okay** 6:11, 21 7:8, 12, 23 8:19 9:4, 10, 15, 17, 24 10:23 11:25 12:2, 12, 19 15:11, 16 16:15 17:8, 17 18:9, 22 19:9, 11, 11, 17, 25 20:9, 14, 16, 22 21:1 22:13 23:17, 22 24:2, 15, 22, 25 25:3 26:7, 11 28:23 29:12, 20, 30:5, 10, 14 31:7, 22 32:19, 24 33:8, 15 34:12 35:5 36:20 37:15, 22 38:21 39:2, 19 40:6, 15 42:10 45:13 47:6 48:7 51:17, 22 52:3 54:3 56:10 57:7 58:24 60:2 63:11 65:10, 15, 18 66:22 69:11, 19 70:3 72:6 73:17 76:23 78:10 79:6, 13, 19, 24 80:20, 22 85:9 86:10 87:1, 8, 23 89:10 91:6, 9 91:12, 14 92:16 93:22 99:11, 18 100:5, 24 101:3, 5, 15 104:3 105:4, 21 106:6 107:12 108:6, 22 111:9, 22 112:13, 23 113:3, 15, 18 114:7 116:25
**old** 25:20 29:4, 15
**older** 50:15 67:21
**oldest** 25:24 26:3, 4
**Olympia** 30:13 35:15
**on-call** 76:12
**once** 36:25 60:10
**oncologist** 66:25
**one-car** 51:19
**ones** 36:3 48:8
**open** 102:21 111:11
**opened** 10:17
**operating** 42:7
**operator** 42:19 44:15 45:5 48:18
**opportunity** 118:8

**opposed** 69:13
**ordered** 77:7
**organs** 61:24
**original** 2:23 3:19 67:14
**originals** 3:17
**Oswani** 56:4, 14
**O-S-W-A-N-I** 56:4
**outcome** 118:13
**outer** 52:21
**outs** 13:17
**outside** 10:16 12:15, 18, 23 13:18 14:16 51:11 53:24 54:1 80:8 81:4 91:22 97:19 100:1, 13
**Overseas** 36:11, 12
**over-the-counter** 61:23
**OWENS-ILLINOIS** 2:7 6:4

**< P >**
**PAGE** 3:3, 20 19:14 20:3 32:3 34:19 39:21 40:17 41:10 45:9 66:20 69:9, 24, 25, 25 70:2 72:4 75:8 87:3, 118:3
**paid** 55:5 57:14 84:12
**pain** 58:22 67:16 72:9, 11 61:9, 73:12, 15 75:24 64:3 77:19
**paint** 26:17 110:6
**Palmetto** 26:25
**pants** 53:1
**paper** 82:13
**papers** 16:3, 10 116:12
**paperwork** 65:3
**paragraph** 91:15
**pardon** 37:16
**parents** 7:21 25:6
**park** 51:10 52:5
**parked** 14:8
**Parker** 3:16 94:8, 24 95:11 114:5, 13
**parking** 80:13
**part** 11:2, 3, 6 15:3 31:18 34:19 35:22 65:15 58:18 71:2 106:24
**participate** 110:9, 15
**particles** 10:15
**particular** 34:17 66:2, 9 101:20
**parties** 1:18 118:13, 15
**parts** 13:18 26:21
**party** 18:25 44:4 101:13 118:12
**pass** 7:10
**passed** 8:14 21:1, 7, 8 22:4 23:14 24:4 25:22

61:19        62:17        77:2, 24
101:2
pastime        22:9
Pat        27:24
patient        72:8
Patricia        27:24
pay        10:8        48:14
115:25, 25, 25        116:6
pdf        3:20
Peach        6:23        8:21
11:13        13:11        17:23
18:14        29:23        30:23
34:10        41:10        50:10
80:3        84:9
Pearl        2:19
PECHER        1:6, 13, 16
2:24        3:3, 12, 15        5:8
6:15, 21, 22        7:3
20        32:8        37:19, 21
38:10        54:23        64:14
75:8        82:16        83:14
84:14        87:10        92:19
99:3        116:9        118:7
P-E-C-H-E-R        6:21
Pecher's        25:6        49:11
52:13        98:16        115:7
people        35:18        97:6
perform        105:23
performed        106:7, 20
108:12
period        21:6        43:19
110:19
permanent        57:8
Pers        81:20
person        24:23        106:2
107:8
personal        15:6        34:20
103:13        106:5
Personally        81:13        87:2
100:2, 12        101:6
personnel        108:12
persons        118:14
Phillips        21:18
phone        114:18
Photograph        3:11, 11
photos        22:16
physical        21:10
physically        13:1        23:9
physician        63:19        77:4
98:9        108:11
physicians        55:24
pick        46:1
picked        59:24
pictures        22:10
pieces        93:10, 13, 16, 18
pier        35:17
Pigs        36:7
pills        59:23
pinpointed        80:25
place        13:11        21:18
70:17        79:4        118:9
places        14:5, 7, 15        41:8

24 50:11
plaintiff        5:8, 20
Plaintiffs        1:16        2:3
95:15
Plaintiff's        3:13        18:23
Plan        69:10
planning        99:14
plant        8:24        13:12
26:16, 22        27:18        32:8
32:10        41:18        43:18
45:16        47:12        49:1
16, 18        53:5        54:8
57:1        79:10, 11        80:12
9, 10, 11, 15, 25        81:1, 9,
16        82:14, 14, 23, 25
87:12        91:16        92:19
93:10        97:7        100:7
101:9, 12        102:4        103:9
10, 15        104:14, 17
Plaster        110:1
Plaza        2:18
Pleasant        28:15
please        5:18        6:6
plus        52:3
point        9:9        12:3
17:6, 10        22:2        26:18
13        97:14        98:8
104:9        116:16
polluting        16:13
portion        75:4
post        41:7
potential        98:10
Prairie        28:15
prefer        92:10
prepared        19:4        89:24
preparing        90:11
PRESENT        2:21        8:16
19        66:19, 24        68:8
pressure        75:25
Pretty        12:1        97:25
109:4
prevent        97:19
primary        24:7        55:25
78:4
primer        113:11
printed        66:11
prior        50:21        59:6
Probab        42:22
probably        39:4        46:5
109:14
problem        39:6        65:14
67:4
problems        27:6        28:21
29:8        55:7        58:14
67:16        72:23        73:23
77:16        98:7        103:11
Procedure        1:7        46:16
Proceedings        117:5
process        11:20        44:20
58:16        110:16, 20
produced        37:23
program        54:6

progress        50:17
progressed        50:2
progression        70:21
projects        93:19
pronunciation        59:12
protect        61:22, 23
protection        103:15
prove        85:17        118:15
provided        3:20        19:3, 6
21        52:16, 17        57:13
PRUST        1:7
Public        1:18        16:5
128
pull        10:13
purpose        36:16
purposes        99:14
pursuant        1:16, 17
push        110:13
put        6:12        12:23
20:17, 17        44:9        50:12
66:7        92:13        109:1
111:10, 21

< Q >
quality        70:24        83:8
question        18:10        31:3
32:6        41:24        67:3
75:7        90:10        92:23
questionable        68:24
69:15, 20        questioning
38:9
questions        24:13, 24
25:2        38:25        39:2
23        90:8, 16        95:14
16, 19        108:15        114:17,
19        115:3
quick        66:16        90:16
115:3
quickly        115:18
Quinn        54:19
quit        37:14        52:9
14
quite        44:10, 10

< R >
radiation        104:20, 22
105:2, 5
railroad        33:25        34:2
raise        6:8        73:5
raised        19:18        25:7
rapidly        73:9
read        118:8
real        73:23        111:16
really        15:3        55:20
115:18
recall        13:21        35:11
43:11        45:6        54:12
55:13        67:5        69:9, 12
76:11        79:7        80:2
83:25        84:5, 10        86:24
24        93:15        108:23
109:11, 24        110:19

114:13, 16
receive        35:5
received        98:21
recess        64:10
recognize        94:15        97:18
recollection        16:10        18:12
20:21        40:20        46:7
64:24        79:24        111:22
recommend        105:11
recommended        106:4, 6
107:18
Record        3:14, 15        5:5, 19
7:8        19:13        64:9, 12
117:3
records        9:1, 4, 6        37:19,
20        38:10, 11        42:18
54:11        64:19
re-do        82:8
redone        50:22        92:13
reduced        118:11
referring        57:4
refresh        40:19, 19
refuse        45:20        46:14
regarding        87:11
registered        100:21
regular        54:7
related        24:5        98:22
101:9        118:12
relation        82:23
relationship        97:13
relaundered        92:13
relieve        75:24
remained        110:24
remember        15:24        20:23
33:20        34:5        40:10
43:15        44:25        53:12
54:14        55:6, 18        61:20
67:19        71:16        103:12
112:13
remission        59:17        60:2
92:22
remodeled        50:14
remodeling        50:6        109:6,
8, 11
remodels        50:10
Removal        110:11
remove        46:15
removed        25:16        75:23
111:2
repair        49:21, 23        50:25
Repeat        35:8
repeated        110:22
rephrase        70:8
replace        109:2
replaced        58:5, 6        109:16,
17        110:11        111:5, 6
report        66:15        76:16
78:7, 17        115:24        116:1, 2
reporter        5:17        6:6, 7
8:21        59:1        66:8
Reporting        5:15, 17
reports        71:10        94:4, 5
114:5

represent 24:21
representation 116:10
representing 6:3
request 78:21 105:25 118:8
requested 3:19, 20
required 56:22
requires 118:15
resell 97:22
residence 8:16, 19
residue 13:2
resp 103:17
respect 107:22
respirator 104:14
respirators 103:22 104:6 111:13
respiratory 27:5 28:2 29:8 98:7 103:15
Response 3:13 18:23 87:7
responses 31:24 84:20
rest 21:14 26:19
restorative 101:1
restrooms 64:6
retention 72:24
retired 43:22, 25 49:17 50:9 56:3
retiree's 96:23
retirement 101:13
returned 9:22
reviewed 19:3, 5
rewash 10:14
rewashed 92:5
reworked 50:20
rid 82:9
right 6:8 7:17 9:8 10:1, 9 12:14 14:21 17:20 18:6, 16 19:1, 7, 9, 20, 23 20:2, 12, 14 21:2 23:15, 18 21, 25, 25 24:1, 11, 12 27:23, 25 28:11 30:5 18 31:13 32:4, 11 9, 13, 19 34:14 38:5, 40:4 42:21, 23 43:16 44:13 49:8 51:15 12 53:17 54:3 56:6 58:25 62:3, 5, 6, 12, 14, 16 63:2, 10, 10, 12, 25 65:4 67:12, 13 68:1 69:5 70:7 74:11, 25 75:12 76:5, 8 78:1, 80:18 81:2, 6 82:10 83:24 84:23 85:8, 86:13, 18 87:22 90:14 18, 22 93:3 98:5 104:7 108:4, 20 110:7 113:17 114:24 115:5 116:21
ring 40:23 94:11
rip 42:8, 9, 19
ripped 115:19

Rita 96:11
RN 100:21
roads 80:6
ROBERT 2:4 3:16, 17
Roddis 26:14 38:12
Roger 97:4
Ron 97:16
room 50:23 60:24 71:22 74:7 91:20
rooms 109:18 110:23 111:1
Rose 25:24 26:3, 4
roughly 42:21 62:15 75:6
Route 39:24
router 47:17 48:18
routine 68:25
RPR 1:18 118:3, 17
Rule 1:16
Rules 1:16
run 52:9
running 70:9

< S >
sa 103:23
Saint 63:5, 6
sat 23:4
saw 10:20 13:4 42:8, 8, 9, 19 63:21 80:19, 24 81:3 84:16 17 85:24 86:5, 9, 15 96:24 113:3 114:5
sawdust 42:14
sawing 44:23
says 19:18 67:4 8:22 72:8 75:8 93:9
scan 3:1 69:15
scans 60:6 62:4, 8, 16
Schiff 2:8
school 100:7
scientist 92:24
Scouts 83:14 93:9, 17
screening 57:4
screens 14:18, 19
sealed 102:20
seasonal 100:7
second 39:18 40:18 55:4 66:6
secondhand 102:12
secretarial 8:1
section 66:19 68:8 69:10 70:1 91:13
Security 34:16, 21
see 12:14 13:1 14:9 16:9 37:20 68:19, 25 96:9 2, 5, 10, 12 70:9 73:13 77:6 80:15, 16 85:5, 11 113:2
SEEHAFER 1:8 97:4
seeing 70:16 82:13 83:25 84:6, 10
seen 18:22, 25 35:2 38:11 39:5 69:4

18 80:22 84:25
13 90:2 94:4
sent 71:21 72:9
sentence 72:8
separate 26:21, 23
September 100:8
service 8:5 9:20, 22 10:1 30:13, 14 33:4 35:9 36:21 40:21 109:4 118:15
set 64:7 69:22 71:5 108:2 117:1 118:9
settle 14:19
seven 8:11, 15 29:25 30:1, 6 34:13
severe 73:23 77:18
shake 16:19 17:2
shaking 53:19
shards 93:16
Sharon 96:20
sheetrock 109:24 11 10 113:12
sheets 10:12 92:4
she'll 31:9, 9, 10 99:1 15
Shelli 29:11 30:15, 20
S-H-E-L-L-I 29:11
shift 41:24 49:10
shirt 53:1
shoes 10:11 53:10, 10
shop 26:17 48:3, 17
shops 109:4
short 99:21 114:17, 18
shorthand 118:10
shots 101:4
shou 52:19
show 44:12
showers 53:5
siblings 25:17 28:4
side 12:23 84:3
sign 118:8
signature 19:6
signed 20:14 86:11 116:12
significant 21:6
signs 70:18
sills 10:17 14:17
similar 56:8
single 13:20
Sir 7:11
sister 25:24 27:22
sit 88:18
site 24:7 46:18
sites 46:17 91:6
sitting 78:7
six 22:19 29:25 37:13 62:12 63:15 89:23 101:23
skin 28:5
skip 27:9 66:12
sleep 21:14 78:6,

slept 21:21 68:5
slide 61:8
slightly 20:16
slow 70:22
small 34:7 69:15
smell 92:11
smelled 91:16, 17
smoke 16:6 80:17
smoked 54:25 113:22, 114:2
smoker 114:3
smoking 54:24
soap 12:6, 8
Social 34:16, 21
socially 96:16 97:9
someone 102:11
somewhat 56:8 64:15
son 8:4 35:19 97:1
sooner 69:17
sorry 31:4, 14 44:17 61:9 72:10 92:17 94:22 112:7 114:22, 23
sort 28:14 55:9, 19, 21 57:25 58:12 70:24 76:15 78:24
sound 35:7 54:20 77:10
sounds 42:9 44:10, 23
South 1:19 2:5, 9, 14 32:25 33:5
space 50:14 111:11
speak 64:16
special 60:24
specific 48:24 80:25 109:12 111:22
specifically 55:8 103:2
specifics 114:16
spell 6:19 68:10
spelled 20:4, 4
spelling 56:8
spent 89:14
spoke 95:11 101:15 114:4, 13
spoken 94:7 95:8 107:17 114:8, 11
spot 110:13
sprayed 113:7
St 82:19 92:20
stack 80:17
stacks 16:6
staff 71:23
Stage 67:8
Staggs 65:24
stand 75:16 110:8
standing 58:19
stapled 85:8
start 7:19 22:16, 17 58:5, 8 66:23 74:7, 13, 22 88:6
started 8:25 31:19 54:13 55:19 58:16 59:10 61:18 64:16

70:20      73:7, 24      100:7
109:12
**Starting**      45:14      56:18
64:21      68:2      82:3
**starts**      72:7
**State**      1:18      5:18
72:8, 10      107:13      118:1,
5, 21
**statement**      64:14      87:9, 22
**STATES**      1:1      5:11
**stationed**      36:24
**stay**      60:22      113:14
**stayed**      8:1, 7      37:12
**step**      106:22
**stepped**      101:11
**Stetsonville**      27:16
**sticker**      66:9
**stipulate**      99:8
**stomach**      61:22      69:21,
73:23, 23, 24      74:18
75:24
**stop**      68:2      88:6
**stopped**      10:13      12:17
15:14      62:15      91:23
92:4      114:1
**store**      96:15
**stored**      17:15
**straight**      82:24      83:1
**straighten**      55:2
**strap**      112:18
**straps**      112:19, 21, 24
**Stratford**      8:8      9:18, 21,
23      29:24      30:8, 16
4      41:7      42:21
46:24      79:22      80:1
91:9
**Street**      2:14, 19      11:14
13:12      17:23      18:14
28:25, 25      33:5, 14, 17,
23      34:6      40:8, 18
52:25      90:23
**strictly**      97:9
**stuff**      48:23      57:25
102:17      110:18      114:22
**Stuffy**      91:18
**subjects**      20:18
**subscribed**      118:17
**Subsection**      34:14      87:21
**substance**      101:21
**substantial**      118:14
**success**      25:15
**successful**      28:2
**sudden**      76:18
**suggest**      105:11
**suggested**      106:2
**Suite**      2:9, 14
**Sulzer**      35:3
**Summary**      3:15      89:24
**summer**      36:23      48:22
**Sunday**      77:3
**supervision**      118:11
**supplemental**      60:7, 13

62:4      70:6, 12
**supplementary**      1:17
**supposedly**      65:2      115:12
**sue**      8:1      6:14      20:20
35:1      41:19, 22      42:14
37:9      43:3      45:7      49:24
118:12, 15:1      53:20      56:7
71:7      85:21      90:24
97:9, 23      97:23      104:2
107:15      111:25      112:12
115:4      116:3
**surgery**      58:20
**surprising**      66:25
**surveillance**      54:6
**swear**      6:6
**swelling**      68:18
**swollen**      68:12
**sworn**      6:9, 16      118:7
**SYDOW**      1:9      97:11
**symptoms**      72:16      75:10
**system**      60:23      63:24

**< T >**
**table**      37:17
**take**      17:1      18:10
23      53:25      64:4
72:3      84:19      92:1
**taken**      1:16      5:8
57:18      64:10      118:9, 10
**talk**      20:18      42:7
19, 24      45:4, 23      47:6
18, 25      48:15      49:10
**talked**      41:21      52:12, 18
113:9, 5:7
**talking**      11:13      16:22
50:8      53:19      107:23
**tall**      61:17
**tape**      13:10
**Tardy**      2:13
**tear-out**      110:10, 14
111:13
**tech**      101:2
**tedious**      95:14
**telephonically**      2:9
**tell**      10:19      12:15
25:5, 19      28:13      34:15
35:1, 3, 14      45:25      47:19
70:21      74:24      78:19
88:2      91:17      95:21, 24
96:6, 22      102:12      114:21
**telling**      7:20      64:4
**ten**      15:19, 23      73:13, 17
109:14      114:1
**tendency**      118:14
**tenon**      44:15
**tenoner**      44:15
**terms**      13:5, 8, 23      16:21
21:6, 10
**testified**      6:16      72:15
81:22      84:24
**testify**      118:7

**testing**      71:25      74:4
81:11, 17
**Texas**      2:19
**Thank**      24:17      45:15
14, 61:11      66:22      94:1
**therapeutic**      104:25
**therapy**      100:25
**thereabout**      43:25
**thereof**      1:17      3:19
118:13
**thereto**      1:17
**thing**      22:6, 9      28:14
32:24      37:15      41:13
47:18      58:21      66:7, 16
85:2      89:23
**things**      15:21, 25      16:4
21:9, 9, 15      25:3      31:5
41:23      48:2      50:1, 3
62:13      64:6      67:3
8      82:9      85:22      88:20
90:19
**think**      9:4      19:12
38:39:4      43:10, 11      44:9
20, 20      47:4      51:5
56:7      66:4, 6, 10      67:20
22, 23, 10:17      71:1      76:23
10, 79:15      80:5      90:3, 3
94:1      99:2      102:9, 9
108:19      112:16      115:7
116:25
**third**      39:18      72:7
**Thompson**      2:18
**Thorne**      76:7
**thought**      15:2      37:23
40:24      55:11      62:13
65:13      71:20      73:3
93:7      106:19
**three**      11:17      13:15, 15
18:15      21:8      51:21
53:16      59:18, 19, 25
60:6, 15      62:5      64:20
69:13, 22      70:14      73:2
75:22      85:23
**throat**      55:12
**throat-clearing**      55:19
**throw**      77:17
**thumb**      38:23
**Thursday**      76:23
**time**      7:20      8:12, 13
13:22      18:11      21:6
10      38:16, 23      46:2
50:23      53:13      54:15
55:5      64:9, 12, 25
75:11      76:3      77:25
21      85:24      86:7      89:14
91:1      92:7, 10      99:5
101:11, 16      103:8
110:19      113:24      116:6
117:3      118:9

**times**      10:25      11:17
18:13, 15      43:16      48:19
53:17      67:20      75:24
88:19
**tired**      21:12, 24      60:20
67:25      68:5, 25      88:14, 14
**tires**      109:3
**tiring**      21:20
**titled**      18:23
**titles**      101:2
**tobacco**      113:20
**today**      15:9      22:11      80:20
103:10      112:17
**today's**      7:18
**told**      35:19      41:21      64:18
88:4      102:10, 11      103:20
**tolerance**      73:15
**tolerated**      60:18      76:24
**top**      62:13      68:15      70:1, 2
75:8      87:21
**Toe**      6:7,      109:18, 23      110:5
**totally**      11:1
**touch**      106:3
**tough**      60:19
**tour**      44:3
**toured**      43:23
**town**      80:6
**track**      84:2
**Trade**      97:23, 23
**training**      36:16, 18      37:8,
101:18, 21, 22      103:1
**transcript**      2:23      3:19, 19
94:18:8, 10
**transcription**      118:11
**travel**      21:23
**treat**      59:16
**treated**      67:10      74:8
**treating**      55:23      77:4
**treatment**      55:22      60:20
70:5      74:23, 23      104:20
**treatments**      59:19      60:14
70:13, 13      74:13      76:23
**tremendously**      22:1
**Treutel**      96:4, 7
**trick**      86:22
**trim**      42:8      47:18      73:25
**trimming**      44:23
**trouble**      31:6, 8, 12
**truck**      45:5, 21      46:8
48:2, 5      84:14, 17
101:18      102:21
**trucks**      36:2, 4, 5      46:12
9, 6, 6, 10      102:1, 20
**true**      67:9      91:9      118:10
**trusts**      98:17
**truth**      118:7, 7, 7
**trying**      3,      24:7      42:24
74:15      77:9, 15      86:21, 22
**turn**      75:3      87:3, 20
109:14
**twice**      58:6      60:10      62:10
69:6      109:16, 17
**twill**      53:2

**two**      9:20      11:12, 17
    17:25      18:15      21:8
    30:1, 1      1      36:22      37:7,
    40:13      51:21      53:16
    60:5, 7, 14, 15      62:3, 6
    72:12, 17      73:13      75:22
    76:19      88:1, 2      89:18
    91:15      100:18      110:24
    112:18      113:6
**two-car**      51:19
**two-week**      77:20
**type**      23:15, 25      46:11
    53:1      103:1, 14      104:10,
    16, 19      111:12      112:8
**typed**      20:4      86:1, 10
**typed-up**      86:15
**types**      47:1      103:21

**< U >**
**Uh-huh**      16:9      27:1
    48:11      50:16      56:11
    57:22      61:25      62:11
    67:9      69:18      74:1, 14
    75:15      84:22      87:7
    92:6      98:12
**ultimately**      87:25
**uncle**      96:8
**uncomfortable**      73:16
**understand**      68:12
**understanding**      7:7
    101:20      102:18, 22
    107:16
**uniform**      53:1, 3
**union**      43:7, 9
**Unit**      5:7
**UNITED**      1:1      5:10
**units**      8:10
**unknown**      23:15      75:10
**unusual**      60:19      61:6
**updated**      50:23      109:9
**upper**      80:16
**upstairs**      17:9, 19      18:2
    110:24
**Urban**      3:15      7:3
    10:10      19:18      26:5, 24
    27:8, 8      97:8      102:8
**Urban's**      16:22      38:11
**use**      18:16      92:7
    111:16
**usually**      10:13      14:4
    17:1      50:24      52:25
    83:13      88:12

**< V >**
**VA**      63:17, 20      71:19
    73:20
**value**      97:24      98:4
**various**      93:18
**Vaughan**      7:8
**vehicle**      14:8
**vehicles**      14:6
**verbatim**      56:6

**version**      19:6      20:5
**versus**      5:9
**VIDEO**      1:13, 14      2:23
    5:7
**videographer**      2:21      5:22
    6:2, 5, 12      61:7, 10
    64:8, 11      117:2
**view**      80:21
**visit**      43:21      63:16
**visited**      68:4
**visits**      56:17
**Volume**      5:6
**volunteer**      101:7

**< W >**
**W.D**      1:4, 5, 6, 7, 8, 9, 10,
    11
**wa**      103:6
**Wacker**      2:9
**wait**      18:9      31:2
    78:11
**Walgreens**      29:2
**walk**      31:22      32:5
    16      89:7      95:14
**walked**      52:6, 7, 8
**walker**      75:14
**walks**      88:25
**wall**      111:6      113:7
**wall-removal**      110:20
**walls**      50:22      109:18, 23,
    25      110:14      111:2, 6
    115:19, 20
**Wally**      95:19
**want**      18:16      20:18
    23, 23      31:7, 11      34:16
    38:10      39:1      66:2, 8
    68:3      69:2      71:7
    101:17
**wanted**      22:15      47:25
    48:3, 13      53:20      64:19
    69:12      87:9
**warning**      103:1
**washed**      53:5
**washer**      17:3
**washing**      11:23      12:1, 20
    16:22      17:5
**Washington**      8:7      30:13
**103:25**      106, 10      37:2, 3, 3
    64:17
**waste**      45:20      46:11
    84:1, 6, 10      91:1, 5
    102:4, 7, 19      110:17
**water**      12:6, 8      35:17
    72:23
**Watkins**      2:13
**WATSON**      2:8      6:3, 3
**Wausau**      7:25      30:9
    32:15, 22      40:12      42:20
    43:12      79:1, 11, 17
**way**      15:5      23:3
    50:1, 25      73:8      85:7
    102:23      104:11      108:1

**86:15**      111:24      118:13
**Wayne**      76:7
**ways**      87:17
**weak**      75:17
**wear**      52:23      57:12
**wearing**      58:5, 8
**wedding**      22:18      23:1
    73:1
**week**      11:17      18:15
    53:17      73:20      74:14,
    83:11
**weekend**      23:7      77:5
**weekends**      46:1, 5
**weeks**      22:20      36:22
    37:7, 10      59:18, 25
    70:14      72:12      73:14
    76:19      85:21, 23      101:25
**weight**      61:3
**welcome**      61:12      99:7
    115:1
**Well**      10:7      11:12
    13:25      16:11      22:18, 19
    23:6, 9      29:24      30:16
    32:17      33:1      36:1, 6
    41:1      44:25      48:5
    21      52:1      57:1      60:14
    62:16, 25      67:25      69:22
    70:14      72:25      73:4, 8
    76:4      81:24      83:3
    88:4      90:12      96:9, 11
    99:13      104:21      110:6
    114:19      113:10
**well-being**      21:11
**went**      8:6      23:7      25:1
    35:20      36:10      48:3
    56:23      58:1      59:17
    7      67:22      68:21      71:20
    74:4, 20      76:2
**we're**      25:2      27:9
    59:11, 11, 11      64:5, 8
    65:16      66:12, 13      78:23
    85:1      95:14      116:25
**Wes**      97:11
**west**      82:25      100:17
**WESTERN**      1:1      5:11
**we've**      7:17      8:17
**WEYERHAEUSER**      1:1,
    5, 6, 7, 8, 9      2:12      3:13
    5:9      6:1      8:13, 23
    15:5      16:12      18:23
    24:21      26:14      27:2
    38:12      49:14      57:10,
    64:17      84:1, 6, 6, 10
    90:25      99:20
**wheeze**      55:14
**WHEREOF**      118:16
**white**      11:4, 8      60:21
    112:16
**white-ish**      11:4
**WI**      1:4, 5, 6, 7, 8, 9, 10,

    11
**wide**      111:4
**wife**      72:8      96:10      97:14
**wind**      13:24, 25      14:2
**Window**      14:17      77:20
**windows**      10:16, 17
    13:18      14:17, 19      47:19,
    20      109:10, 16      110:8, 11
**windshield**      14:9, 12
**windy**      14:18
**WISCONSIN**      1:1, 18, 19
    205:12, 13, 16      6:24      7:24
    8:8      19:19, 24      26:1
    27:16      30:11      37:1
    107:15      118:1, 5, 21
**witness**      6:6, 9, 10      24:15,
    17      25:4      31:4, 7, 11, 14
    38:14, 17, 20      39:10, 13
    59:4      61:9, 12      79:7, 17,
    20      86:4, 16, 18, 20, 23
    87:1      89:13      92:22      94:1,
    15      95:3, 8      99:6, 10
    115:19      115:1      118:16
**wood**      93:10, 18, 20
    118:1
**word**      70:10
**words**      82, 102:15      105:24
**wore**      52:22, 23, 25      58:3
**work**      12:5, 10      16:25
    25:8      26:20      27:14
    41:25      42:2      49:13
    50:17      52:13, 16, 22, 23
    58:19      64:7, 16      100:1
    101:8      108:20, 24
    109:11      111:13
**worked**      8:12      14:24
    26:13, 17, 18      27:14, 18
    42:1, 17, 17, 18
    44:5      47:17      51:3
    54:3, 13      55:6      83:14      97:7,
    14      100:8, 16, 25      101:1
    104:17      108:16
**workers**      113:5
**worker's**      57:15      98:21
**working**      8:23      16:4
    56:20      58:9      103:10
**works**      29:2, 13      31:16,
    18, 19
**worn**      112:8
**worse**      22:4, 4      76:22
**worst**      91:18
**worth**      44:11
**write-ups**      82:14
**wrong**      66:5, 7, 11      85:1

**< X >**
**x-rayed**      60:10
**x-rays**      54:10      62:7
    104:21      105:6

**< Y >**

Janet Becher

**Yeah** 6:*14* 15:22 21:*4*
29:*19* 33:*3, 21* 42:*24,*
*25* 47:*21* 49:*3, 19, 19*
56:*11* 57:7 73:*18*
76:*17* 79:*20* 80:*10, 19,*
*23* 86:*19, 21* 89:*9*
92:22 95:*8* 98:*3* 99:*13,*
*25* 103:*23* 111:*15*
112:*16*
**year** 8:7 9:*19* 36:25
37:7 45:*11* 60:*4, 5, 10*
62:*10* 68:22 69:7
101:*12* 109:*13*
**yearly** 71:*20*
**years** 8:*2, 11, 15, 17*
9:*12, 20* 15:*19* 21:*8*
22:*20* 28:2 30:*1, 6*
31:*21* 34:*13* 37:*13*
40:*13* 44:*11* 46:*5, 23*
50:*19* 52:*3* 55:*20, 20*
58:*17* 59:*9* 60:*7, 14, 15*
62:*3, 6* 72:*17* 88:*1, 3, 8*
100:*10, 16, 18* 109:*14,*
*14* 114:*1*
**Yep** 28:*10* 37:*5* 62:*6*
101:*22*
**yesterday** 19:7
**York** 106:*15*

**< Z >**
**zero** 60:*21, 24* 61:2