## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

Janet Pecher, Individually and as Special      )
Administrator for the Estate of Urban           )
Pecher, Deceased,                               )
                                                )
        Plaintiffs,                        )
                                                )    Case No. 14-cv-147-wmc
    v.                                      )
                                                )
Weyerhaeuser Company, et al.,                   )
                                                )
        Defendants.                        )
_____

### NOTICE OF APPEAL
_____

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens Illinois, Inc.'s licensing of a patent:

- The standard order of dismissal entered on March 11, 2016, which dismissed all remaining claims in the *Pecher* case.  (ECF Doc #491.)

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois.  (ECF Doc # 165.)[1]

- The November 4, 2014 order.  (ECF Doc #76.)

_____

[1] The orders entered on August 22, 2014, and November 4, 2014, in *Boyer v. Weyerhaeuser Company, et al.*, granting Owens Illinois' motion to dismiss and denying a motion to reconsider claims based on licensing of a patent are a part of the appeal because the *Boyer* orders were adopted in the stipulation to dismiss which was the basis of the text order dismissing the *Pecher* case.  (Case # 3:14-cv-00286 ECF Docs #94, 116.)

Dated: April 11, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on April 11, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


Dated: April 11, 2016

 _/s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com